# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Tammy Barker, Timothy Barker and Melisa Merryman

    v.

International Union of Operating Engineers, Local 150, AFL-CIO

Case Number: **08 C 50015**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tammy Barker, Timothy Barker and Melisa Merryman

FILED

JAN 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Robert T. Hanlon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert T. Hanlon | |
| FIRM <br> Law Offices of Robert T. Hanlon & Associates, P.C. | |
| STREET ADDRESS <br> 14212 Washington Street, #200 | |
| CITY/STATE/ZIP <br> Woodstock, Illinois 60098 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286331 | TELEPHONE NUMBER <br> 815-206-2200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐