# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　Case Number: 08 C 50015
Tammy Barker, Timothy Barker and Melissa Merryman

V.

International Union of Operating Engineers, Local 150,
AFL-CIO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tammy Barker, Timothy Barker and Melissa Merryman

| |
|---|
| NAME (Type or print)<br>Dean J. Polales |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　s/ Dean J. Polales |
| FIRM<br>Ungaretti & Harris LLP |
| STREET ADDRESS<br>3500 Three First National Plaza |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602-4224 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3125505 | TELEPHONE NUMBER<br>312.977.4883 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ |