## *United States District Court for the Northern District of Illinois*

Case Number: _O8 C 50015_    Assigned/Issued By: _____

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☒ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____    Fiscal Clerk: _____

F I L E D

JAN 2 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

### ISSUANCES

**Type Of Issuance:**   ☒ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

Original and _2_ copies on _1-29-08_ as to _deft_
(Date)

C:\wpwin80\docket\feeinfo.frm    01/01