IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tammy Barker, Timothy Robert Barker, and Melisa Merryman, on behalf of themselves and on behalf of those similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 50015 |
| v. | ) ) | Judge Reinhard |
| | ) | Magistrate Judge Mahoney |
| Local 150, International Union of Operating Engineers, AFL-CIO, | ) ) ) | Trial by Jury Demand |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**

Mr. Robert T. Hanlon  
The Law Offices of Robert T. Hanlon & Assoc., P.C.  
14212 Washington Street  
Woodstock, IL  60098

Mr. Dean J. Polales  
Ungaretti & Harris, LLP  
Three First National Plaza, Suite 3500  
Chicago, IL  60602

YOU ARE HEREBY NOTIFIED that on **Wednesday, February 20, 2008,** at **1:30 p.m.,** or as soon thereafter as counsel can be heard, we shall appear before the Honorable P. Michael Mahoney, Magistrate Judge of the Northern District of Illinois, Western Division, and then and there present Defendant's *Motion for an Initial Extension of Time to File an Answer or other Responsive Pleading*, a copy of which is hereby served upon you.

Date: February 15, 2008

Respectfully submitted,

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO

By:   s/Bryan P. Diemer  
One of the Attorneys for Defendant Local 150

Attorneys for Defendant:  
Dale D. Pierson  
Bryan P. Diemer  
Lauren S. Shapiro  
Local 150 Legal Department  
6140 Joliet Road  
Countryside, IL  60525  
Ph. 708/579-6663  
Fx. 708/588-1647

I:\LI\Barker, Barker, & Merryman v. Local 150\Pleadings\nom.02-15-08.doc