# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| TAMMY BARKER, TIMOTHY ROBERT BARKER, AND MELISA MERRYMAN, on behalf of themselves and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LOCAL 150, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, <br><br> Defendant. | ) <br> ) <br> ) <br> )   No.   08-cv-50015 <br> ) <br> )   Hon. Judge Philip G. Reinhard <br> ) <br> ) Magistrate Judge P. Michael Mahoney <br> ) <br> )   Trial By Jury Demanded <br> ) <br> ) |

## NOTICE OF FILING

TO: *All Counsel of Record via ECF*

　　PLEASE TAKE NOTICE that on February 22, 2008, we filed through the electronic filing system for the Northern District of Illinois, Western Division, Plaintiff's First Amended Complaint.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　By: /s/ Robert T. Hanlon

　　　　　　　　　　　　　　　　　　　　Robert T. Hanlon
　　　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF ROBERT
　　　　　　　　　　　　　　　　　　　　T. HANLON & ASSOC., P.C.
　　　　　　　　　　　　　　　　　　　　14212 Washington Street #200
　　　　　　　　　　　　　　　　　　　　Woodstock, Illinois 60098
　　　　　　　　　　　　　　　　　　　　(815) 206-2200

　　　　　　　　　　　　　　　　　　　　Dean J. Polales
　　　　　　　　　　　　　　　　　　　　Jacob M. Mihm
　　　　　　　　　　　　　　　　　　　　UNGARETTI & HARRIS LLP
　　　　　　　　　　　　　　　　　　　　3500 Three First National Plaza
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　(312) 977-4400

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**SERVICE OF DOCUMENTS BY ELECTRONIC MEANS**

  I, Robert T. Hanlon, an attorney, certify service of this document was accomplished pursuant to ECF on all Electronic Filing Users of record, this 22nd day of February 2008.

                /s/ Robert T. Hanlon