IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tammy Barker, Timothy Robert Barker, and Melisa Merryman, on behalf of themselves and on behalf of those similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 50015 |
| v. | ) ) | Judge Reinhard |
| | ) | Magistrate Judge Mahoney |
| Local 150, International Union of Operating Engineers, AFL-CIO, | ) ) ) | Trial by Jury Demand |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**

Mr. Robert T. Hanlon
The Law Offices of Robert T. Hanlon & Assoc., P.C.
14212 Washington Street
Woodstock, IL  60098

Mr. Dean J. Polales
Ungaretti & Harris, LLP
Three First National Plaza, Suite 3500
Chicago, IL  60602

YOU ARE HEREBY NOTIFIED that on **Friday, April 4, 2008,** at **1:30 p.m.,** or as soon thereafter as counsel can be heard, we shall appear before the Honorable P. Michael Mahoney, Magistrate Judge of the Northern District of Illinois, Western Division, and then and there present *Local 150's Motion to Dismiss or Stay*, a copy of which is hereby served upon you.

Date: March 28, 2008

Respectfully submitted,

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO

By:   s/Bryan P. Diemer
One of the Attorneys for Defendant Local 150

Attorneys for Defendant:
Dale D. Pierson
Bryan P. Diemer
Lauren S. Shapiro
Local 150 Legal Department
6140 Joliet Road
Countryside, IL  60525
Ph. 708/579-6663
Fx. 708/588-1647

I:\LI\Barker, Barker, & Merryman v. Local 150\Pleadings\Motion to Dismiss\nom.03-28-08.doc