# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Western Division

Tammy Barker, et al.

                                                             Plaintiff,

v.

                                                             Case No.: 3:08−cv−50015

                                                             Honorable Philip G. Reinhard

Local 150 International Union of Operating Engineers AFL−CIO

                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 2, 2008:

    MINUTE entry before Judge Honorable P. Michael Mahoney: Status hearing held on 5/2/2008. Plaintiff's Motion to file excess page brief (20 pages) and response to motion to dismiss instanter [22] is granted. Set deadlines as to motion to dismiss[15] : Responses due by 5/2/2008. Replies due by 5/23/2008. Discovery Hearing set for 6/6/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.