# United States District Court
# Northern District of Illinois

FILED

MAY 0 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of

Barker et al

v.

Local 150 International Union

Case No. 08 C 50015

Designated Magistrate Judge
P. Michael Mahoney

## FINDING OF RELATEDNESS PURSUANT TO GENERAL RULE 2.31

In accordance with the provisions of Rule 2.31 of the General Rules of this Court, I find the above captioned case, presently pending on the calendar of Judge **Philip G. Reinhard** to be related to **05 C 50023** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Frederick J. Kapala

Dated: May 2, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Frederick J. Kapala.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: MAY - 5 2008

Finding of Relatedness (Rev. 5/97)