# Group Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MIDWEST ENGINEERING SERVICES, INC., PROFESSIONAL SERVICE INDUSTRIES INC., GME CONSULTANTS, INC., and GME CONSULTANTS OF ILLINOIS, INC., | ) ) ) ) ) | JUDGE KAPALA |
| Plaintiffs, | ) ) | MAGISTRATE MAHONEY |
| v. | ) ) | Case No.:  05 C 50023 |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, et al., | ) ) ) | JURY TRIAL REQUESTED |
| Defendants. | ) | |

**AGREED MOTION FOR ENLARGEMENT OF TIME
TO FILE DISPOSITIVE MOTIONS**

Plaintiffs, by and through counsel of record, and with the agreement of counsel for Defendants, respectfully move the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for a fourteen (14) day enlargement of time to file dispositive motions to May 30, 2008.

In support hereof, Plaintiffs state:

1. The current Order of the Court dated April 29, 2008, authorizes the filing of dispositive motions to May 16, 2008. Plaintiffs also have a Memorandum of Law in Support of Preliminary Injunction due on May 16, 2008, before Judge Kapala in this case.

2. Plaintiffs' lead counsel in this case, Michael E. Avakian, learned of an immediate death in his family on May 15, 2008. He will be therefore away from his office from May 7, 2008 to at least May 15, 2008 to attend to this family emergency and funeral arrangements. During this period Mr. Avakian will be unable to complete the Memorandum of Law or otherwise participate in this case as set forth in the Court's Order under the current schedule.

4. The following week, Mr. Avakian is preparing for filing a brief in the United States Court of Appeals for the Ninth Circuit and has a planned to attend his nephew's graduation from the United States Naval Academy, Annapolis, Maryland, on Friday May 23, 2008.

5. Counsel for Defendant, Charles Kiser, was contacted regarding this Motion. At approximately 1:15 p.m. EST today, counsel discussed the current schedule. It was agreed that the due date for filing Plaintiffs Memorandum of Law and dispositive motions be extended to May 30, 2008. The remaining response and reply dates set forth in the Court's Order were agreed to remain the same.

WHEREFORE, for good cause shown, Plaintiffs respectfully request that the Court grant the Agreed Motion for Enlargement of Time to File Dispositive Motions to an including May 30, 2008, and for such good and other relief that this Court may deem just and proper.

        Midwest Engineering Services, Inc., Professional Service Industries, Inc., GME Consultants, Inc., and GME Consultants of Illinois, Inc.,
        Plaintiffs

BY:    /s/ Michael E. Avakian
        Michael E. Avakian
        One of Its Attorneys

Gerard Smetana
Smetana & Avakian
39 S. LaSalle Street, Suite 1218
Chicago, IL 60603
312-357-0250
312-357-0251 - Fax

Michael E. Avakian
5211 Port Royal Road, Suite 610

Springfield, VA 22151
703-321-9181
703-321-9325 - Fax

**Local Counsel**
Jeffrey P. Orduno
McGreevy Williams, P.C.
6735 Vistagreen Way
P.O. Box 2903
Rockford, IL 61107
815-639-3700
815-639-9400 - Fax                                        May 12, 2008

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MIDWEST ENGINEERING SERVICES, INC., ) | |
| PROFESSIONAL SERVICE INDUSTRIES ) | |
| INC., GME CONSULTANTS, INC., and ) | |
| GME CONSULTANTS OF ILLINOIS, INC. ) | JUDGE KAPALA |
| ) | |
| Plaintiffs, ) | MAGISTRATE MAHONEY |
| ) | |
| v. ) | Case No. 05 C 50023 |
| ) | |
| INTERNATIONAL UNION OF OPERATING ) | JURY TRIAL REQUESTED |
| ENGINEERS, LOCAL 150, AFL-CIO, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

    I hereby certify that AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS, was filed with the Clerk of Court and served upon the following counsel of record by using the Court's ECF notification system to:

Charles Kiser, Esq.
International Union of Operating
Engineers, Local 150, AFL-CIO
Legal Department
6140 Joliet Road
Countryside, IL 60525


                                      /s/ Michael E. Avakian
                                      Michael E. Avakian

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Western Division

Midwest Engineering Services, Inc, et al.
                                        Plaintiff,

v.
                                        Case No.: 3:05−cv−50023
                                        Honorable Frederick J. Kapala

International Union Of Operating Engineers Loc 150 Afl−Cio, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney: Plaintiff's Motion for extension of time to file [428] is granted. Dispositive Motions due by 5/30/2008. Set deadlines as to motions for summary judgment: Responses due by 8/1/2008. Replies due by 8/29/2008. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.