# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Tammy Barker, Timothy Robert Barker, and Melisa Merryman, on behalf of themselves and on behalf of those similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 08 C 50015 ) |
| v. | ) Judge Frederick Kapala ) Magistrate Judge Mahoney |
| Local 150, International Union of Operating Engineers, AFL-CIO, | ) ) Trial by Jury Demanded ) |
| Defendant. | ) |

## NOTICE OF FILING

**TO:**
Dale D. Pierson
Bryan P. Diemer
Lauren S. Shapiro
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525

YOU ARE HEREBY NOTIFIED that on May 13, 2008, Plaintiffs Filed a Response to *Local 150's Motion for Protective Order Postponing the Deposition of Linda Soria*.

Date: May 13, 2008                               Respectfully submitted,


By: /s/ Robert T. Hanlon

One of the Attorneys for the Plaintiffs

Robert T. Hanlon
The Law Offices of Robert T. Hanlon & Assoc., P.C.
14212 Washington Street
Woodstock, Illinois 60098

## SERVICE OF DOCUMENTS BY ELECTRONIC MEANS

I, Robert T. Hanlon, an attorney, certify service of this document was accomplished pursuant to ECF on all Electronic Filing Users of record, this 13th day of May 2008.

/s/ Robert T. Hanlon