# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50015 | **DATE** | 5/15/2008 |
| **CASE TITLE** | Barker, et al. vs. Local 150 Int'l Union of Operating Engineers, AFL CIO | | |

**DOCKET ENTRY TEXT:**

Telephonic conference conducted. Defendant's Motion for Protective Order is granted. Deposition of Linda Soria to take place at a reasonable time and place after May 23, 2008.

*/s/ P. Michael Mahoney*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|