# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Tammy Barker, et al.

                    Plaintiff,

v.                                          Case No.: 3:08−cv−50015
                                                 Honorable Frederick J. Kapala

Local 150 International Union of Operating Engineers AFL−CIO

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Discovery hearing held on 6/13/2008. Parties are to exchange documents relating to deposition 24 business hours prior to deposition. Discovery Hearing set for 7/23/2008 at 02:00 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.