IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Tammy Barker, Timothy Robert Barker, and Melisa Merryman, on behalf of themselves and on behalf of those similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 08 C 50015<br>) |
| v. | ) Judge Kapala<br>) Magistrate Judge Mahoney |
| Local 150, International Union of Operating Engineers, AFL-CIO, | )<br>) Trial by Jury Demanded<br>) |
| Defendant. | ) |

## NOTICE OF MOTION

To:   All Counsel of Record

**PLEASE TAKE NOTICE** that on **Wednesday, August 27, 2008 at 1:30 p.m.**, we shall appear before the Honorable Magistrate Judge P. Michael Mahoney in Courtroom 206 of the United States Courthouse located at 211 South Court Street, Rockford, Illinois 61101, and shall then and there present **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**, a copy of which is hereby served upon you.

Respectfully submitted,

/s/   Michael P. McBride
One of Plaintiffs' Attorneys

Dean J. Polales (ARDC # 3125505)
Michael A. Ficaro (ARDC # 798738)
Michael P. McBride (ARDC # 6283481)
UNGARETTI & HARRIS, LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-4400

Robert T. Hanlon (ARDC # 6286331)
Law Offices of Robert T. Hanlon & Assoc., P.C.
14212 Washington Street, #200
Woodstock, Illinois 60098

Attorneys for Plaintiffs

1174781-1