UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tammy Barker, *et al* )
               Plaintiffs, ) CASE NO.
v. )
                                ) Judge
Local 150, International Union )
Of Operating Engineers, AFL-CIO ) Magistrate
                                )
               Defendant. )

## AFFIDAVIT OF LINDA SORIA

I, Linda Soria, being first duly sworn, under penalties as provided by law, certify that I have reviewed the statements contained in this Affidavit; that I have personal knowledge of the facts stated herein; that if called as a witness in this proceeding, I could competently testify to the facts stated in this affidavit; and that the statements contained in this affidavit are true and correct, except as to any matters stated to be on information and belief, and as to those matters I certify that I verily believe them to be true.

1) I reside at 16152 South Leach Drive, Homer Glen, Illinois 60491.

2) I was employed by Local 150, International Union of Operating Engineers, AFL-CIO (hereinafter "Local 150") commencing May 3, 1993 and ending September 30, 2006 or thereabouts.

3) During my employment with Local 150, I regularly received microfiche and/or compact disks containing software and Illinois motor vehicle records on an annual or bi-annual basis. Local 150 received computer searchable disks containing motor vehicle records in October 2004 and in 2005.

4) The output from the searchable CD referenced above and microfiche data contain the following information:

    a. Plate number                e. Vehicle Identification Numbers
    b. Expiration                      f. Owner's Name
    c. Reference number           g. Owner's Address
    d. Type of Vehicle             h. Owners Drivers License Number

5) During my employment with Local 150, business agents would call me and ask for identifying personal information associated with various license plates. In each instance they would provide a license plate number.

6) During my employment with Local 150, I would check the microfiche or open the software and look up the license plate number. When I could not find the identifying personal information for a given license plate, I would also call or email the CRF office. The CRF Office would then check the Lexis-Nexis database to see if the information was available and if it was, send it to me. I would obtain personally identifying information on Wisconsin license plates by

calling the Local 139, International Union of Operating Engineers, AFL-CIO. I would then provide the personally identifying information to the Local 150 Business Agent that requested it.

7) During the course of my employment, I learned that Local 150 Business Agents would use the personal information provided from the motor vehicle records to locate homes of employers, names and address of employees, identity of a given employee's spouse and friends even though it was supposed to be used to monitor construction jobs.

8) Providing license plate information to Local 150 Business Agents was a secondary part of my job.

9) 2005 was the last year in which Local 150 obtained motor vehicle records from the Illinois Secretary of State. In 2006, the Secretary of State's office would not provide any further motor vehicle records.

10) I was originally instructed to provide personal information listed above in paragraph 4 above to Local 150 Business Agents by William E. Dugan, who is personally known to me to be the President and Business Manager of Local 150, International Union of Operating Engineers, AFL-CIO.

11) Local 150 made payment to the Illinois Secretary of State for the microfiche and the computer disks received by it, containing motor vehicle records.

12) I recall providing personally identifying information from license plates to the following Local 150 employees during my employment at Local 150 as part of my ordinary work:

        a. Mike Aprile;
        b. Joe Farrell;
        c. Jim Schweihs;
        d. Nicholas Cline;
        e. Thomas Rottman;
        f. Ryan Drew; and
        g. Charles August.

13) This affidavit is not intended to be a complete account of all matters known to me and was prepared for the limited purpose of enumerating the facts contained herein.

Affiant Further Sayeth Naught.

_____
Linda Soria

Subscribed and Sworn to before me this
11th day of January, 2008

_____
Notary Public

OFFICIAL SEAL
CASEY GOLDMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/11