**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| Tammy Barker, Timothy Robert Barker, and Melisa Merryman, on behalf of themselves and on behalf of those similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 08 C 50015 |
| | ) |
| v. | ) Judge Kapala |
| | ) Magistrate Judge Mahoney |
| Local 150, International Union of Operating Engineers, AFL-CIO, | ) ) Trial by Jury Demanded |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF DAN JERGER

**DAN JERGER**, being duly sworn, deposes and states under oath as follows:

1.      My name is **DAN JERGER**. I am of legal age. I have personal knowledge of the facts contained in this affidavit and if called as a witness, I am competent to testify thereto.

2.      This affidavit does not contain all of the facts that I know or believe about this matter, but is directed to those facts that are referenced herein.

3.      I am currently employed by Quest Consultants International, Ltd., a private investigation firm licensed by the State of Illinois. My position title is Vice President of Information Technology Consulting.

4.      I received a sealed package that contained two compact discs (collectively, the "Subject CDs").

5.      The first of the Subject CDs (hereinafter, "CD1") is labeled "Vehicle Services / Secretary of State / Passenger / Fall Listing 04-05 / ISSUED OCT 04".



1

6.    The second of the Subject CDs (hereinafter, "CD2") is labeled "Vehicle Services / Secretary of State / Calendar & Fiscal / Fall Listing 04-05 / ISSUED OCT 04".

7.    Exhibit A to this Affidavit, which is 2 pages, is a photocopy of the Subject CDs, which accurately depicts the exterior of the Subject CDs.

8.    CD1 contains a total of 8,332,432 records, with each record containing data fields for the following information:

    a) "PLATE #"

    b) "EXPIR"    (a three-character month and two-character year, *e.g.* JUN05)

    c) "REF #" (not all records contain a REF #)

    d) "VEHICLE" (appears to contain manufacturers of motor vehicles, *e.g.* ACURA, CHEVROLET, SATURN)

    e) "YR" (appears to be a two-digit year, *e.g.* 02, 97, 92)

    f) "BS" (appears to be two characters, *e.g.* 4D, 2D, VN)

    g) "V.I.N." (appears to be generally a 17 character alphanumeric string)

    h) "*NAME, ADDRESS, AND ZIP CODE  (* DENOTES MULTIPLE OWNER)"

    i) "D.L.#" (not all records contain a D.L.#; generally appears to be a 12 character alphanumeric string)

    j) an unnamed single character field without a header

9.    CD2 contains a total of 3,293,989 records, with each record containing data fields for the following information:

    a) "PLATE #"

    b) "EXPIR"    (a three-character month and two-character year, *e.g.* JUN05)

    c) "REF #" (not all records contain a REF #)

    d) "VEHICLE" (appears to contain manufacturers of motor vehicles, *e.g.* ACURA, CHEVROLET, SATURN)

    e) "YR" (appears to be a two-digit year, *e.g.* 02, 97, 92)

    f) "BS" (appears to be two characters, *e.g.* 4D, 2D, VN)

g) "V.I.N." (appears to be generally a 17 character alphanumeric string)

h) "*NAME, ADDRESS, AND ZIP CODE (* DENOTES MULTIPLE OWNER)"

i) "D.L.#" (not all records contain a D.L.#; generally appears to be a 12 character alphanumeric string)

j) an unnamed single character field without a header

10.    Exhibit B to this Affidavit, which is 1 page, is a document depicting a sample output from CD1 which I captured on or about August 18, 2008, which truly and accurately depicted my computer screen at the time ("screen capture") when I was running the software on CD1.

11.    Exhibit C to this Affidavit, which is 2 pages, is a document depicting a sample output from CD2 which I captured on or about August 18, 2008, which truly and accurately depicted my computer screens at the time ("screen captures") when I was running the software on CD2.

12.    Group Exhibit D to this Affidavit contains four pages depicting the sequence of steps to initiate a license plate search which I captured on or about August 18, 2008, which truly and accurately depicted my computer screens at the time ("screen captures") when I was running the software on CD1.

13.    Group Exhibit E to this Affidavit contains eight pages depicting the sequence of steps to initiate a license plate search which I captured on or about August 18, 2008, which truly and accurately depicted my computer screens at the time ("screen captures") when I was running the software on CD2.

14.    According to the information contained on the Subject CDs, the software embedded on the Subject CDs is developed by DatagraphiX, a business unit of Anacomp Inc., and is named "InfoLife". Exhibit F to this Affidavit, which is 2 pages, is a document that I

3



captured on or about August 18, 2008, which contains application information menu output from both CD1 and CD2 and which accurately depicts my computer screens at the time ("screen captures") when I was running the software on CD1 and CD2.

15.    Exhibit G to this Affidavit, which is 3 pages, depicts the results of searches for license plates "4479401", "D566769", and "MRYMAN", respectively, which I captured on or about August 20, 2008, which truly and accurately depicted my computer screens at the time ("screen captures") when I was running the software on CD1.

**FURTHER AFFIANT SAYETH NAUGHT.**

Dated: August 22, 2008

_____
**DAN JERGER**

Subscribed and sworn to before me
this 22nd day of August, 2008.

*Nicolas Lucio* 8/22/08

```
"OFFICIAL SEAL"
Nicolas Lucio
Notary Public, State of Illinois
My Commission Expires June 23, 2009
```







Exhibit A : 1 of 2





Exhibit A : 2 of 2

| PLATE # | EXPIR REF # | VEHICLE | YR BS V.I.N. | *NAME, ADDRESS, AND ZIP CODE (* DENOTES MULTIPLE OWNER) | D.L.# |
|---|---|---|---|---|---|
| 6182 | JUL05 6182 | ACURA | 92 4D JH4KA7667NC024388* | | |
| 6183 | OCT05 6183 | DODGE | 97 VN 2B4FP2531VR214106* | | |
| 6184 | OCT05 6184 | CHEVROLET 9B UT 1GNDT13W4W2292061 | | |
| 6185 | OCT05 6185 | BUICK | 01 4D 1G4HR54K51U135580 | | |
| 6186 | OCT05 6186 | CADILLAC | 00 4D 1G6KD54Y6YU265216* | | |
| 6187 | DEC04 6187 | CHEVROLET 01 4D 2G1WL52J411219966* | | |
| 6188 | AUG05 6188 | JEEP | 04 LL 1J4GW48N64C404312 | | |
| 6189 | DEC04 6189 | PORSCHE | 03 UT WP1AC29P33LA90124 | | |
| 6191 | NOV04 6191 | BUICK | 92 4D 1G4NJ54N9NC648461 | | |
| 6192 | JUN05 6192 | VOLKSWAGE 01 CV 3VWBC21V71M802014 | | |
| 6193 | MAY05 6193 | CHRYSLER | 94 4D 2C3ED56R7RH255051 | | |
| 6194 | OCT05 6194 | CADILLAC | 94 4D 1G6KD52B6RU231180 | | |
| 6195 | APR05 6195 | MERCURY | 92 4D 1MECM534XNG660136 | | |
| 6196 | JUN05 6196 | ISUZU | 02 UT JACDJ58XX27J05134* | | |
| 6197 | NOV04 6197 | SATURN | 01 4D 1G8ZK52701Z229715 | | |
| 6198 | NOV05 6198 | SATURN | 99 4D 1G8ZK5275XZ149836* | | |
| 6199 | NOV04 6199 | BUICK | 95 4D 1G4BN52P78R423296 | | |
| 6200 | NOV04 6200 | OLDSMOBIL 90 4D 2G3AM54N9LZ318164* | | |
| 6201 | MAR05 6201 | LEXUS | 99 LL JT6HF10U7X0092977* | | |
| 6202 | SEP05 6202 | CHEVROLET 04 LL 1GNDT13S442344427* | | |
| 6203 | AUG05 6203 | HONDA | 04 4D 1HGCM56304A031749* | | |
| 6204 | MAR05 6204 | CADILLAC | 99 4D 1G6KD54Y3XU761444* | | |
| 6205 | OCT05 6205 | LINCOLN | 04 4D 1LNHM86844Y643257 | | |
| 6206 | OCT05 6206 | CADILLAC | 02 4D 1G6KY54962U255175 | | |
| 6207 | MAR05 6207 | TOYOTA | 02 CP 2T1CE22P52C007362 | | |
| 6208 | MAR05 6208 | OLDSMOBIL 98 4D 1G3HN52K8W4814981 | | |
| 6209 | APR05 6209 | CADILLAC | 93 4D 1G6KS52B4PU812163* | | |
| 6210 | AUG05 6210 | CADILLAC | 85 CP 1G6EL5786FE615558 | | |
| 6211 | APR05 6211 | CADILLAC | 00 CP 1G6ET1297YB700308 | | |
| 6212 | APR05 6212 | BUICK | 01 4D 1G4CW54K714209911* | | |
| 6213 | APR05 6213 | GMC | 97 LL 1GKDT13W2V2532932* | | |
| 6214 | MAY05 6214 | CHEVROLET 04 4D 2G1WH52K149183315* | | |
| 6215 | NOV05 6215 | MERCEDES- 03 4D WDBUF65J43A153577 | | |
| 6216 | APR05 6216 | CHEVROLET 80 4D IN69JAS102963 | | |
| 6217 | APR05 6217 | CHEVROLET 89 VN 1GBCM15ZXKB253949* | | |
| 6218 | APR05 6218 | HONDA | 90 4D 1HG3B7659LA102965* | | |
| 6219 | AUG05 6219 | CHEVROLET 99 LL 1GNFK16R5XJ451811* | | |
| 6220 | JAN05 6220 | FORD | 01 CP 3FAFP11301R231802* | | |
| 6221 | JUN05 6221 | NISSAN | 99 4D 1N4DL01D4XC207631* | | |
| 6222 | MAY05 6222 | MERCEDES- 96 4D WDBJF55F7TJ003178 | | |
| 6223 | MAY05 6223 | FORD | 01 4D 1FAFP55U11A284920 | | |
| 6224 | JUN05 6224 | VOLVO | 01 SW YV1S258D911013273 | | |
| 6225 | DEC04 6225 | JEEP | 98 LL 1J4GZ88ZXWC253351 | | |
| 6226 | MAY05 6226 | OLDSMOBIL 89 4D 1G3CW54CXK4312271 | | |
| 6227 | AUG05 6227 | CADILLAC | 01 4D 1G6KD54Y81U200356 | | |
| 6228 | MAR05 6228 | SAAB | 03 4D YS3BH49G933007238 | | |
| 6230 | APR04 6230 | LINCOLN | 85 4D 1LNBP96F0FY709196 | | |
| 6230 | APR05 6230 | LINCOLN | 85 4D 1LNBP96F0FY7 | | |
| 6231 | OCT05 6231 | MERCURY | 96 SW 1MELM55U8TG623757* | | |
| 6232 | OCT05 6232 | CHEVROLET 97 LL 1GNCT18W3VK126729 | | |
| 6233 | JUN05 6233 | TOYOTA | 97 4D 4T1BG22K0VU112033* | | |
| 6234 | JUN05 6234 | DODGE | 95 LL 2B4GH45R2SR362696 | | D |
| 6236 | JUL05 6236 | CHEVROLET 03 VN 1GNDX03E43D152064 | | |
| 6237 | MAR05 6237 | LINCOLN | 99 4D 1LNFM82W4XY611526* | | |
| 6239 | APR05 6239 | FORD | 98 LL 1FMPU18L5WLB38014* | | |
| 6240 | OCT04 6240 | CADILLAC | 01 4D 1G6KF57941U111317* | | |
| 6241 | JUN05 6241 | GMC | 95 LL 1GKGC26N3SJ700570 | | |
| 6242 | JUN05 6242 | FORD | 04 LL 1FMZU73R04ZA95724 | | |
| 6243 | DEC04 6243 | CADILLAC | 03 4D 1G6KD54Y03U129141* | | |

CODE DEFINITIONS-    R=REVOKED PLATE    D=DESTROYED PLATE    P=CHANGE PENDING    L=LEASED VEHICLE    S=SHORT-TERM RENTAL    T=TRANSFER

Press F1 for Help                                                                                    Page    Single    NUM

Exhibit B : 1 of 1



MOTORCYCLE    04-05 CAL-MISC        ISSUED  OCT 04      FICHE 001

```
PLATE #      EXPIR REF #       VEHICLE     YR BS V.I.N.           *NAME, ADDRESS, AND ZIP CODE (* DENOTES MULTIPLE OWNER)    D.L.#
CMCY10182 MAR05 CMCY10182 KYMCO      01 MC RFBB1AAD11B101697
CMCY10183 MAR05 CMCY10183 HONDA      00 MS 3H1HF0301YD500590*
CMCY10184 MAR05 CMCY10184 YAMAHA     02 MS JYASA17A02A009574
CMCY10185 MAR05 CMCY10185 HONDA      84 MS JH2JF010XES002729
CMCY10186 MAR05 CMCY10186 HONDA      02 MC JH2AF60092F002267
CMCY10187 MAR04 BMCY3853  HONDA      78 MC VL751105317
CMCY10188 MAR05 CMCY10188 UNITED MT  01 MC RFLDT05201A002229
CMCY10189 MAR04 JMCY1489  KINETIC    01 MC MDEMMDTA51A018049*
CMCY10190 MAR05 CMCY10190 YAMAHA     88 MS JYA2VKA09JA001871
CMCY10191 MAR05 CMCY10191 HONDA      99 MS 3H1HF0301XD401833
CMCY10192 MAR05 CMCY10192 HONDA      98 MS 3H1HF0306WD300267
CMCY10193 MAR05 CMCY10193 HONDA      99 MS 3H1HF0308XD401425
CMCY10194 MAR05 CMCY10194 HONDA      91 MC JH2DB0109MS000462*
CMCY10195 MAR04 AMCY398   HONDA      00 MS 3H1HF0308YD501851
CMCY10196 MAR05 CMCY10196 HONDA      86 MS JH2HF0304GS113789
CMCY10197 MAR05 CMCY10197 YAMAHA     75 MC 465000744
CMCY10198 MAR05 CMCY10198 HONDA      02 MS 3H1HF03022D701793
CMCY10199 MAR05 CMCY10199 KYMCO      02 MC RFBB1AAD72B102760
CMCY10200 MAR04 JMCY3746  KYMCO      01 MC RFBSFAAG21B131223
CMCY10201 MAR04 VMCY9415  SEARS      61 MC VA12T47591
CMCY10202 MAR05 CMCY10202 PALM BREE  02 MS KMYCA13A611302325
CMCY10203 MAR05 CMCY10203 YAMAHA     99 MC VG54UYA00XA104690
CMCY10204 MAR05 CMCY10204 HONDA      89 MC JH2AF170XKK123205
CMCY10205 MAR05 CMCY10205 WHIZZER    99 MC RHAWMC182XP001654
CMCY10206 MAR05 CMCY10206 HONDA      81 MC JH2DA0107BS125203
CMCY10207 MAR05 CMCY10207 HONDA      99 MS 3H1HF0308XD400288
CMCY10208 MAR05 CMCY10208 HONDA      88 MS JH2AF1707JK001500
CMCY10209 MAR04 JMCY1511  KINETIC    01 MD MDEMMDTA61A018416
CMCY10210 MAR05 CMCY10210 HONDA      99 MS 3H1HF0300YD400897
CMCY10211 MAR04 JMCY7913  APRILIA    01 MC ZD4PFF10X1S001438
CMCY10212 MAR04 ZMCY7796  HONDA      88 MS JH2AF160XJK002920
CMCY10213 MAR05 CMCY10213 AVANTI     00 MC ME2BAR025YAT08599
CMCY10214 MAR05 CMCY10214 YAMAHA     01 MS JYA3EKC081A042543
CMCY10215 MAR05 CMCY10215 CLINTON    89 MC SA12084
CMCY10216 MAR05 CMCY10216 LIN HAI    02 MC LL8MA1T282T162688
CMCY10217 MAR05 CMCY10217 SUZUKI     83 MC JS1FZ11A5D3133901*
CMCY10218 MAR05 CMCY10218 SUZUKI     83 MC JS1FZ11A1D3138609*
CMCY10219 MAR05 CMCY10219 HONDA      85 MC JH2HF030XFS012903
CMCY10220 MAR05 CMCY10220 HONDA      84 MS JH2HF0107ES103273*
CMCY10221 MAR04 VMCY902   DERBI      00 MD VTHPREDB7YG150498
CMCY10222 MAR04 JMCY3419  YAMAHA     87 MS JYA2HE009HA701989
CMCY10223 MAR05 CMCY10223 YAMAHA     01 MS JYASA17A21A003970*
CMCY10224 MAR04 CMCY10224 HONDA      82 MC JH2DA0103CS201601
CMCY10225 MAR05 CMCY10225 SUZUKI     81 MC JS1FZ12A5E3101784
CMCY10226 MAR04 JMCY1090  HONDA      87 MS JH2HF0301HS204391
CMCY10227 MAR05 CMCY10227 APRILIA    03 MC ZD4SCC0173S000360
CMCY10228 MAR04 JMCY6922  VESPA      83 MS VNX2T13359
CMCY10229 MAR05 CMCY10229 HONDA      79 MC NC502121842                                                         D
CMCY10230 MAR04 JMCY5094  PUCH       77 MD 8726397
CMCY10231 MAR05 CMCY10231 HONDA      86 MC JH2HF0305GS121237
CMCY10232 MAR05 CMCY10232 HONDA      85 MS JH2HF0307FS003687
CMCY10233 MAR05 CMCY10233 SUZUKI     83 MC JS1FZ11A1D3139050
CMCY10234 MAR05 CMCY10234 SUZUKI     83 MC JS1FZ11A8D3125713
CMCY10235 MAR05 CMCY10235 HONDA      01 MS 3H1HF030X1D602024
CMCY10236 MAR05 CMCY10236 YAMAHA     02 MS JYASA17AX2A010635
CMCY10237 MAR05 CMCY10237 PUCH       79 MD 3300604
CMCY10238 MAR05 CMCY10238 YAMAHA     00 MS VG54UYA00YA111124
CMCY10239 MAR05 CMCY10239 YAMAHA     88 MS JYA3EPA06JA026891
CMCY10240 MAR05 CMCY10240 HONDA      87 MS JH2KF0105HK208419*
```

CODE DEFINITIONS-    R=REVOKED PLATE    D=DESTROYED PLATE    P=CHANGE PENDING    L=LEASED VEHICLE    S=SHORT-TERM RENTAL    T=TRANSFER

Press F1 for Help                                                                                    Page    Single    NUM

Exhibit C : 1 of 2



FISC TRUCKS      04-05 FISCAL          ISSUED   OCT 04      FICHE 001

| PLATE # | EXPIR REF # | VEHICLE | YR BS V.I.N. | *NAME, ADDRESS, AND ZIP CODE (* DENOTES MULTIPLE OWNER) | D.L.# |
|---|---|---|---|---|---|
| 35089B | JUN05 35089B | FORD | 95 PK 1FTEF15N9SLA32591* | | |
| 35092B | JUN05 35092B | FORD | 01 PK 1FTRX17W21NA24985* | | |
| 35099B | JUN05 35099B | CHEVROLET | 02 TK 1GCCT19W82B117167* | **REDACTED** | |
| 35101B | JUN05 35101B | DODGE | 97 PK 1B7GL23X1VS182202 | | |
| 35106B | JUN05 35106B | GMC | 95 PK 1GTEC14Z4S2552417* | | |
| 35108B | JUN05 35108B | FORD | 80 PK F15FPGJ5810 | | |
| 35111B | JUN05 35111B | CHEVROLET | 93 PK 1GCCS14Z3P8196937* | | |
| 35117B | JUN05 35117B | FORD | 96 PK 1FTCR14X7TPA58814* | | |
| 35118B | JUN05 35118B | GMC | 95 PK 1GTEK14K8S2527526 | | |
| 35120B | JUN05 35120B | FORD | 01 PK 1FTRW08L91KB12072 | | |
| 35135B | JUN05 35135B | FORD | 02 4W 1FM2U73K92ZC55211 | | |
| 35136B | JUN05 35136B | FORD | 89 PK 1FTCR11T6KUA98562 | | |
| 35142B | JUN05 35142B | FORD | 95 PK 1FTEF14H1SNA12562* | | |
| 35147B | JUN05 35147B | CHEVROLET | 04 PK 1GCHK24U64E256402* | | |
| 35153B | JUN05 35153B | CHEVROLET | 96 PK 2GCEC19R0T1189861 | | |
| 35154B | JUN05 35154B | CHEVROLET | 89 PK 1GCDC14Z6KE282111* | | |
| 35167B | JUN05 35167B | FORD | 92 PK 1FTEF14Y6NPA75536* | | |
| 35171B | JUN05 35171B | CHEVROLET | 99 PK 1GCHK34JXXR715844 | | D |
| 35178B | JUN05 35178B | DODGE | 89 PK 1B7JE26Y2KS171838 | | |
| 35181B | JUN05 35181B | CHEVROLET | 97 PK 1GCEC14R8VZ166393* | | |
| 35201B | JUN05 35201B | DODGE | 98 PK 3B7KF26DXWM201794 | | |
| 35209B | JUN05 35209B | CHEVROLET | 04 PK 2GCEK19T741197519* | | |
| 35221B | JUN05 35221B | CHEVROLET | 01 VN 1GCHG39R811155358 | | |
| 35223B | JUN05 35223B | CHEVROLET | 81 TK 1GCCW80H0BD446287 | | |
| 35240B | JUN05 35240B | CHEVROLET | 82 PK 1GCDC14D5CJ161194 | | |
| 35259B | JUN05 35259B | CHEVROLET | 90 PK 1GCDK14H7LE155427 | | |
| 35265B | JUN05 35265B | CHEVROLET | 94 PK 1GCCS19Z3R8222433 | | |
| 35279B | JUN05 35279B | CHEVROLET | 98 PK 1GCGK24R6W2181672* | | |
| 35283B | JUN05 35283B | DODGE | 94 PK 1B7HC16Z6R8591667* | | |
| 35284B | JUN05 35284B | CHEVROLET | 96 PK 1GCEC19R3TE173085 | | |
| 35287B | JUN05 35287B | CHEVROLET | 98 VN 1GCDM19W1WB109311 | | |
| 35288B | JUN05 35288B | FORD | 03 PK 1FTWW33S73EB47415 | | |
| 35293B | JUN05 35293B | FORD | 97 PK 2FTDX1725VCA75769* | | |
| 35294B | JUN05 35294B | FORD | 90 PK 1FTCR14X5LPB64078* | | |
| 35299B | JUN05 35299B | CHEVROLET | 89 PK 1GCGC24K0KE267271* | | |
| 35303B | JUN05 35303B | FORD | 82 PK 1FTCF1031CLA48850* | | |
| 35311B | JUN05 35311B | CHEVROLET | 96 TK 1GCCS19X7TKZ06180* | | |
| 35312B | JUN05 35312B | CHEVROLET | 00 PK 1GCEK14T4YE208732* | | |
| 35313B | JUN05 35313B | DODGE | 94 PK 1B7KF26C5R8629887 | | |
| 35354B | JUN05 35354B | FORD | 01 PK 1FTZX17201NA79142 | | |
| 35361B | JUN05 35361B | GMC | 03 4W 1GKFK16Z5J103272 | | |
| 35362B | JUN05 35362B | FORD | 93 PK 1FTCR14X2PPB05625* | | |
| 35374B | JUN05 35374B | FORD | 84 UT 1FMEU15H6BLA67167* | | |
| 35376B | JUN05 35376B | FORD | 00 PK 1FTRX18L5YKB02921* | | |
| 35379B | JUN05 35379B | FORD | 98 PK 1FTYR14U3WPA37426 | | |
| 35389B | JUN05 35389B | FORD | 01 TK 1FT2X172X1NB75215* | | |
| 35392B | JUN05 35392B | DODGE | 96 PK 3B7HF13Z8TG186064 | | |
| 35395B | JUN05 35395B | FORD | 03 PK 1FT2R45E63PA72681* | | |
| 35401B | JUN05 35401B | FORD | 04 LL 1FTYR14UX4PB27427* | | |
| 35403B | JUN05 35403B | FORD | 99 PK 2FTRX18L1XCB02532* | | |
| 35408B | JUN05 35408B | CHEVROLET | 91 VN 1GNDM19Z4MB102609* | | |
| 35416B | JUN05 35416B | CHEVROLET | 94 TK 1GCEC14K2RE111910 | | |
| 35418B | JUN05 35418B | DODGE | 00 PK 3B7KF2666YM204261* | | |
| 35420B | JUN05 35420B | CHEVROLET | 86 PK 2GCDC14H7G1154492* | | |
| 35423B | JUN05 35423B | GMC | 98 PK 1GTEC14R4W2500081* | | |
| 35431B | JUN05 35431B | CHEVROLET | 88 PK 2GCFK24K3J1234053 | | |
| 35432B | JUN05 35432B | FORD | 00 PK 1FTRX17L2YNA41267 | | |
| 35435B | JUN05 35435B | FORD | 79 PK F14HUEA0389 | | |
| 35439B | JUN05 35439B | TOYOTA | 03 LL 5TEVL52N53Z170832 | | |

CODE DEFINITIONS-   R=REVOKED PLATE   D=DESTROYED PLATE   P=CHANGE PENDING   L=LEASED VEHICLE   S=SHORT-TERM RENTAL   T=TRANSFER

Exhibit C : 2 of 2



About this program version

For initial start-up, your CD Rom drive must be determined. Where password is requested on the next page, it is not required. Click on "OK".

InfoLife CD Version 3.62

☐ Don't show this message once more

OK





Welcome to InfoLife CD

InfoLife                              Version 3.62e
                                     State of Illinois
DatagraphX
A business unit of Anacomp Inc.
12385 Crosthwaite Circle
Poway CA 92064

© 1994 - 2000 W. Kohlhammer Comunication GmbH Köln
Design: R. U. Schliebusch
Software Development: H. Knaud

Please select the way you want to use InfoLife CD and enter the corresponding password:

Information System          Password:

Page Printing

Unlimited Printing

OK                          Cancel







Exhibit D : 4 of 4



**About this program version**

For initial start-up, your CD Rom drive must be determined. Where password is requested on the next page, it is not required. Click on "OK".

InfoLife CD Version 3.62

☐ Don't show this message once more

OK

Exhibit E : 1 of 8





**Welcome to InfoLife CD**

InfoLife

DatagraphX
A business unit of Anacomp Inc.
12365 Crosthwaite Circle
Poway CA 92064

Version 3.52e
State of Illinois

© 1994 - 2000 W. Kohlhammer Communication GmbH Köln
Design: R. U. Schiebusch
Software Development: H. Knauf

Please select the way you want to use InfoLife CD and enter the corresponding password:

Information System

Page Printing

Unlimited Printing

Password:

OK    Cancel

Press F1 for Help

Exhibit E : 2 of 8







Exhibit E : 4 of 8



Exhibit E : 5 of 8





Welcome to InfoLife CD

InfoLife                        Version 3.62e
DatagraphX                      State of Illinois
A business unit of Anacomp Inc.
12365 Crosthwaite Circle
Poway CA 92064

© 1994 - 2000 W. Kohlhammer Comunication GmbH Köln
Design: R. U. Schliebusch
Software Development: H. Knauf

Please select the way you want to use InfoLife CD and enter the corresponding password:

Password:

[Information System]

[Page Printing]

[Unlimited Printing]

[ OK ]          [ Cancel ]













**Information about InfoLife**

InfoLife

Version 3.62e

DatagraphiX

A business unit of Anacomp Inc.

12385 Crosthwaite Circle

Poway CA 92064

© 1994 - 2000 W. Kohlhammer Communication GmbH Köln

Design: R. U. Schliebusch

Software Development: H. Knauf

OK





Info.life

**Information about Info.life**

Info.Life

Version 3.62e

DatagraphX
A business unit of Anacomp Inc.
12385 Crosthwaite Circle
Poway CA 92064

© 1994 - 2000 W. Kohlhammer Communication GmbH Köln

Design: R. U. Schliebusch
Software Development: H. Knauf

OK

Press F1 for Help

NUM

Exhibit F : 2 of 2







```
                       PASSENGER       04-05 PASSENGER       ISSUED  OCT 04    CDROM 001

PLATE #    EXPIR REF #      VEHICLE      YR BS V.I.N.          *NAME, ADDRESS, AND ZIP CODE (* DENOTES MULTIPLE OWNER)    D.L.#
4479394    DEC04 4479394    GMC          01 4W 1GKEK13T51J194374*
4479395    DEC04 4479395    GMC          03 4W 1GKEK13ZX3J109889
4479396    DEC04 4479396    FORD         95 SW 1FASP15J8GW224943
4479397    DEC04 4479397    JEEP         87 4W 1JCMT7846HT062035
4479398    DEC04 4479398    CHEVROLET    90 4D 1G1BL5473LA121763
4479399    DEC04 4479399    JEEP         03 4W 1J4GW58N43C555492*
4479400    DEC04 4479400    JEEP         03 4W 1J4GW48S93C533424*
4479401    DEC04 4479401    DODGE        03 VN 1D4GP25B23B110804*BARKER TIMOTHY R, 572 W MAIN CARY 60013-2017.............
4479402    DEC04 4479402    CHEVROLET    03 CP 1G1JF12F837229766
4479403    DEC04 4479403    DODGE        03 VN 1D4GP25303B166720
4479405    DEC04 4479405    DODGE        03 VN 1D4GP25353B166860
4479406    DEC04 4479406    DODGE        03 4D 1B3ES56C53D139232
4479407    DEC04 4479407    FORD         97 4D 1FALP52U0VG247836*
4479408    DEC04 4479408    SUBARU       98 SW 4S3BG6859W7606520
4479411    DEC04 4479411    VOLKSWAGE    97 4D 3VWTD81HXVM118062*
4479412    DEC04 4479412    OLDSMOBIL    65 SW 3345555212904 6
4479413    DEC04 4479413    CHEVROLET    95 CP 2G1WX12X389114873
4479414    DEC04 4479414    FORD         93 2D 1FAPP6249PH198091
4479415    DEC04 4479415    PLYMOUTH     87 SW 1P3BP39K8HF313784
4479417    DEC04 4479417    FORD         93 UT 1FMDU34X6PUE03462
4479418    DEC04 4479418    OLDSMOBIL    84 4D 1G3AJ19R2ED414017
4479422    DEC04 4479422    HONDA        98 CP 1HGEJ8148WL074777
4479423    OCT04 4479423    DODGE        02 4D 1B3EL36X72N202277*
4479424    NOV04 4479424    DODGE        02 4D 1B3ES26C82D526466*
4479425    OCT04 4479425    DODGE        02 VN 1B4GP25R22B704217
4479426    FEB05 4479426    MITSUBISH    00 2H 4A3AC44G6YE111495*
4479427    MAR05 4479427    DODGE        96 VN 1B4GP54L4TB422726
4479428    APR05 4479428    OLDSMOBIL    01 4D 1G3NL52E21C282533
4479429    JUL04 4479429    MERCURY      96 4D 2MELM74W8TX652555
4479430    APR05 4479430    TOYOTA       95 LL JT3VN29V8S0061475
4479431    DEC04 4479431    BUICK        02 4D 1G4HP54K72U282037
4479432    DEC04 4479432    BUICK        03 UT 3G5DB03E13S544305
4479433    DEC04 4479433    TOYOTA       00 VN 4T3ZF19C9YU179090
4479435    DEC04 4479435    CHRYSLER     96 2P 4C3AU42N1TE385104
4479436    JAN05 4479436    ACURA        95 4D JH4KA7681SC006045
4479437    DEC04 4479437    VOLKSWAGE    03 4D 3VWSE69M83M012110*
4479438    DEC04 4479438    HYUNDAI      02 4D KMHDN45D72U375431
4479439    DEC04 4479439    HYUNDAI      03 4D KMHDN45D63U530780
4479441    DEC04 4479441    HYUNDAI      02 4D KMHWF25S92A633281*
4479442    DEC04 4479442    VOLKSWAGE    03 4D 3VWSE69M93M083199
4479443    DEC04 4479443    CHRYSLER     99 4D 2C3HE66G5XH803389
4479445    DEC04 4479445    VOLKSWAGE    03 4D 3VWSE69M83M030588*
4479446    DEC04 4479446    VOLKSWAGE    02 4H 9BWGB61J524074499
4479447    DEC04 4479447    VOLKSWAGE    03 2H 9BWDE61J134024789*
4479448    DEC04 4479448    VOLKSWAGE    03 4D WVWPD63B13P191135
4479449    DEC04 4479449    LEXUS        03 UT JTJHF10U230297252
4479450    DEC04 4479450    PONTIAC      00 LL 1GMDX03E3YD142881
4479451    SEP05 4479451    TOYOTA       02 4D 4T1BE32K82U626297
4479452    OCT05 4479452    TOYOTA       03 4D 1NXBR32E03Z071216*
4479453    DEC04 4479453    TOYOTA       97 LL JT3HN87R7V0071439
4479454    DEC04 4479454    TOYOTA       03 LL JTEGH20V530090227
4479455    DEC04 4479455    TOYOTA       03 LL JTEHF21A030113452
4479456    DEC04 4479456    CHRYSLER     03 VN 2C4GP24R23R338332*
4479457    DEC04 4479457    HONDA        01 4D 1HGES26751L053276*
4479459    DEC04 4479459    TOYOTA       03 LL JTEHF21A330112960
4479460    DEC04 4479460    BMW          99 CP WBABF8337XEH63609
4479461    DEC04 4479461    TOYOTA       03 VN 4T3ZF13C13U554293*
4479462    DEC04 4479462    TOYOTA       03 4H 2T1KR32E93C062774
4479463    DEC04 4479463    MAZDA        99 4D 1YVGF22C2X5839297

CODE DEFINITIONS-   R=REVOKED PLATE   D=DESTROYED PLATE   P=CHANGE PENDING   L=LEASED VEHICLE   S=SHORT-TERM RENTAL   T=TRANSFER
```

Press F1 for Help                                                                                        Plate Number Single      NUM

Exhibit G : 1 of 3

PASSENGER        04-05 PASSENGER        ISSUED  OCT 04        CDROM 001

| PLATE # | EXPIR REF # | VEHICLE | YR BS V.I.N. | *NAME, ADDRESS, AND ZIP CODE (* DENOTES MULTIPLE OWNER) | D.L.# |
|---|---|---|---|---|---|
| D566673 | MAY05 D566673 | CHEVROLET | 96 CP 2G1WW12MXT9307533 | | |
| D566677 | MAY05 D566677 | CHEVROLET | 87 CV 1G1JE3116H7143822* | | |
| D566683 | MAY05 D566683 | DODGE | 98 4T 1B3ES47CXWD718925* | | |
| D566686 | MAY04 D566686 | CHEVROLET | 98 VN 1GBFG15R5W1038351 | | |
| D566687 | MAY05 D566687 | CHEVROLET | 98 LL 1GNDT13W9W2202466 | | |
| D566693 | MAY05 D566693 | FORD | 95 4D 1FMDU34XX8UB35377* | | |
| D566695 | MAY04 D566695 | CHEVROLET | 94 4H 2C1MR6467R6703895 | | |
| D566697 | MAY05 D566697 | NISSAN | 95 4D 1N4AB41D7SC731930 | | |
| D566706 | MAY05 D566706 | CHEVROLET | 94 4D 2G1WN54T9R9155106 | | |
| D566716 | JUN05 D566716 | FORD | 98 4D 1FAFP5384WG116288* | | |
| D566718 | MAY04 D566718 | TOYOTA | 97 4D 4T1BG22R4VU126968* | | |
| D566720 | JUN05 D566720 | HYUNDAI | 03 4D KMHDN45D23U477737 | | |
| D566721 | JUN05 D566721 | BUICK | 89 4D 1G4CW54CXKL630114 | | |
| D566741 | APR05 D566741 | DODGE | 00 4D 1B3EJ46X4YN288961 | | |
| D566744 | APR05 D566744 | TOYOTA | 03 UT JTEHF21A130124556 | | |
| D566746 | APR05 D566746 | MITSUBISH | 95 4D 4A2AJ46G3S8055834 | | |
| D566749 | MAY05 D566749 | SATURN | 03 UT 5G2CZ33D23S815276 | | |
| D566769 | MAY05 D566769 | DODGE | 02 LL 1B4HS48NX2F203270*BARKER TIMOTHY R, 572 W MAIN CARY 60013-2017............ | |
| D566770 | MAY05 D566770 | JAGUAR | 03 4D SAJEA51C23WD06714 | | |
| D566785 | MAR05 D566785 | PONTIAC | 95 4D 1G2NE55M9SC791957 | | |
| D566790 | APR05 D566790 | FORD | 03 CP 3FAFP11363R146479 | | |
| D566795 | MAY05 D566795 | WILLYS | 61 LL 575481115951 | | |
| D566799 | MAY05 D566799 | FORD | 00 CP 3FAKP1130YR144314 | | |
| D566807 | MAY05 D566807 | CHEVROLET | 90 VN 1GBBG25K1L7141389* | | |
| D566812 | MAY05 D566812 | FORD | 01 VN 2FMDA53451BB16266* | | |
| D566813 | MAY05 D566813 | HONDA | 94 CP 2HGEJ1139RH533914* | | |
| D566815 | MAY05 D566815 | MERCURY | 92 4D 2MECM74W9NX691917 | | |
| D566817 | MAY05 D566817 | TOYOTA | 03 UT JTEGD21A030073214 | | |
| D566831 | MAY05 D566831 | HONDA | 94 4D 1HGCD5652RA095042 | | |
| D566838 | MAY05 D566838 | CHEVROLET | 91 4D 2G1WN54T9M9134961 | | |
| D566841 | MAY05 D566841 | HONDA | 98 4D 1HGCG565XWA225720* | | |
| D566849 | MAY05 D566849 | MITSUBISH | 01 4D 4A3AA46G41E191016 | | |
| D566861 | MAY05 D566861 | MG | 65 PC GHN3L40758           * | | |
| D566873 | MAY05 D566873 | DODGE | 93 4D 2B3ED56F4PH646362* | | |
| D566875 | MAY05 D566875 | FORD | 99 4D 1FAFP52U8XG233084 | | |
| D566897 | MAY05 D566897 | DODGE | 00 WA 2B4GP243XYR604194 | | |
| D566918 | MAY05 D566918 | NISSAN | 02 PC 1N4AL11D52C165715 | | |
| D566920 | APR05 D566920 | BUICK | 88 PC 1G4HP54C8JH461994* | | |
| D566922 | MAY05 D566922 | TOYOTA | 93 2D JT2EL4689P0271073 | | |
| D566923 | MAY05 D566923 | OLDSMOBIL | 03 4D 1G3NL52F33C171159* | | |
| D566958 | MAY04 D566958 | DODGE | 89 VN 2B6HB21Y4KKJ18786 | | |
| D566959 | MAY05 D566959 | CHEVROLET | 97 VN 1GNDM19W1VB171975 | | |
| D566964 | MAY05 D566964 | OLDSMOBIL | 99 4D 1G3WS52H1XF375472* | | |
| D566984 | MAY05 D566984 | CADILLAC | 92 4D 1G6CD53B8N4203460* | | |
| D566985 | MAY05 D566985 | JEEP | 02 4W 1J4GW48S72C166036* | | |
| D567000 | MAY05 D567000 | FORD | 01 4D 3FAFP13P71R129915 | | |
| D567007 | MAY05 D567007 | DODGE | 96 VN 1B4GP54L8TB212548 | | |
| D567010 | MAY05 D567010 | MERCURY | 95 4D 1MELM50U8SG625921 | | |
| D567013 | MAY05 D567013 | TOYOTA | 04 VN 5TDZA23C24S164780* | | |
| D567024 | MAY05 D567024 | TOYOTA | 93 4D 4T1SK12E6PU167382 | | |
| D567026 | MAY05 D567026 | NISSAN | 87 2D JN1PB22S5HU018276 | | |
| D567028 | MAY05 D567028 | CHEVROLET | 65 PC 164675J166394 | | |
| D567031 | MAY04 D567031 | MERCEDES- | 85 4D WDBAB33C1FA225079* | | D |
| D567032 | MAY05 D567032 | FORD | 96 UT 1FMDU32X3T2A32020* | | |
| D567034 | APR05 D567034 | SUBARU | 96 4D 4S3BD4558T7208924* | | |
| D567053 | MAR05 D567053 | CHEVROLET | 02 4D 2G1WF52E129373161* | | |
| D567065 | MAY05 D567065 | OLDSMOBIL | 95 4D 1G3AJ55M356382809 | | |
| D567068 | MAY05 D567068 | BUICK | 92 4D 1G4AG54R7N6462447* | | |
| D567087 | MAY05 D567087 | FORD | 95 VN 2FMDA514XSBA84614* | | |

CODE DEFINITIONS-   R=REVOKED PLATE    D=DESTROYED PLATE    P=CHANGE PENDING    L=LEASED VEHICLE    S=SHORT-TERM RENTAL    T=TRANSFER

Exhibit G : 2 of 3



PASSENGER        04-05 PASSENGER        ISSUED  OCT 04        CDROM 001

```
PLATE #    EXPIR REF #    VEHICLE       YR BS V.I.N.              *NAME, ADDRESS, AND ZIP CODE (* DENOTES MULTIPLE OWNER)      D.L.#
MRYMAC2    FEB05 MRYMAC2  PONTIAC       03 4H 5Y2SL62853Z412145
MRYMAC3    MAR05 MRYMAC3  FORD          03 4D 1FAFP34P3W3115258*
MRYMAC5    OCT04 MRYMAC5  CHRYSLER      99 4D 2C3HD46R8XH526777
MRYMAC6    FEB05 MRYMAC6  PLYMOUTH      00 WA 1P4GP44GXYB602974*
MRYMAK1    OCT05 MRYMAK1  PONTIAC       01 4D 1G2WP52KX1F213008
MRYMAN     MAY05 6894496  MERCEDES-     03 RD WDBSK75FX3F054186 MERRYMAN MELISA R, 2417 TIMBERLINE TRAIL WOODSTOCK 60098. M65555668960
MRYMAR6    OCT05 MRYMAR6  BMW           02 PC WBAEU33442PF56890*
MRYMDS     MAR05          VOLKSWAGE     01 2H 3VWCD21C11M461712
MRYMDS2    MAY05 MRYMDS2  CHEVROLET     95 VN 1GNDM19W9SB125483
MRYMOE1    APR05 MRYMOE1  PONTIAC       99 2D 1G2WP12K3XF301433
MRYMOR2    JUN05 MRYMOR2  FORD          03 UT 1FM2U73K132A79143
MRYMRK1    JAN05 MRYMRK1  MERCURY       97 4D 1MELM13P4VM655412
MRYMRY4    JUN05 MRYMRY4  OLDSMOBIL     95 VN 1GHDU06L8ST308505
MRYNER7    JUN05 MRYNER7  OLDSMOBIL     96 4D 1G3WH52M9TF314781
MRYPIZ4    JUL05 MRYPIZ4  BUICK         95 4D 1G4HP52L9SH500421
MRYPOP7    JUN04 MRYPOP7  CHRYSLER      02 VN 3C4FY48B92T358963*
MRYROS1    MAY05 MRYROS1  OLDSMOBIL     92 4D 1G3CX53L9N431B792*
MRYRTH1    SEP05 MRYRTH1  FORD          92 4D 2FACF74W2NX231237
MRYRYN2    SEP05 MRYRYN2  CHEVROLET     03 VN 1GNDX03E73D185673*
MRYSPT1    JUL05 MRYSPT1  CHRYSLER      02 VN 3C8FY68B42T298701*
MRYSSA4    FEB04 MRYSSA4  MERCURY       91 2D 1MEPM6047MH652208*
MRYSUE1    FEB05 MRYSUE1  OLDSMOBIL     95 4D 1G3CX52K0S4314439*
MRYSUE2    MAY05 MRYSUE2  OLDSMOBIL     96 4D 1G3CX52K9T4302288*
MRYSXR2    JUN05 MRYSXR2  MERCURY       91 CV 6MPCT0362MB631658
MRYTRY4    NOV04 MRYTRY4  DODGE         96 VN 1B4GP54L9TB305451
MRYUNG1    APR05 MRYUNG1  OLDSMOBIL     99 4D 1G3GR62C5X4119101*
MRYVVS1    SEP05 MRYVVS1  CADILLAC      02 4D 1G6KS54Y22U141120*
MRYXMS1    DEC04          CHEVROLET     04 CP 2G1WK12K849194355*
MRYZKR1    AUG05 MRYZKR1  MERCURY       98 4D 1MEFM5384WG625640*
MRZBAR1    MAY05 MRZBAR1  MERCURY       83 4D 1MEBP95F3D2669403
MRZBKR2    APR05 MRZBKR2  CHEVROLET     01 4D 1G1JC524Z1177675
MRZBUG     MAY05 MRZBUG   VOLKSWAGE     01 2H 3VWCP21C21M461161
MRZCAR1    FEB05 MRZCAR1  HYUNDAI       02 4H KMHDN55DX2U053727*
MRZDON3    NOV04 MRZDON3  TOYOTA        96 4D JT2BG12K7T0363501
MRZEKE     AUG05 MRZEKE   BMW           01 4D WBAGH83451DP26500
MRZERO     SEP05 MRZERO   PONTIAC       98 4D 1G2NE52T2WC708614
MRZEUS1    JUL04 MRZEUS1  AUDI          01 4D WAUED54B21N070278*
MRZHND2    JUN05 MRZHND2  HONDA         98 4D 1HGCG5642WA214010
MRZHTL1    SEP04 MRZHTL1  GMC           00 4W 1GKDT13W2Y2281091
MRZHTL2    AUG05 MRZHTL2  CHEVROLET     95 UT 1GNDT13W6S2247200*
MRZHWZ5    MAR05 MRZHWZ5  HYUNDAI       03 4D KMHDN45D93U609571*
MRZIPN2    DEC04          FORD          92 4D 2FACP74W9NX169917
MRZMOM4    JUN05 MRZMOM4  CHEVROLET     03 VN 1GNDX13E93D321968*
MRZMVP1    OCT04          HYUNDAI       98 4D KMHCF24F7WA113111
MRZMZK1    MAY05 MRZMZK1  FORD          99 LL 1FMPU18L1XLC18881*
MRZNZK     APR05 MRZNZK   CHEVROLET     03 UT 1GNDT13S932220037*
MRZOOM     MAR05 MRZOOM   LINCOLN       99 4D 1LNHM82W6XY667847*
MRZUBI2    NOV05 MRZUBI2  TOYOTA        91 4D 4T1SV21E3MU340267
MRZYAN1    JUL05 MRZYAN1  HONDA         97 CP 1HGCD7267VA002259
MSAAJG1    NOV04 MSAAJG1  GMC           01 LL 3GKFK16T71G272574
MSABAS     MAR05 MSABAS   CHEVROLET     92 CP 1G1YY23P6NS101398
MSABBO1    DEC04 MSABBO1  LINCOLN       02 4D 1LNHM81W62Y657569*
MSABBY2    AUG04 MSABBY2  PONTIAC       96 CP 1G2JB12T4T7569591
MSABLE2    AUG05 MSABLE2  LEXUS         01 UT JTJHF10U710178903
MSABTH2    FEB05 MSABTH2  FORD          89 VN 1FMEE11NXKHA71617
MSACCO1    DEC04 MSACCO1  FORD          97 LL 1FMDU35P0VZA54006
MSACED2    DEC04          OLDSMOBIL     97 UT 1GHDT13W5V2715330*
MSACME1    SEP05 MSACME1  PONTIAC       00 4D 1G2HZ541XY4189046*
MSACOF2    JUL05 MSACOF2  GMC           02 4W 1GKEK63U62J127628*
```

CODE DEFINITIONS-    R=REVOKED PLATE    D=DESTROYED PLATE    P=CHANGE PENDING    L=LEASED VEHICLE    S=SHORT-TERM RENTAL    T=TRANSFER

Press F1 for Help                                                                                                   Plate Number Single    NUM

Exhibit G : 3 of 3