

Dear Mr. Strocher:

Local 150 requests to purchase the most current microfiche set, Registration - used to locate listings by plate number. Enclosed is the completed application and appropriate fee.

Please mail the set to:

Jim Miller, Assistant to the President
IUOE Local 150
6200 Joliet Road
Countryside, IL 60525

If you need to contact me my phone number is 708/482-8800. Thank you for your help with this matter.

Sincerely,

James J. Miller
Assistant to the President

JJM/ls

enclosure

sent via US certified mail # 7003 0500 0002 3147 9676

AGREEMENT FOR PURCHASE BY
THE INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150
TO THE SECRETARY OF STATE OF
COMPUTER STORED INFORMATION

1. This Agreement made this 24th day of June, 2003, between Jesse White, Secretary of State of Illinois in his official capacity and not as an individual, hereinafter known as the Secretary, and the International Union of Operating Engineers, Local 150, hereinafter known as the purchaser.

2. Purchaser applies to buy from the Secretary and the Secretary agrees to sell to the Purchaser information from the Secretary's computer files, said information being
   (vehicle registration microfiche (plate number sequence)

3. Purchaser agrees to pay all applicable statutory fees in effect and currently prescribed by 625 ILCS 5/2-123 of the Illinois Vehicle Code entitled "Sale and Distribution of Information" and 92 Ill. Adm. Code 1002.30. The actual cost of said information is to be specified in a separate communication between the parties, determined when the Secretary has completed the requested work, payable to the Secretary before delivery of the information to the Purchaser. Payment shall be in cash, certified check, money order or company check.

4. The information shall be furnished to the Purchaser on a computer-accessible media as prescribed by the Secretary and furnished by the Purchaser to the Secretary for transference from the Secretary's computer files. Purchaser shall pay all postage and handling costs for the transfer of the media to and from the Secretary.

5. The Purchaser pursuant to Section 2-123(e-1) of the Illinois Vehicle Code [625 ILCS 5/2-123(e-1)] shall disclose the intended use of the information purchased and the Purchaser agrees that it shall, prior to using, reselling, furnishing, or otherwise making available driver's, vehicle or title lists or to using those lists to update, enhance or verify any information, remove from the list purchased all names and addresses and other personally identifiable information of all persons who request pursuant to Section 2-123 (e-1) of the Illinois Vehicle Code that their personally identifiable information not be used for commercial solicitation purposes [625 ILCS 5/2-123(e-1)].
   to check plates on construction sites only

6. Requests to the Secretary from individuals or the court requesting that specified names not be used will be honored by the Secretary and will not be included in the listing provided.

7. It is further agreed that the information, lists, names and other material provided by the Office of the Secretary of State hereunder shall not be made available to other persons, firms, corporations, partnerships or other legal entities. The Purchaser further assures that it shall not engage in any method, act, or practice which is unfair or deceptive in the use of this list or in violation of the published rules of the Office of the Secretary (92 Ill. Adm. Code 1002).

8. Should the information contained herein be exchanged with or sold to another person, firm, or corporation for other information or lists, such shall constitute a material breach of this Agreement and all information previously received by the Purchaser shall be returned to the Office of the Secretary. No money paid to the Secretary shall be refunded. A material breach of the Agreement by the Purchaser shall result in no further information being sold to the Purchaser by the Secretary for a term of 5 years from the date of the breach (92 Ill. Adm. Code 1002.60).

9. In no case shall any refund of any purchase price be given by the Secretary of State's Office, once the Secretary of State's Office has completed the work contracted for by contractor and presented the information to the contractor.

10. Purchaser agrees that any information received pursuant to this agreement will not be used to establish a competing service to that offered by the Secretary of State's Office as specified in Section 2-123 of the Illinois Vehicle Code (625 ILCS 5/2-123) which is more specifically described as the sale of registration and title or driver's license information to any member of the public who pays the statutory fee for obtaining that information. This provision shall not be waived. Purchaser may use the information obtained to update data files, compile statistical data, and other purposes which are not definable as commercial solicitation or which are not in violation of, or in direct competition with the Office of the Secretary of State's sale of information procedures.

11. In witness whereof, the parties hereto have caused this instrument to be executed by these duly authorized officials or officers.

I, __James J. Miller__, do hereby attest and duly verify under penalty of
(purchaser or his representative)

perjury, that the information contained in this Agreement is true and correct to the best of

my knowledge.

__June 4, 2003__                         __James J. Miller__
Date                                     (Signature of Purchaser or Representative)


For the Secretary:

_____           By: _____
Date                                   (Signature)


Company Name: INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150

Company Address: 6200 JOLIET ROAD, COUNTRYSIDE, IL 60525

Telephone Number: 708/482-8800