UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Western Division

Tammy Barker, et al.

Plaintiff,

v.

Case No.: 3:08−cv−50015
Honorable Frederick J. Kapala

Local 150 International Union of Operating Engineers AFL−CIO

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

MINUTE entry before the Honorable P. Michael Mahoney: Discovery hearing held on 8/27/2008. Defendant given to 10/27/08 to conduct discovery to respond to plaintiff's motions. Plaintiff given leave to file the non−redacted affidavit of Dan Jerger under seal. Plaintiff's Motion for preliminary injunction [43] and Motion to certify class [46] are entered and continued to set briefing schedule to Discovery Hearing set for 10/29/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.