UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Tammy Barker, et al.

                          Plaintiff,

v.                                        Case No.: 3:08−cv−50015
                                             Honorable Frederick J. Kapala

Local 150 International Union of Operating Engineers AFL−CIO

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 29, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Telephonic hearing held on 8/29/2008. The court gives direction on discovery dispute. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.