# Part 2

# Group

# Exhibit C

Depositions of Mike Aprile, Charles August, Steven Cisco, Ryan Drew, Joe Farrell, Joseph Ward, James Miller, Stan Simrayh, James Schweihs, and Mr. Quigley.

1

2              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
3                      WESTERN DIVISION

4

5

6

7   TAMMY BARKER, TIMOTHY         )
    ROBERT BARKER, AND MELISA     )
    MERRYMAN,                     )
8                                 )
            Plaintiffs,           )   No. 08 CV 50015
9                                 )
    vs.                           )
10                                )
    LOCAL 150 INTERNATIONAL       )
11  UNION OF OPERATING            )
    ENGINEERS AFL-CIO,            )
12                                )
            Defendant.            )
13

14

15       The discovery deposition of CHARLES AUGUST,

16   taken before Patricia A. Cadrecha, C.S.R., a

17   notary public in and for the County of McHenry

18   and State of Illinois, at 14212 Washington

19   Street, Woodstock, Illinois, on January 5, 2009,

20   at the hour of 10:30 o'clock a.m.

21

22

23

24

1    APPEARANCES:

2

3

4

5       UNGARETTI & HARRIS, by
        MR. DEAN J. POLALES,
              AND
6       ROBERT T. HANLON LAW OFFICE, by
        MR. ROBERT T. HANLON
7       appeared on behalf of the Plaintiffs;

8

9       GUMMERSON & RAUSCH, by
        MR. R. MARK GUMMERSON
10      appeared on behalf of the Defendant.

11

12

13            I  N  D  E  X

14

<u>Witness:</u>                              <u>Page</u>

15

16   CHARLES AUGUST

17

18      Examination by:

        Mr. Polales..................... 4

19

20

21

22

23

24

1    THE WITNESS:  My name is Dean Polales, and

2    I'm one of the attorneys for the Plaintiffs in

3    this case, captioned Tammy Barker, Timothy Robert

4    Barker, and Melisa Merryman, on behalf of

5    themselves and on behalf of those

6    similarly-situated, plaintiffs, versus Local 150

7    International Union of Operating Engineers,

8    AFL-CIO, pending before Judge Frederick Kapala

9    and Magistrate Judge P. Michael Mahoney.

10   No. 2008 CV 50015.

11              This deposition is taken pursuant

12   to the Federal Rules of Civil Procedure and local

13   rules of the U.S. District Court for the Northern

14   District of Illinois.  Time is now 10:30.

15              Present is Robert Hanlon, another

16   attorney for the Plaintiffs; Mr. R. Mark

17   Gummerson.

18              And your name is?

19   THE WITNESS:  Charles Alfred August.

20   MR. POLALES:  And Mr. August, you received a

21   subpoena for your appearance at a deposition at

22   some point in this case; is that correct?

23   THE WITNESS:  Yes, sir.

24   MR. POLALES:  And then by agreement with

```
 1   Mr. Gummerson's office, we set the date for
 2   today; is that correct?
 3        THE WITNESS:  Yes, sir.
 4        THE COURT REPORTER:  I need to swear in the
 5   witness.
 6                    (Witness duly sworn.)
 7                    CHARLES AUGUST,
 8   having been first duly sworn, was examined and
 9   testified as follows:
10
11                    EXAMINATION
12                    BY MR. POLALES:
13
14        Q    And were the answers you just gave true?
15        A    Yes.
16        Q    And I'm going to be asking you a series
17   of questions about the lawsuit and some of the
18   facts associated with it.
19                    I take it you have been -- you have
20   given testimony at a deposition before?
21        A    Yes.
22        Q    So you know that the court reporter
23   can't take down a nod of the head or a shake of
24   the head and you should answer audibly; is that
```

1    correct?

2        A    Yes, sir.

3        Q    Mr. August, where do you presently

4    reside?

5        A    27961 North Murtle Street, Wauconda,

6    Illinois, 60084.

7        Q    How long have you lived there?

8        A    12 years, approximately, in this home.

9        Q    Do you maintain any other residence?

10       A    No, sir.

11       Q    Where did you reside before that?

12       A    Right next door.

13       Q    Are you married?

14       A    Yes, sir.

15       Q    And I know from talking to you before

16   the dep you have a couple of children?

17       A    Beautiful children, yes.

18       Q    What do you do for a living?

19       A    I am a business agent organizer for

20   Local 150, the International Union of Operating

21   Engineers.

22       Q    How long have you been so employed?

23       A    21 years.

24       Q    What did you do before that?

1    A    I was an operator of heavy equipment.

2    Q    You're a member of Local 150 as well?

3    A    Yes, sir.

4    Q    How long have you been a member?

5    A    Just short of 25 years, sir.

6    Q    Is your full-time job as a business

7 agent?

8    A    I respectfully decline to answer that

9 question based on the advice from my counsel and

10 invoke my rights pursuant to the Fifth Amendment

11 of the U.S. Constitution.

12    Q    Okay.  If you're going to do that we

13 could save some time and you could just say, "I

14 rest on my right to remain silent."  We'll

15 understand that that's the answer.

16    MR. GUMMERSON:  He's going to do that, but

17 you can put that on the record.

18 BY MR. POLALES:

19    Q    Is that okay?

20    A    That's quite all right, sir.

21    Q    Okay.  Do you have any other employment

22 at the present time?

23    MR. GUMMERSON:  He'll decline to answer.

24

1  BY MR. POLALES:

2      Q    Do you agree with counsel?

3      A    Yes, sir.

4      Q    Okay.  So if you decline to answer, then

5  I will understand you, and you will mean that

6  you're resting on your right to remain silent

7  under the Fifth Amendment of the U.S.

8  Constitution; do we agree?

9      A    Yes, sir.

10     Q    Okay.  If you have any other reason for

11 declining to answer other than that, will you

12 state that on the record?

13     MR. GUMMERSON:  He will.

14 BY MR. POLALES:

15     Q    Okay.  And how far did you go in school,

16 sir?

17     MR. GUMMERSON:  He declines to answer.

18 BY MR. POLALES:

19     Q    But I'd like to hear you say it audibly.

20     A    I respectfully decline to answer

21 based --

22     Q    You don't have to say the whole thing.

23 Just decline to answer and we will both agree

24 that that means that you decline based on your

```
 1   Fifth Amendment right.
 2        A    I decline to answer, sir, based on my
 3   Fifth Amendment right.
 4        Q    When were you born?
 5        A    I decline to answer based on my Fifth
 6   Amendment right.
 7        Q    What is your Social Security number?
 8        A    I decline to answer based on my Fifth
 9   Amendment right.
10        Q    Have you lived in the last ten years at
11   any place other than 27961 North Murtle Street in
12   Wauconda?
13        A    I decline to answer.
14        Q    Your wife's name is Kimberly August?
15        A    I decline to answer.
16        Q    And do you have a cell phone?
17        A    I decline to answer based on my Fifth
18   Amendment.
19        Q    What is your current cell phone number?
20        A    I decline to answer based on my Fifth
21   Amendment.
22        Q    How long have you had that cell phone?
23        A    I decline to answer based on my Fifth
24   Amendment.
```

1    Q    Who provides cell service for your

2  phone?

3    A    I respectfully decline to answer based

4  on my Fifth Amendment.

5    Q    What cellular service providers have you

6  had since October of 2004?

7    A    I respectfully decline to answer based

8  on my Fifth Amendment.

9    Q    Can you tell me what the duties of a

10  business agent are for Local 150?

11    A    I decline to answer based on my Fifth

12  Amendment.

13    Q    Can you tell me what your duties are for

14  Local 150?

15    A    I respectfully decline to answer based

16  on my Fifth Amendment.

17    Q    Have you ever held yourself out to be

18  the president of Local 150?

19    A    I respectfully decline based on my Fifth

20  Amendment.

21    Q    Have you ever held yourself out to be a

22  business manager of Local 150?

23    A    I respectfully decline based on my Fifth

24  Amendment.

1    Q    Have you ever completed a credit

2    application listing yourself as president?

3    A    I respectfully decline based on my Fifth

4    Amendment.

5    Q    Have you ever held yourself out to be a

6    business manager of Local 150 on a credit

7    application?

8    A    I respectfully decline to answer.

9    Q    A business agent is sometimes referred

10   to as a BA in your business; is that correct?

11   A    I respectfully decline.

12   Q    How did you get your job at the local --

13   A    I respectfully decline to answer based

14   on my Fifth Amendment.

15   Q    Did you ever receive any training from

16   Local 150 or anyone else for your duties as a

17   business agent?

18   A    I respectfully decline to answer.

19   Q    Did you ever receive any training from

20   Local 150 in connection with your membership or

21   any duties you had for Local 150?

22   A    I respectfully decline to answer.

23   Q    Have you ever taken any classes on any

24   federal labor laws?

```
 1        A    I respectfully decline to answer.

 2        Q    Are you familiar with the NLRA?

 3        A    I respectfully decline to answer.

 4        Q    Are you familiar with the

 5   Norris-La Guardia Act?

 6        A    I respectfully decline based on my Fifth

 7   Amendment.

 8        Q    Are you familiar with the Taft-Hartley

 9   Act?

10        A    I respectfully decline based on my Fifth

11   Amendment.

12        Q    Are you familiar with something called

13   the Driver's Privacy Protection Act?

14        A    I respectfully decline based on my Fifth

15   Amendment.

16        Q    Do you engage in organizational

17   activities on behalf of Local 150?

18        A    I respectfully decline based on my Fifth

19   Amendment.

20        Q    Do you engage in any other activities on

21   behalf of Local 150?

22        A    I respectfully decline based on my Fifth

23   Amendment.

24        Q    It's true, isn't it, that you contact
```

1  employees of employers who do not have agreements

2  with Local 150 in order to try to organize them?

3     A    I respectfully decline based on my Fifth

4  Amendment.

5     Q    And Local 150 represents people who

6  operate equipment; is that correct?

7     A    I respectfully decline based on my Fifth

8  Amendment.

9     Q    Local 150 generally represents those who

10  engage in operating heavy equipment; is that

11  correct?

12     A    I respectfully decline based on my Fifth

13  Amendment.

14     Q    Have you ever been a party to a lawsuit?

15     A    I respectfully decline based on my Fifth

16  Amendment.

17     Q    Sir, are you currently a party in a

18  company -- in a lawsuit called MEX versus

19  Local 150 -- Merryman Excavation versus

20  Local 150?

21     A    I respectfully decline based on my Fifth

22  Amendment.

23     Q    And sir, are you currently a party in a

24  case called Merryman Excavation versus Charles

1   August?

2       A    I respectfully decline based on my Fifth

3   Amendment.

4       Q    And are you currently a defendant or a

5   party in a case called Peter Pena, Jr., and

6   Daniel Pena versus Local 150?

7       A    I respectfully decline to answer.

8       Q    Are you a party in a case called August

9   and Pearson versus Susan Anicki (phonetic)?

10      A    I respectfully decline based on my Fifth

11  Amendment.

12      Q    Sir, do you have any tax liens pending

13  against you?

14      A    I respectfully decline based on my Fifth

15  Amendment.

16      Q    Have you ever been a party in any legal

17  proceeding that I have not mentioned?

18      A    I respectfully decline based on my Fifth

19  Amendment.

20      Q    Have you ever been charged with a crime,

21  sir?

22      A    I respectfully decline based on my Fifth

23  Amendment.

24      Q    Were you ever charged with disorderly

1   conduct?

2      A   I respectfully decline based on my Fifth

3   Amendment.

4      Q   How about battery?

5      A   I respectfully decline based on my Fifth

6   Amendment.

7      Q   How about jury tampering?

8      A   I respectfully decline based on my Fifth

9   Amendment.

10      Q   How about aggravated battery?

11      A   I respectfully decline based on my Fifth

12   Amendment.

13      Q   How about resisting?

14      A   I respectfully decline based on my Fifth

15   Amendment.

16      Q   How about criminal damage to property?

17      A   I respectfully decline based on my Fifth

18   Amendment.

19      Q   Have you ever testified in a deposition

20   before?

21      A   I respectfully decline based on my Fifth

22   Amendment.

23      Q   Do you understand the deposition is what

24   we're doing here today?

1    A    I respectfully decline based on my Fifth

2  Amendment.

3    Q    Have you always testified truthfully

4  when you testified in prior depositions?

5    A    I respectfully decline based on my Fifth

6  Amendment.

7    Q    Have you ever testified in any trial?

8    A    I respectfully decline based on my Fifth

9  Amendment.

10   Q    Are you now the subject of any criminal

11  investigations to the best of your knowledge?

12   A    I respectfully decline based on my Fifth

13  Amendment.

14   Q    Have you heard that you are the subject

15  of a criminal investigation?

16   A    I respectfully decline based on my Fifth

17  Amendment.

18   Q    Have you been contacted by any federal

19  law enforcement agents in the last two years?

20   A    I respectfully decline based on my Fifth

21  Amendment.

22   Q    Have you given any statements to anybody

23  in federal government in the last two years?

24   A    I respectfully decline based on my Fifth

1    Amendment.

2        Q    Part of your job is to visit

3    construction sites; is that correct?

4        A    I respectfully decline based on my Fifth

5    Amendment.

6        Q    Have you ever been to a meeting where

7    access to motor vehicle records was discussed?

8        A    I respectfully decline based on my Fifth

9    Amendment.

10        Q    Have you ever been to a meeting on

11    behalf of Local 150 where access to motor vehicle

12    records was discussed?

13        A    I respectfully decline based on my Fifth

14    Amendment.

15        Q    Have you ever been to a meeting as part

16    of your duties as an employee of Local 150 where

17    access to motor vehicle records was discussed?

18        A    I respectfully decline based on my Fifth

19    Amendment.

20        Q    Have you ever had any contact with the

21    Illinois Secretary of State's office or its

22    employees or agents in connection with access to

23    motor vehicle records?

24        A    I respectfully decline based on my Fifth

1  Amendment.

2      Q    Have you ever obtained any motor vehicle

3  records other than motor vehicle records for your

4  own car?

5      A    I respectfully decline based on my Fifth

6  Amendment.

7      Q    Have you ever used motor vehicle records

8  other than your own?

9      A    I respectfully decline based on my Fifth

10  Amendment.

11      Q    Have you ever disclosed motor vehicle

12  records other than your own?

13      A    I respectfully decline based on my Fifth

14  Amendment.

15      Q    Have you ever had the occasion to note

16  license plates on vehicles during the course of

17  your duties for Local 150?

18      A    I respectfully decline based on my Fifth

19  Amendment.

20      Q    Have you ever had occasion to note

21  license plates on vehicles in connection with

22  your duties as an employee of Local 150?  It

23  might be the same question.

24      A    I respectfully decline based on my Fifth

1  Amendment.

2      Q     Have you ever had occasion to take note

3  of any license plates on any motor vehicles in

4  order to obtain information about the motor

5  vehicle or its ownership?

6      A     I respectfully decline based on my Fifth

7  Amendment.

8      Q     Have you ever obtained any personal

9  information, other than your own, from any motor

10  vehicle record?

11      A     I respectfully decline based on my Fifth

12  Amendment.

13      Q     Have you ever done that in connection

14  with your duties as a business agent for

15  Local 150?

16      A     I respectfully decline to answer based

17  on my Fifth Amendment.

18      Q     Have you ever used any personal

19  information that came from a motor vehicle record

20  during the course of your duties for Local 150?

21      A     I respectfully decline based on my Fifth

22  Amendment.

23      Q     Have you ever disclosed any personal

24  information that came to your attention as a

1    result of your access to motor vehicle records in

2    connection with your duties as an employee of

3    Local 150?

4        A    I respectfully decline based on my Fifth

5    Amendment.

6        Q    Have you ever received any motor vehicle

7    records in any form?

8        A    I respectfully decline to answer based

9    on my Fifth Amendment.

10       Q    Have you ever received any

11   electronically stored motor vehicle record

12   information?

13       A    I respectfully decline based on my Fifth

14   Amendment.

15       Q    Have you ever received any compact disks

16   or DVD's containing motor vehicle records in the

17   course of your duties as a business agent for

18   Local 150?

19       A    I respectfully decline based on my Fifth

20   Amendment.

21       Q    Have you ever accessed any of the motor

22   vehicle records imbedded on any CD or DVD or

23   electronically-stored information?

24       A    I respectfully decline to answer based

1    on my Fifth Amendment.

2         Q    Do you know a lady named Linda Soria?

3         A    I respectfully decline to answer.

4         Q    Do you have an opinion as to Linda

5    Soria's honesty?

6         A    I respectfully decline to answer.

7         Q    Are you aware of Linda Soria's

8    reputation with respect to honesty?

9         A    I respectfully decline to answer.

10        Q    Do you know that Linda Soria worked for

11   Local 150?

12        A    I respectfully decline to answer.

13        Q    Do you know that Linda Soria accessed

14   motor vehicle record information during the

15   course of her job at Local 150?

16        A    I respectfully decline to answer.

17        Q    Linda Soria ran -- or did Linda Soria

18   access motor vehicle information at your request?

19        A    I respectfully decline to answer.

20        Q    During the course of your duties at

21   Local 150 you investigate conduct that might lead

22   to a grievance being filed by the local against

23   an employer; is that right?

24        A    I respectfully decline to answer.

1    Q    During the course of your duties did you

2    engage in conduct with a view toward organizing

3    employees to join the union at particular

4    employers?

5    A    I respectfully decline to answer.

6    Q    Are you aware that one way to organize a

7    company so that its employees are members of the

8    local is to sign a memorandum of agreement?

9    A    I respectfully decline to answer.

10   Q    You have asked employers to sign

11   memorandums of agreement on behalf of Local 150;

12   is that correct?

13   A    I respectfully decline to answer.

14   Q    Every signatory employer to a Local 150

15   contract does not necessarily label its equipment

16   with the names of the company, do they?

17   A    I respectfully decline to answer.

18   Q    When you're doing your job you have to

19   be able to identify employers who have agreements

20   with Local 150 who are working at job sites;

21   isn't that correct?

22   A    I respectfully decline to answer.

23   Q    How do you go about identifying persons

24   on a job site?

```
 1        A    I respectfully decline to answer.

 2        Q    How do you go about identifying who the

 3   employers are at a job site?

 4        A    I respectfully decline to answer.

 5        Q    Do you use business cards -- ask for

 6   business cards at job sites to see who you're

 7   dealing with, don't you?

 8        A    I respectfully decline to answer.

 9        Q    You sometimes engage in communications

10   with Local 150 personnel in order to determine

11   who employers are that have agreements with

12   Local 150 during the course of your job?

13        A    I respectfully decline to answer.

14        Q    Do you know the names of contractors or

15   employers who are -- who have agreements with

16   Local 150?

17        A    I respectfully decline to answer.

18        Q    Do you know which contractors or

19   employers have labor agreements with Local 150

20   and which do not?

21        A    I respectfully decline to answer.

22        Q    How is it that you might identify a

23   Local 150 organized contractor from a

24   non-Local 150 contractor?
```

1     A    I respectfully decline to answer.

2     Q    Do you know which employers are

3   signatories to a Local 150 contract and which

4   employers are not?

5     A    I respectfully decline to answer.

6     Q    Have you made any contributions to any

7   funds administered by Local 150?

8     A    I respectfully decline to answer.

9     Q    Have you ever made payments to something

10  called the Christmas Fund?

11    A    I respectfully decline to answer.

12    Q    Have you ever made payments to something

13  called the Employer/Employee Assistance Fund?

14    A    I respectfully decline to answer.

15    Q    Can you tell me what the Christmas Fund

16  is?

17    A    I respectfully decline to answer.

18    Q    Can you tell what it's used for?

19    A    I respectfully decline to answer.

20    Q    How often have you made payments into

21  the Christmas Fund?

22    A    I respectfully decline to answer.

23    Q    Who do you give your payments to for the

24  Christmas Fund?

1     A    I respectfully decline to answer.

2     Q    Have you ever paid the Christmas Fund by

3  check?

4     A    I respectfully decline to answer.

5     Q    How much have you paid to the Christmas

6  Fund?

7     A    I respectfully decline to answer.

8     Q    Have you ever received any payment from

9  the Christmas Fund?

10     A    I respectfully decline to answer.

11     Q    Have you ever received any payment from

12  the Employee Assistance Fund?

13     A    I respectfully decline to answer.

14     Q    Have you ever had any of your bills or

15  expenses paid by the Christmas Fund?

16     A    I respectfully decline to answer.

17     Q    Have you ever had any of your bills or

18  expenses paid by the Employee Assistance Fund?

19     A    I respectfully decline to answer.

20     Q    Have you ever transferred money from the

21  Christmas Fund to anyone else?

22     A    I respectfully decline to answer.

23     Q    Have you ever transferred money from the

24  Employee Assistance Fund to anyone else?

1    A    I respectfully decline to answer.

2    Q    Have you ever had your attorneys' fees

3  paid by Local 150?

4    A    I respectfully decline to answer.

5    Q    Have you ever had your attorneys'

6  fees -- that's okay.  I'll withdraw that.

7              Are you aware of whether or not

8  Local 150 has ever used Christmas Fund money to

9  pay for motor vehicle records?

10    A    I respectfully decline to answer, sir.

11    Q    Has Local 150 ever used Employee

12  Assistance Fund money to pay for motor vehicle

13  records?

14    A    I respectfully decline to answer.

15    Q    Are you aware that Local 150 has paid

16  for motor vehicle records purchased from the

17  Secretary of State?

18    A    I respectfully decline to answer.

19    Q    Do you know a man named James

20  Limbaugh (phonetic)?

21    A    I respectfully decline to answer.

22    Q    Have you ever had any agreement with

23  Mr. Limbaugh?

24    A    I respectfully decline to answer, sir.

1    Q    Is there any reason that Jim Limbaugh

2    would make a payment to you individually?

3    A    I respectfully decline to answer, sir.

4    Q    Has Mr. Limbaugh ever paid you any

5    money?

6    A    I respectfully decline to answer, sir.

7    Q    Have you ever threatened Mr. Limbaugh

8    with loss of membership if he didn't pay you

9    money?

10    A    I respectfully decline to answer, sir.

11    Q    Other than your lawyer, have you

12    discussed this case -- that is the case of

13    Barker, Barker and Merryman versus

14    Local 150 -- with anyone else?

15    A    I respectfully decline to answer.

16    Q    And do you have any nicknames or names

17    other than your given name which you have been

18    called for the last ten years?

19    A    I respectfully decline to answer.

20    Q    Do you know a man named Scott Dahl?

21    A    I respectfully decline to answer.

22    Q    Do you know that he used to be a

23    Local 150 business agent?

24    A    I respectfully decline to answer, sir.

1    Q    Have you ever asked a person to lie

2  under oath in any proceeding?

3    A    I respectfully decline to answer.

4    Q    Do you know a man named Ronald Pullman?

5    A    I respectfully decline to answer.

6    Q    Are you aware that Mr. Pullman executed

7  an affidavit in a different case where you were

8  involved in which he indicated that you coerced

9  him to lie under oath?

10    A    I respectfully decline to answer.

11    Q    In your life has any judge ever declared

12  a mistrial on any case because he found that you

13  tampered or interfered with a juror?

14    A    I respectfully decline to answer, sir.

15    Q    You were named a party in

16  Peace (phonetic) versus Local 150 after a

17  mistrial, were you not?

18    A    I respectfully decline to answer.

19    Q    And that case was pending before

20  Judge Hoogasian; are you aware of that?

21    A    I respectfully decline to answer.

22    Q    And you were named as a party in that

23  case after he declared a mistrial; isn't that

24  correct?

1    A    I respectfully decline to answer.

2    Q    The reason the Court gave for the

3  mistrial was that you had tampered with a juror;

4  is that correct?

5    A    I respectfully decline to answer.

6    Q    Are the attorneys for Local 150 business

7  agents, to your knowledge?

8    A    I respectfully decline to answer, sir.

9    Q    Are any of the business agents for

10  Local 150 attorneys?

11    A    I respectfully decline to answer.

12    Q    Does Local 150 maintain an assistance

13  fund?

14    A    I respectfully decline to answer.

15    Q    Do members of Local 150 write requests

16  for money from the assistance fund?

17              Do members of Local 150 write

18  requests for money from the assistance fund?

19    A    I respectfully decline to answer.

20    Q    Isn't that part of your job, to write up

21  requests for assistance funds?

22    A    I respectfully decline to answer.

23    Q    Do you know if there's any accounting

24  for the moneys in the assistance fund?

1    A    I respectfully decline based on my Fifth

2    Amendment.

3    Q    Do you know what kind of accounting for

4    the assistance fund exists?

5    A    I respectfully decline to answer.

6    Q    Did you ever access motor vehicle

7    information at the request of Steve Cisco?

8    A    I respectfully decline to answer.

9    Q    Did Mr. Sweeney, James Sweeney, ever ask

10   you to run license plates in connection with your

11   position as a business agent?

12   A    I respectfully decline to answer.

13   Q    Did Mr. Cisco ever ask you to run

14   plates?

15   A    I respectfully decline to answer.

16   Q    Did either -- did Mr. Cisco ever ask you

17   to determine what motor vehicle records or

18   information was available in connection with a

19   particular license plate?

20   A    I respectfully decline to answer.

21   Q    Did Mr. Cisco ever ask you to obtain

22   information for motor vehicle records?

23   A    I respectfully decline to answer.

24   Q    Did Mr. Sweeney ever ask you to obtain

1    information from motor vehicle records?

2        A    I respectfully decline to answer.

3        Q    Did any officer or employee of Local 150

4    ever provide you with motor vehicle records?

5        A    I respectfully decline to answer.

6        Q    Did any officer or employee of Local 150

7    ever provide you with information for motor

8    vehicle records?

9        A    I respectfully decline to answer, sir.

10       Q    Do you know whether anyone at Local 150

11   ever accessed motor vehicle records containing

12   personal information?

13       A    I respectfully decline to answer.

14       Q    Do you know whether anyone at Local 150

15   ever used a license plate number to access motor

16   vehicle information?

17       A    I respectfully decline to answer.

18       Q    Do you know a man named Herb

19   Base (phonetic)?

20       A    I respectfully decline to answer.

21       Q    If I asked you any questions about

22   Mr. Base, would you decline to answer?

23       A    I respectfully decline to answer.

24       Q    Do you know a man named Kevin Burke,

1    B-u-r-k-e?

2        A    I respectfully decline to answer.

3        Q    Do you know a person named Fenton Cross?

4        A    I respectfully decline to answer.

5        Q    Do you know a person named Bob Darling?

6        A    I respectfully decline to answer, sir.

7        Q    Do you know a person named Angela

8    DelRivera (phonetic)?

9        A    I respectfully decline to answer.

10        Q    Do you know a person named Albert

11    Dunker (phonetic)?

12        A    I respectfully decline to answer.

13        Q    Do you know a person named Tom

14    Feralo (phonetic)?

15        A    I respectfully decline to answer.

16        Q    Did any of those people ever ask you to

17    obtain motor vehicle records?

18        A    I respectfully decline to answer.

19        Q    Did any of them ever ask you to obtain

20    motor vehicle information from license plates?

21        A    I respectfully decline to answer.

22        Q    Did you ever provide any motor vehicle

23    record information to any of those persons?

24        A    I respectfully decline to answer.

1     Q    Did you ever provide any of those

2  persons with license plate information so that

3  they could obtain motor vehicle information?

4     A    I respectfully decline to answer, sir.

5     Q    What is the task force?

6     A    I respectfully decline to answer.

7     Q    Do you know who runs the task force?

8     A    I respectfully decline to answer.

9     Q    What does the task force do?

10     A    I respectfully decline to answer.

11     Q    Has the task force ever been used in

12  connection with the organizing of a company

13  called PSI?

14     A    I respectfully decline to answer.

15     Q    Has Local 150 ever attempted to organize

16  PSI?

17     A    I respectfully decline to answer.

18     Q    During the period from January 2002 to

19  the present can you tell me the procedure used by

20  Local 150 to issue a check?

21     A    I respectfully decline to answer.

22     Q    Do you have any information about how

23  Local 150 decides to issue a check since

24  January 2002?

1     A    I respectfully decline to answer.

2     Q    Are checks written by hand signature,

3     autograph, or machine?

4     A    I respectfully decline to answer.

5     Q    Do you know a man named Bill Dugan?

6     A    I respectfully decline to answer.

7     Q    Do you know that Bill Dugan was an

8     employee and president of Local 150?

9     A    I respectfully decline to answer.

10     Q    Do you know that Bill Dugan was a

11     business manager of Local 150?

12     A    I respectfully decline to answer.

13     Q    Did Mr. Dugan ask you to approve checks

14     paid by Local 150?

15     A    I respectfully decline to answer, sir.

16     Q    Have you ever been to Hancock, Maryland?

17     A    I respectfully decline to answer.

18     Q    Have you ever been to Maryland?

19     A    I respectfully decline to answer.

20     Q    Ever been in the vicinity of Hancock,

21     Maryland?

22     A    I respectfully decline to answer.

23     Q    Have you ever given Mr. Dugan any form

24     of pipe?

```
 1        A    I respectfully decline to answer.

 2        Q    What type of pipe did you give

 3   Mr. Dugan?

 4        A    I respectfully decline to answer.

 5        Q    Where did you get the pipe?

 6        A    I respectfully decline to answer, sir.

 7        Q    How did you pay for the pipe you gave

 8   Mr. Dugan?

 9        A    I respectfully decline to answer.

10        Q    Do you know what it was that you did

11   that prompted Mr. Dugan to write, "Good job,

12   Chuck" in the Local 150 International Union of

13   Operating Engineers AFL-CIO magazine?

14        A    I respectfully decline to answer.

15        Q    Do you know what it was that you did

16   that prompted Mr. Dugan to write "Good job,

17   Chuck" in any magazine?

18        A    I respectfully decline to answer.

19        Q    Do you know what it was that you did

20   that prompted Mr. Dugan to write "Good job,

21   Chuck" in any newspaper?

22        A    I respectfully decline to answer.

23        Q    Sir, have you ever set fire to any

24   property not your own?
```

1    A    I respectfully decline to answer.

2    Q    Have you ever obtained motor vehicle

3  records containing personal information related

4  to any Illinois license plate other than your

5  own?

6    A    I respectfully decline to answer.

7    Q    Can you tell me the purpose of obtaining

8  any license plate ownership information?

9    A    I respectfully decline to answer.

10    Q    Can you tell me how you obtained license

11  plate ownership information?

12    A    I respectfully decline to answer.

13    Q    Can you tell me when you have obtained

14  license plate ownership information?

15    A    I respectfully decline to answer.

16    Q    Who provided you with license plate

17  ownership information?

18    A    I respectfully decline to answer, sir.

19    Q    Did you ever obtain the consent of any

20  vehicle owner before obtaining that license plate

21  ownership information?

22    A    I respectfully decline to answer, sir.

23    Q    Did you ever obtain the consent of any

24  vehicle owner before obtaining any of their motor

```
 1   vehicle record information?

 2       A    I respectfully decline to answer.

 3       Q    Did you ever obtain the consent of any

 4   vehicle owner before obtaining any personal

 5   information from their motor vehicle record

 6   information?

 7       A    I respectfully decline to answer.

 8       Q    Are you familiar with the software used

 9   by Local 150 to obtain license plate information?

10       A    I respectfully decline to answer.

11       Q    Are you familiar with any information

12   that Local 150 has with respect to motor vehicle

13   records?

14       A    I respectfully decline to answer.

15       Q    Same question with respect to license

16   plates information:  Are you aware of any

17   information that Local 150 has with respect to

18   license plate information?

19       A    I respectfully decline to answer, sir.

20       Q    Can you tell me the source of the money

21   used to pay your lawyer?

22       A    I respectfully decline to answer.

23       Q    Have you paid your lawyer any money?

24       A    I respectfully decline.
```

1      Q   Has anyone paid your lawyer any money on

2  your behalf?

3      A   I respectfully decline.

4      Q   Have you been told that your lawyer

5  would be paid for by anyone else?

6      A   I respectfully decline.

7      Q   Do you possess any records related to

8  the activities of other Local 150 members?

9      A   I respectfully decline.

10     Q   Do you have any records or documents

11 related to any business agent of Local 150?

12     A   I respectfully decline to answer, sir.

13     Q   What records would those be?

14     A   I respectfully decline to answer, sir.

15     Q   What's the purpose of having such

16 records?

17     A   I respectfully decline to answer.

18     Q   What type of records do you have?

19     A   I respectfully decline.

20     Q   Can you tell me the names of any persons

21 that are related to records that you have in your

22 duties as a Local 150 member --

23     A   I respectfully decline, sir.

24     Q   -- in your duties as a business agent

```
 1   for Local 150?

 2        A    I respectfully decline, sir.

 3        Q    Have you ever been turned down for a

 4   loan?

 5        A    I respectfully decline to answer.

 6        Q    Can you tell me the name of any

 7   financial institution that ever turned you down

 8   for a loan?

 9        A    I respectfully decline to answer.

10        Q    Can you tell me what type of accounts

11   that you have at a financial institution?

12        A    I respectfully decline to answer.

13        Q    Do you have any mortgage accounts?

14        A    I respectfully decline to answer.

15        Q    Do you have any home equity lines of

16   credit?

17        A    I respectfully decline to answer.

18        Q    Do you have any personal loans?

19        A    I respectfully decline to answer.

20        Q    Do you have any auto loans?

21        A    I respectfully decline to answer.

22        Q    Have you ever had a credit card revoked

23   or involuntarily cancelled?

24        A    I respectfully decline to answer.
```

1     Q    Have you ever had a credit account

2  involuntarily closed or referred to any

3  collection agency?

4     A    I respectfully decline to answer.

5     Q    If you do, if you have had a credit

6  account involuntarily closed or referred to a

7  collection agency, can you tell me the name and

8  address of the creditor?

9     A    I respectfully decline to answer.

10    Q    Can you tell me the reason for the

11  involuntary closing of the account?

12    A    I respectfully decline to answer.

13    Q    Have you ever been denied a license for

14  a business?

15    A    I respectfully decline to answer.

16    Q    Have you ever been denied a license for

17  any trade or profession?

18    A    I respectfully decline to answer.

19    Q    Have you ever applied for any license?

20    A    I respectfully decline to answer.

21    Q    Have you ever vandalized or destroyed or

22  damaged any property not owned by you?

23    A    I respectfully decline to answer.

24    Q    Have you ever made any cash payments to

1    Local 150?

2        A    I respectfully decline to answer.

3        Q    If you have, have you ever paid

4    any -- can you tell me who received any cash

5    payment from you at Local 150?

6        A    I respectfully decline to answer.

7        Q    Can you give me the name and address of

8    any person who maintained any record of payments

9    into any funds administered by Local 150 made by

10   you?

11       A    I respectfully decline to answer.

12       Q    Have you ever received any money or

13   thing of value from any fund maintained or held

14   by Local 150?

15       A    I respectfully decline to answer.

16       Q    From any -- have you ever received any

17   money or thing of value from any fund maintained

18   or held by the International Union of Operating

19   Engineers?

20       A    I respectfully decline to answer.

21       Q    Have you ever received any money or

22   thing of value from any fund maintained or held

23   by the AFL-CIO?

24       A    I respectfully decline to answer.

1    Q    Have you ever received any money or

2   thing of value from any fund maintained or held

3   by any officer or employee of Local 150?

4    A    I respectfully decline to answer.

5    MR. POLALES:  Can we take a break?

6    MR. GUMMERSON:  Sure.

7                    (Whereupon a recess was

8                    taken.)

9   BY MR. POLALES:

10   Q    Sir, have you ever obtained any personal

11  information as a result of any inquiry that you

12  made about the ownership or registration of a

13  motor vehicle?

14   A    I respectfully decline to answer.

15   Q    Have you ever received any information

16  from any investigation or inquiry that you have

17  made that identifies an individual coming from a

18  license plate registration or motor vehicle

19  record?

20   A    I respectfully decline to answer.

21   Q    Have you ever obtained an individual's

22  photograph coming from a license plate inquiry,

23  registration or motor vehicle record?

24   A    I respectfully decline to answer.

1    Q    Have you ever obtained a Social Security

2    number of any person coming from an inquiry you

3    made about a license plate registration or motor

4    vehicle record?

5    A    I respectfully decline to answer.

6    Q    Have you ever obtained a driver

7    identification number, driver's license number,

8    from an inquiry that you made about a license

9    plate registration or motor vehicle record?

10    A    I respectfully decline to answer.

11    Q    Have you ever obtained the name of a

12    person associated with a license plate vehicle

13    registration or motor vehicle record?

14    A    I respectfully decline to answer.

15    Q    Have you ever obtained the address of

16    any -- have you ever obtained an address -- let

17    me start this again.

18              Have you ever obtained an address

19    associated with a license plate?

20    A    I respectfully decline to answer.

21    Q    An address associated with a motor

22    vehicle record?

23    A    I respectfully decline to answer.

24    Q    Have you ever obtained an address

1  associated with a vehicle registration?

2      A    I respectfully decline to answer.

3      Q    Have you ever obtained a telephone

4  number associated with a license plate?

5      A    I respectfully decline to answer.

6      Q    Have you ever obtained a telephone

7  number associated with a motor vehicle record

8  information?

9      A    I respectfully decline to answer.

10     Q    Have you ever obtained a license plate

11  associated with a vehicle registration record?

12     A    I respectfully decline to answer, sir.

13     Q    Have you ever obtained any medical

14  disability information from an inquiry you made

15  about a license plate?

16     A    I respectfully decline to answer, sir.

17     Q    Any medical or disability information

18  from an inquiry you made about a motor vehicle

19  record?

20     A    I respectfully decline to answer, sir.

21     Q    Do you know a lady named Tammy Barker?

22     A    I respectfully decline to answer.

23     Q    Have you ever observed a woman named

24  Tammy Barker?

1     A    I respectfully decline to answer.

2     Q    Have you ever been to the residence of

3  or in the vicinity of the residence of Tammy

4  Barker?

5     A    I respectfully decline to answer.

6     Q    Have you ever followed Tammy Barker in a

7  motor vehicle?

8     A    I respectfully decline to answer, sir.

9     Q    Have you ever had any business as a

10  business agent for Local 150 that involved Tammy

11  Barker?

12     A    I respectfully decline to answer, sir.

13     Q    Do you know a man named Tim Barker?

14     A    I respectfully decline to answer, sir.

15     Q    And have you ever been to Tim Barker's

16  home?

17     A    I respectfully decline to answer.

18     Q    Have you ever been in the vicinity of

19  his residence?

20     A    I respectfully decline to answer.

21     Q    Have you ever had any business duties at

22  Local 150 relating to Tim Barker?

23     A    I respectfully decline to answer, sir.

24     Q    Do you know a lady named Melisa

1    Merryman?

2        A    I respectfully decline to answer.

3        Q    Have you ever been to her home?

4        A    I respectfully decline to answer.

5        Q    Have you ever been in the vicinity of

6    her home?

7        A    I respectfully decline to answer, sir.

8        Q    Have you ever had any business duties

9    associated with Melisa Merryman?

10       A    I respectfully decline to answer, sir.

11       Q    Have you reviewed the complaint in this

12   case?

13       A    I respectfully decline to answer.

14       MR. POLALES:   Can we have a moment?

15                      (Whereupon a recess was

16                      taken.)

17   BY MR. POLALES:

18       Q    Are you aware of a system known as

19   Opticom?

20       A    I respectfully decline to answer.

21       Q    O-p-t-i-c-o-m.

22       A    I respectfully decline to answer.

23       Q    Do you use that in the course of your

24   business at Local 150?

1     A    I respectfully decline to answer, sir.

2     Q    Do you know whether it's used in the

3   course of your business at Local 150?

4     A    I respectfully decline to answer, sir.

5     Q    Do you know whether anybody at Local 150

6   uses it?

7     A    I respectfully decline to answer.

8     Q    Do you know the purpose of it?

9     A    I respectfully decline to answer.

10    Q    Are you familiar with the system?

11    A    I respectfully decline to answer.

12    Q    Do you have any information about the

13  system?

14    A    I respectfully decline to answer, sir.

15    Q    Have you ever done any investigation on

16  behalf of Local 150 relating to Tammy Barker?

17    A    I respectfully decline to answer.

18    Q    Have you ever done any investigation

19  relating to Tim Barker?

20    A    I respectfully decline to answer.

21    Q    Have you ever done any investigation

22  relating to Melisa Merryman?

23    A    I respectfully decline to answer.

24    Q    Have you ever done any investigation

1   relating to Tom Merryman?

2       A    I respectfully decline to answer, sir.

3       Q    Have you ever done any investigation

4   relating to PSI?

5       A    I respectfully decline to answer.

6       Q    Didn't you give deposition testimony

7   under oath in which you commented that you had

8   obtained motor vehicle records information from

9   the Will County Sheriff?

10      A    I respectfully decline to answer, sir.

11      Q    Have you ever obtained motor vehicle

12  record information from anyone?

13      A    I respectfully decline to answer, sir.

14      Q    Any law enforcement personnel giving you

15  any motor vehicle record?

16      A    I respectfully decline to answer.

17      Q    Is it fair to say that if I continued to

18  ask you questions about your duties as a

19  Local 150 business agent, that you would continue

20  to decline to answer those questions based on the

21  Fifth Amendment?

22      MR. GUMMERSON:  I would object as to the

23  form of the question.

24              Go ahead and instruct accordingly.

1      THE WITNESS:  I respectfully decline to

2  answer.

3      MR. POLALES:  Okay.  I think we're done.

4  Thank you very much.

5      MR. GUMMERSON:  Thank you.  Signature is

6  reserved.

7          FURTHER DEPONENT SAITH NOT.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1   STATE OF ILLINOIS   )
                        )   SS.
2   COUNTY OF MC HENRY  )

3

4

5       I, PATRICIA A. CADRECHA C.S.R., a notary
    public in and for the County of McHenry and State
6   of Illinois, do hereby certify that
    CHARLES AUGUST was by me first duly sworn, to
7   testify the truth, the whole truth, and nothing
    but the truth, and that the above deposition,
8   Pages 3 through 48, inclusive, was recorded by me
    and reduced to typewriting by me.
9
        I FURTHER CERTIFY that the foregoing
10  transcript of the said deposition is a true and
    correct transcript of the testimony given by the
11  said witness at the time and place specified
    hereinbefore.
12
        I FURTHER CERTIFY that I am not a relative
13  or employee or attorney for counsel of any of the
    parties, nor a relative or employee of such
14  attorney or counsel, or financially interested
    directly or indirectly in this action.
15
        IN WITNESS WHEREOF, I have hereunto set my
16  hand and seal of office at Cary, Illinois, this
    17th day of January, 2009.
17

18

19
                    _____
20                  PATRICIA A. CADRECHA
                    Certified Shorthand Reporter
21                  Notary Public,
                    McHenry County, IL.
22                  CSR License No. 084-002623.

23

24

1                          ERRATA SHEET

2      Deposition of CHARLES AUGUST on

3      January 5, 2009.

4
       Page            Line            Correction
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                       WESTERN DIVISION


 3


 4
      TAMMY BARKER, TIMOTHY         )
 5    ROBERT BARKER, AND MELISA     )
      MERRYMAN,                     )
 6                                  )
                 Plaintiffs,        )
 7                                  )
      vs.                           )    No. 08 CV 50015
 8                                  )
      LOCAL 150 INTERNATIONAL       )
 9    UNION OF OPERATING            )
      ENGINEERS AFL-CIO,            )
10                                  )
                 Defendant.         )
11


12


13
           I, CHARLES AUGUST, hereby certify that I
14    have read the foregoing transcript of my
      deposition given at the time and place aforesaid,
15    consisting of Pages 3 through 48, inclusive, and
      I do again subscribe and make oath that the same
16    is a true, correct, and complete transcript of my
      deposition so given as aforesaid, with the
17    corrections noted.


18


19              _____
                CHARLES AUGUST
20
      Subscribed and sworn to
21    before me this _____ day of
      _____, 200_.
22


23    _____
      Notary Public
24
```

```
1   STATE OF ILLINOIS)
                     ) SS.
2   COUNTY OF McHENRY)

3

4
                         TAMMY BARKER, et al.
5                               vs.
                         LOCAL 150
6                        No. 08 CV 50015

7

8

9        I, PATRICIA A. CADRECHA, C.S.R., a notary
    public in and for the County of McHenry and State
10  of Illinois, do hereby certify that the
    deposition of CHARLES AUGUST was reported by me
11  on January 5, 2009.  Upon transcription, the
    witness, having reserved signature, was notified
12  by letter when his transcript was available for
    review and signature.  Within 28 days, the
13  deponent did not appear nor make arrangements for
    the reading and signing of said transcript.
14
         IN WITNESS WHEREOF, I have hereunto set my
15  hand and seal of office at Cary, Illinois, this
    _____ day of _____, 200_.
16

17

18
                         _____
19                       Patricia A. Cadrecha
                         Certified Shorthand Reporter
20                       Notary Public,
                         McHenry County, IL
21                       C.S.R. License No. 084-002623

22

23

24
```

# 0

**08** [3] - 1:8, 51:7, 52:6
**084-002623** [2] - 49:22, 52:21

# 1

**10:30** [2] - 1:20, 3:14
**12** [1] - 5:8
**14212** [1] - 1:18
**150** [86] - 1:10, 3:6, 5:20, 6:2, 9:10, 9:14, 9:18, 9:22, 10:6, 10:16, 10:20, 10:21, 11:17, 11:21, 12:2, 12:5, 12:9, 12:19, 12:20, 13:6, 16:11, 16:16, 17:17, 17:22, 18:15, 18:20, 19:3, 19:18, 20:11, 20:15, 20:21, 21:11, 21:14, 21:20, 22:10, 22:12, 22:16, 22:19, 22:23, 22:24, 23:3, 23:7, 25:3, 25:8, 25:11, 25:15, 26:14, 26:23, 27:16, 28:6, 28:10, 28:12, 28:15, 28:17, 30:3, 30:6, 30:10, 30:14, 32:15, 32:20, 32:23, 33:8, 33:11, 33:14, 34:12, 36:9, 36:12, 36:17, 37:8, 37:11, 37:22, 38:1, 40:1, 40:5, 40:9, 40:14, 41:3, 44:10, 44:22, 45:24, 46:3, 46:5, 46:16, 47:19, 51:8, 52:5
**17th** [1] - 49:16

# 2

**2002** [2] - 32:18, 32:24
**2004** [1] - 9:6
**2008** [1] - 3:10
**2009** [4] - 1:19, 49:16, 50:3, 52:11
**200_** [1] - 51:21, 52:15
**21** [1] - 5:23
**25** [1] - 6:5
**27961** [2] - 5:5, 8:11
**28** [1] - 52:12

# 3

**3** [3] - 2:18, 49:8, 51:15

# 4

**48** [2] - 49:8, 51:15

# 5

**5** [3] - 1:19, 50:3, 52:11
**50015** [4] - 1:8, 3:10, 51:7, 52:6

# 6

**60084** [1] - 5:6

# A

**a.m** [1] - 1:20
**able** [1] - 21:19
**access** [8] - 16:7, 16:11, 16:17, 16:22, 19:1, 20:18, 29:6, 30:15
**accessed** [3] - 19:21, 20:13, 30:11
**accordingly** [1] - 47:24
**account** [3] - 39:1, 39:6, 39:11
**accounting** [2] - 28:23, 29:3
**accounts** [2] - 38:10, 38:13
**Act** [3] - 11:5, 11:9, 11:13
**action** [1] - 49:14
**activities** [3] - 11:17, 11:20, 37:8
**address** [7] - 39:8, 40:7, 42:15, 42:16, 42:18, 42:21, 42:24
**administered** [2] - 23:7, 40:9
**advice** [1] - 6:9
**affidavit** [1] - 27:7
**AFL** [5] - 1:11, 3:8, 34:13, 40:23, 51:9
**AFL-CIO** [5] - 1:11, 3:8, 34:13, 40:23, 51:9
**aforesaid** [2] - 51:14, 51:16
**agency** [2] - 39:3, 39:7
**agent** [13] - 5:19, 6:7, 9:10, 10:9, 10:17, 18:14, 19:17, 26:23, 29:11, 37:11, 37:24, 44:10, 47:19
**agents** [4] - 15:19, 16:22, 28:7, 28:9
**aggravated** [1] - 14:10
**agree** [3] - 7:2, 7:8, 7:23
**agreement** [4] - 3:24, 21:8, 21:11, 25:22
**agreements** [5] - 12:1, 21:19, 22:11, 22:15, 22:19
**ahead** [1] - 47:24

**al** [1] - 52:4
**Albert** [1] - 31:10
**Alfred** [1] - 3:19
**Amendment** [67] - 6:10, 7:7, 8:1, 8:3, 8:6, 8:9, 8:18, 8:21, 8:24, 9:4, 9:8, 9:12, 9:16, 9:20, 9:24, 10:4, 10:14, 11:7, 11:11, 11:15, 11:19, 11:23, 12:4, 12:8, 12:13, 12:16, 12:22, 13:3, 13:11, 13:15, 13:19, 13:23, 14:3, 14:6, 14:9, 14:12, 14:15, 14:18, 14:22, 15:2, 15:6, 15:9, 15:13, 15:17, 15:21, 16:1, 16:5, 16:9, 16:14, 16:19, 17:1, 17:6, 17:10, 17:14, 17:19, 18:1, 18:7, 18:12, 18:17, 18:22, 19:5, 19:9, 19:14, 19:20, 20:1, 29:2, 47:21
**AND** [3] - 1:7, 2:5, 51:5
**Angela** [1] - 31:7
**Anicki** [1] - 13:9
**answer** [222] - 4:24, 6:8, 6:15, 6:23, 7:4, 7:11, 7:17, 7:20, 7:23, 8:2, 8:5, 8:8, 8:13, 8:15, 8:17, 8:20, 8:23, 9:3, 9:7, 9:11, 9:15, 10:8, 10:13, 10:18, 10:22, 11:1, 11:3, 13:7, 18:16, 19:8, 19:24, 20:3, 20:6, 20:9, 20:12, 20:16, 20:19, 20:24, 21:5, 21:9, 21:13, 21:17, 21:22, 22:1, 22:4, 22:8, 22:13, 22:17, 22:21, 23:1, 23:5, 23:8, 23:11, 23:14, 23:17, 23:19, 23:22, 24:1, 24:4, 24:7, 24:10, 24:13, 24:16, 24:19, 24:22, 25:1, 25:4, 25:10, 25:14, 25:18, 25:21, 25:24, 26:3, 26:6, 26:10, 26:15, 26:19, 26:21, 26:24, 27:3, 27:5, 27:10, 27:14, 27:18, 27:21, 28:1, 28:5, 28:8, 28:11, 28:14, 28:19, 28:22, 29:5, 29:8, 29:12, 29:15, 29:20, 29:23, 30:2, 30:5, 30:9, 30:13, 30:17, 30:20, 30:22, 30:23, 31:2, 31:4, 31:6, 31:9, 31:12, 31:15, 31:18, 31:21, 31:24, 32:4, 32:6, 32:8, 32:10, 32:14, 32:17, 32:21, 33:1, 33:4, 33:6, 33:9, 33:12, 33:15, 33:17, 33:19, 33:22, 34:1, 34:4, 34:6, 34:9, 34:14, 34:18, 34:22, 35:1, 35:6, 35:9, 35:12, 35:15, 35:18, 35:22, 36:2, 36:7, 36:10, 36:14, 36:19, 36:22, 37:12, 37:14, 37:17, 38:5, 38:9, 38:12, 38:14, 38:17, 38:19, 38:21, 38:24, 39:4, 39:9, 39:12, 39:15, 39:18, 39:20, 39:23, 40:2, 40:6, 40:11, 40:15, 40:20, 40:24, 41:24, 42:5, 42:10, 42:14, 42:20, 42:23, 43:2, 43:5, 43:9, 43:12, 43:16, 43:20, 43:22, 44:1, 44:5, 44:8, 44:12, 44:14, 44:17, 44:20, 44:23, 45:2, 45:4, 45:7, 45:10, 45:13, 45:20, 45:22, 46:1, 46:4, 46:7, 46:9, 46:11, 46:14, 46:17, 46:20, 46:23, 47:2, 47:5, 47:10, 47:13, 47:16, 47:20, 48:2
**answers** [1] - 4:14
**appear** [1] - 52:13
**appearance** [1] - 3:21
**APPEARANCES** [1] - 2:1
**appeared** [2] - 2:7, 2:10
**application** [2] - 10:2, 10:7
**applied** [1] - 39:19
**approve** [1] - 33:13
**arrangements** [1] - 52:13
**Assistance** [5] - 23:13, 24:12, 24:18, 24:24, 25:12
**assistance** [6] - 28:12, 28:16, 28:18, 28:21, 28:24, 29:4
**associated** [9] - 4:18, 42:12, 42:19, 42:21, 43:1, 43:4, 43:7, 43:11, 45:9
**attempted** [2] - 32:15
**attention** [1] - 18:24
**attorney** [3] - 3:16, 49:13, 49:14
**attorneys** [3] - 3:2, 28:6, 28:10
**attorneys'** [2] - 25:2,

25:5
**audibly** [2] - 4:24, 7:19
**August** [6] - 3:19, 3:20, 5:3, 8:14, 13:1, 13:8
**AUGUST** [8] - 1:15, 2:16, 4:7, 49:6, 50:2, 51:13, 51:19, 52:10
**auto** [1] - 38:20
**autograph** [1] - 33:3
**available** [2] - 29:18, 52:12
**aware** [8] - 20:7, 21:6, 25:7, 25:15, 27:6, 27:20, 36:16, 45:18

# B

**BA** [1] - 10:10
**BARKER** [5] - 1:6, 1:7, 51:4, 51:5, 52:4
**Barker** [13] - 3:3, 3:4, 26:13, 43:21, 43:24, 44:4, 44:6, 44:11, 44:13, 44:22, 46:16, 46:19
**Barker's** [1] - 44:15
**Base** [2] - 30:19, 30:22
**based** [67] - 6:9, 7:21, 7:24, 8:2, 8:5, 8:8, 8:17, 8:20, 8:23, 9:3, 9:7, 9:11, 9:15, 9:19, 9:23, 10:3, 10:13, 11:6, 11:10, 11:14, 11:18, 11:22, 12:3, 12:7, 12:12, 12:15, 12:21, 13:2, 13:10, 13:14, 13:18, 13:22, 14:2, 14:5, 14:8, 14:11, 14:14, 14:17, 14:21, 15:1, 15:5, 15:8, 15:12, 15:16, 15:20, 15:24, 16:4, 16:8, 16:13, 16:18, 16:24, 17:5, 17:9, 17:13, 17:18, 17:24, 18:6, 18:11, 18:16, 18:21, 19:4, 19:8, 19:13, 19:19, 19:24, 29:1, 47:20
**battery** [2] - 14:4, 14:10
**Beautiful** [1] - 5:17
**behalf** [10] - 2:7, 2:10, 3:4, 3:5, 11:17, 11:21, 16:11, 21:11, 37:2, 46:16
**best** [1] - 15:11
**Bill** [3] - 33:5, 33:7, 33:10
**bills** [2] - 24:14, 24:17
**Bob** [1] - 31:5
**born** [1] - 8:4
**break** [1] - 41:5
**Burke** [1] - 30:24

**BURKE** [1] - 31:1
**business** [27] - 5:19, 6:6, 9:10, 9:22, 10:6, 10:9, 10:10, 10:17, 18:14, 19:17, 22:5, 22:6, 26:23, 28:6, 28:9, 29:11, 33:11, 37:11, 37:24, 39:14, 44:9, 44:10, 44:21, 45:8, 45:24, 46:3, 47:19
**BY** [7] - 4:12, 6:18, 7:1, 7:14, 7:18, 41:9, 45:17

**C**

**C.S.R** [4] - 1:16, 49:5, 52:9, 52:21
**CADRECHA** [3] - 49:5, 49:20, 52:9
**Cadrecha** [2] - 1:16, 52:19
**cancelled** [1] - 38:23
**captioned** [1] - 3:3
**car** [1] - 17:4
**card** [1] - 38:22
**cards** [2] - 22:5, 22:6
**Cary** [2] - 49:16, 52:15
**case** [12] - 3:3, 3:22, 12:24, 13:5, 13:8, 26:12, 27:7, 27:12, 27:19, 27:23, 45:12
**cash** [2] - 39:24, 40:4
**CD** [1] - 19:22
**cell** [4] - 8:16, 8:19, 8:22, 9:1
**cellular** [1] - 9:5
**Certified** [2] - 49:20, 52:19
**certify** [3] - 49:9, 51:13, 52:10
**CERTIFY** [2] - 49:9, 49:12
**charged** [2] - 13:20, 13:24
**CHARLES** [8] - 1:15, 2:16, 4:7, 49:6, 50:2, 51:13, 51:19, 52:10
**Charles** [2] - 3:19, 12:24
**check** [3] - 24:3, 32:20, 32:23
**checks** [2] - 33:2, 33:13
**children** [2] - 5:16, 5:17
**Christmas** [10] - 23:10, 23:15, 23:21, 23:24, 24:2, 24:5, 24:9, 24:15, 24:21, 25:8
**Chuck** [3] - 34:12, 34:17, 34:21
**CIO** [5] - 1:11, 3:8, 34:13, 40:23, 51:9

**Cisco** [4] - 29:7, 29:13, 29:16, 29:21
**Civil** [1] - 3:12
**classes** [1] - 10:23
**closed** [2] - 39:2, 39:6
**closing** [1] - 39:11
**coerced** [1] - 27:8
**collection** [2] - 39:3, 39:7
**coming** [3] - 41:17, 41:22, 42:2
**commented** [1] - 47:7
**communications** [1] - 22:9
**compact** [1] - 19:15
**company** [4] - 12:18, 21:7, 21:16, 32:12
**complaint** [1] - 45:11
**complete** [1] - 51:16
**completed** [1] - 10:1
**conduct** [2] - 14:1, 20:21, 21:2
**connection** [8] - 10:20, 16:22, 17:21, 18:13, 19:2, 29:10, 29:18, 32:12
**consent** [3] - 35:19, 35:23, 36:3
**consisting** [1] - 51:15
**Constitution** [2] - 6:11, 7:8
**construction** [1] - 16:3
**contact** [2] - 11:24, 16:20
**contacted** [1] - 15:18
**containing** [3] - 19:16, 30:11, 35:3
**continue** [1] - 47:19
**continued** [1] - 47:17
**contract** [2] - 21:15, 23:3
**contractor** [1] - 22:23, 22:24
**contractors** [2] - 22:14, 22:18
**contributions** [1] - 23:6
**correct** [13] - 3:22, 4:2, 5:1, 10:10, 12:6, 12:11, 16:3, 21:12, 21:21, 27:24, 28:4, 49:10, 51:16
**Correction** [1] - 50:4
**corrections** [1] - 51:17
**counsel** [4] - 6:9, 7:2, 49:13, 49:14
**COUNTY** [2] - 49:2, 52:2
**County** [6] - 1:17, 47:9, 49:5, 49:21, 52:9, 52:20
**couple** [1] - 5:16
**course** [9] - 17:16, 18:20, 19:17, 20:15, 20:20, 21:1, 22:12, 45:23, 46:3

**COURT** [3] - 1:2, 4:4, 51:1
**court** [1] - 4:22
**Court** [2] - 3:13, 28:2
**credit** [6] - 10:1, 10:6, 38:16, 38:22, 39:1, 39:5
**creditor** [1] - 39:8
**crime** [1] - 13:20
**criminal** [3] - 14:16, 15:10, 15:15
**Cross** [1] - 31:3
**CSR** [1] - 49:22
**current** [1] - 8:19
**CV** [4] - 1:8, 3:10, 51:7, 52:6

**D**

**Dahl** [1] - 26:20
**damage** [1] - 14:16
**damaged** [1] - 39:22
**Daniel** [1] - 13:6
**Darling** [1] - 31:5
**date** [1] - 4:1
**days** [1] - 52:12
**Dean** [1] - 3:1
**DEAN** [1] - 2:5
**decides** [1] - 32:23
**declared** [2] - 27:11, 27:23
**decline** [276] - 6:8, 6:23, 7:4, 7:20, 7:23, 7:24, 8:2, 8:5, 8:8, 8:13, 8:15, 8:17, 8:20, 8:23, 9:3, 9:7, 9:11, 9:15, 9:19, 9:23, 10:3, 10:8, 10:11, 10:13, 10:18, 10:22, 11:1, 11:3, 11:6, 11:10, 11:14, 11:18, 11:22, 12:3, 12:7, 12:12, 12:15, 12:21, 13:2, 13:7, 13:10, 13:14, 13:18, 13:22, 14:2, 14:5, 14:8, 14:11, 14:14, 14:17, 14:21, 15:1, 15:5, 15:8, 15:12, 15:16, 15:20, 15:24, 16:4, 16:8, 16:13, 16:18, 16:24, 17:5, 17:9, 17:13, 17:18, 17:24, 18:6, 18:11, 18:16, 18:21, 19:4, 19:8, 19:13, 19:19, 19:24, 20:3, 20:6, 20:9, 20:12, 20:16, 20:19, 20:24, 21:5, 21:9, 21:13, 21:17, 21:22, 22:1, 22:4, 22:8, 22:13, 22:17, 22:21, 23:1, 23:5, 23:8, 23:11, 23:14, 23:17, 23:19, 23:22,

24:1, 24:4, 24:7, 24:10, 24:13, 24:16, 24:19, 24:22, 25:1, 25:4, 25:10, 25:14, 25:18, 25:21, 25:24, 26:3, 26:6, 26:10, 26:15, 26:19, 26:21, 26:24, 27:3, 27:5, 27:10, 27:14, 27:18, 27:21, 28:1, 28:5, 28:8, 28:11, 28:14, 28:19, 28:22, 29:1, 29:5, 29:8, 29:12, 29:15, 29:20, 29:23, 30:2, 30:5, 30:9, 30:13, 30:17, 30:20, 30:22, 30:23, 31:2, 31:4, 31:6, 31:9, 31:12, 31:15, 31:18, 31:21, 31:24, 32:4, 32:6, 32:8, 32:10, 32:14, 32:17, 32:21, 33:1, 33:4, 33:6, 33:9, 33:12, 33:15, 33:17, 33:19, 33:22, 34:1, 34:4, 34:6, 34:9, 34:14, 34:18, 34:22, 35:1, 35:6, 35:9, 35:12, 35:15, 35:18, 35:22, 36:2, 36:7, 36:10, 36:14, 36:19, 36:22, 36:24, 37:3, 37:6, 37:9, 37:12, 37:14, 37:17, 37:19, 37:23, 38:2, 38:5, 38:9, 38:12, 38:14, 38:17, 38:19, 38:21, 38:24, 39:4, 39:9, 39:12, 39:15, 39:18, 39:20, 39:23, 40:2, 40:6, 40:11, 40:15, 40:20, 40:24, 41:4, 41:14, 41:20, 41:24, 42:5, 42:10, 42:14, 42:20, 42:23, 43:2, 43:5, 43:9, 43:12, 43:16, 43:20, 43:22, 44:1, 44:5, 44:8, 44:12, 44:14, 44:17, 44:20, 44:23, 45:2, 45:4, 45:7, 45:10, 45:13, 45:20, 45:22, 46:1, 46:4, 46:7, 46:9, 46:11, 46:14, 46:17, 46:20, 46:23, 47:2, 47:5, 47:10, 47:13, 47:16, 47:20, 48:1
**declines** [1] - 7:17
**declining** [1] - 7:11
**Defendant** [3] - 1:12, 2:10, 51:10
**defendant** [1] - 13:4
**DelRivera** [1] - 31:8
**denied** [2] - 39:13, 39:16
**dep** [1] - 5:16

**deponent** [1] - 52:13
**DEPONENT** [1] - 48:7
**deposition** [12] - 1:15, 3:11, 3:21, 4:20, 14:19, 14:23, 47:6, 49:7, 49:10, 51:14, 51:16, 52:10
**Deposition** [1] - 50:2
**depositions** [1] - 15:4
**destroyed** [1] - 39:21
**determine** [2] - 22:10, 29:17
**different** [1] - 27:7
**directly** [1] - 49:14
**disability** [2] - 43:14, 43:17
**disclosed** [2] - 17:11, 18:23
**discovery** [1] - 1:15
**discussed** [4] - 16:7, 16:12, 16:17, 26:12
**disks** [1] - 19:15
**disorderly** [1] - 13:24
**District** [2] - 3:13, 3:14
**DISTRICT** [4] - 1:2, 1:2, 51:1, 51:1
**DIVISION** [2] - 1:3, 51:2
**documents** [1] - 37:10
**done** [7] - 18:13, 46:15, 46:18, 46:21, 46:24, 47:3, 48:3
**door** [1] - 5:12
**down** [3] - 4:23, 38:3, 38:7
**driver** [1] - 42:6
**Driver's** [1] - 11:13
**driver's** [1] - 42:7
**Dugan** [10] - 33:5, 33:7, 33:10, 33:13, 33:23, 34:3, 34:8, 34:11, 34:16, 34:20
**duly** [3] - 4:6, 4:8, 49:6
**Dunker** [1] - 31:11
**During** [3] - 20:20, 21:1, 32:18
**during** [4] - 17:16, 18:20, 20:14, 22:12
**duties** [18] - 9:9, 9:13, 10:16, 10:21, 16:16, 17:17, 17:22, 18:14, 18:20, 19:2, 19:17, 20:20, 21:1, 37:22, 37:24, 44:21, 45:8, 47:18
**DVD** [1] - 19:22
**DVD's** [1] - 19:16

**E**

**either** [1] - 29:16
**electronically** [2] - 19:11, 19:23
**electronically-stored** [1] - 19:23
**employed** [1] - 5:22

**Employee** [4] - 24:12, 24:18, 24:24, 25:11
**employee** [9] - 16:16, 17:22, 19:2, 30:3, 30:6, 33:8, 41:3, 49:13, 49:13
**employees** [4] - 12:1, 16:22, 21:3, 21:7
**employer** [2] - 20:23, 21:14
**Employer/Employee** [1] - 23:13
**employers** [10] - 12:1, 21:4, 21:10, 21:19, 22:3, 22:11, 22:15, 22:19, 23:2, 23:4
**employment** [1] - 6:21
**enforcement** [2] - 15:19, 47:14
**engage** [5] - 11:16, 11:20, 12:10, 21:2, 22:9
**ENGINEERS** [2] - 1:11, 51:9
**Engineers** [4] - 3:7, 5:21, 34:13, 40:19
**equipment** [4] - 6:1, 12:6, 12:10, 21:15
**equity** [1] - 38:15
**ERRATA** [1] - 50:1
**et** [1] - 52:4
**EXAMINATION** [1] - 4:11
**Examination** [1] - 2:17
**examined** [1] - 4:8
**Excavation** [2] - 12:19, 12:24
**executed** [1] - 27:6
**exists** [1] - 29:4
**expenses** [2] - 24:15, 24:18

**F**

**facts** [1] - 4:18
**fair** [1] - 47:17
**familiar** [7] - 11:2, 11:4, 11:8, 11:12, 36:8, 36:11, 46:10
**far** [1] - 7:15
**federal** [3] - 10:24, 15:18, 15:23
**Federal** [1] - 3:12
**fees** [2] - 25:2, 25:6
**Fenton** [1] - 31:3
**Feralo** [1] - 31:14
**Fifth** [67] - 6:10, 7:7, 8:1, 8:3, 8:5, 8:8, 8:17, 8:20, 8:23, 9:4, 9:8, 9:11, 9:16, 9:19, 9:23, 10:3, 10:14, 11:6, 11:10, 11:14, 11:18, 11:22, 12:3, 12:7, 12:12, 12:15, 12:21, 13:2, 13:10, 13:14, 13:18, 13:22,

14:2, 14:5, 14:8, 14:11, 14:14, 14:17, 14:21, 15:1, 15:5, 15:8, 15:12, 15:16, 15:20, 15:24, 16:4, 16:8, 16:13, 16:18, 16:24, 17:5, 17:9, 17:13, 17:18, 17:24, 18:6, 18:11, 18:17, 18:21, 19:4, 19:9, 19:13, 19:19, 20:1, 29:1, 47:21
**filed** [1] - 20:22
**financial** [2] - 38:7, 38:11
**financially** [1] - 49:14
**fire** [1] - 34:23
**first** [2] - 4:8, 49:6
**followed** [1] - 44:6
**follows** [1] - 4:9
**force** [4] - 32:5, 32:7, 32:9, 32:11
**foregoing** [2] - 49:9, 51:14
**form** [3] - 19:7, 33:23, 47:23
**Frederick** [1] - 3:8
**full** [1] - 6:6
**full-time** [1] - 6:6
**fund** [9] - 28:13, 28:16, 28:18, 28:24, 29:4, 40:13, 40:17, 40:22, 41:2
**Fund** [15] - 23:10, 23:13, 23:15, 23:21, 23:24, 24:2, 24:6, 24:9, 24:12, 24:15, 24:18, 24:21, 24:24, 25:8, 25:12
**funds** [3] - 23:7, 28:21, 40:9
**FURTHER** [3] - 48:7, 49:9, 49:12

**G**

**generally** [1] - 12:9
**given** [7] - 4:20, 15:22, 26:17, 33:23, 49:10, 51:14, 51:16
**government** [1] - 15:23
**grievance** [1] - 20:22
**Guardia** [1] - 11:5
**GUMMERSON** [9] - 2:9, 2:9, 6:16, 6:23, 7:13, 7:17, 41:6, 47:22, 48:5
**Gummerson** [1] - 3:17
**Gummerson's** [1] - 4:1

**H**

**Hancock** [2] - 33:16, 33:20

**hand** [3] - 33:2, 49:16, 52:15
**Hanlon** [1] - 3:15
**HANLON** [2] - 2:6, 2:6
**HARRIS** [1] - 2:4
**Hartley** [1] - 11:8
**head** [2] - 4:23, 4:24
**hear** [1] - 7:19
**heard** [1] - 15:14
**heavy** [2] - 6:1, 12:10
**held** [7] - 9:17, 9:21, 10:5, 40:13, 40:18, 40:22, 41:2
**HENRY** [1] - 49:2
**Herb** [1] - 30:18
**hereby** [3] - 49:6, 51:13, 52:10
**hereinbefore** [1] - 49:11
**hereunto** [2] - 49:15, 52:14
**home** [5] - 5:8, 38:15, 44:16, 45:3, 45:6
**honesty** [2] - 20:5, 20:8
**Hoogasian** [1] - 27:20
**hour** [1] - 1:20

**I**

**identification** [1] - 42:7
**identifies** [1] - 41:17
**identify** [2] - 21:19, 22:22
**identifying** [2] - 21:23, 22:2
**IL** [2] - 49:21, 52:20
**ILLINOIS** [4] - 1:2, 49:1, 51:1, 52:1
**Illinois** [10] - 1:18, 1:19, 3:14, 5:6, 16:21, 35:4, 49:6, 49:16, 52:10, 52:15
**imbedded** [1] - 19:22
**IN** [4] - 1:2, 49:15, 51:1, 52:14
**inclusive** [1] - 49:8, 51:15
**indicated** [1] - 27:8
**indirectly** [1] - 49:14
**individual** [1] - 41:17
**individual's** [1] - 41:21
**individually** [1] - 26:2
**information** [42] - 18:4, 18:9, 18:19, 18:24, 19:12, 19:23, 20:14, 20:18, 29:7, 29:18, 29:22, 30:1, 30:7, 30:12, 30:16, 31:20, 31:23, 32:2, 32:3, 32:22, 35:3, 35:8, 35:11, 35:14, 35:17, 35:21, 36:1, 36:5, 36:6, 36:9,

36:11, 36:16, 36:17, 36:18, 41:11, 41:15, 43:8, 43:14, 43:17, 46:12, 47:8, 47:12
**inquiry** [7] - 41:11, 41:16, 41:22, 42:2, 42:8, 43:14, 43:18
**institution** [2] - 38:7, 38:11
**instruct** [1] - 47:24
**interested** [1] - 49:14
**interfered** [1] - 27:13
**INTERNATIONAL** [2] - 1:10, 51:8
**International** [4] - 3:7, 5:20, 34:12, 40:18
**investigate** [1] - 20:21
**investigation** [7] - 15:15, 41:16, 46:15, 46:18, 46:21, 46:24, 47:3
**investigations** [1] - 15:11
**invoke** [1] - 6:10
**involuntarily** [3] - 38:23, 39:2, 39:6
**involuntary** [1] - 39:11
**involved** [2] - 27:8, 44:10
**issue** [2] - 32:20, 32:23

**J**

**James** [2] - 25:19, 29:9
**January** [6] - 1:19, 32:18, 32:24, 49:16, 50:3, 52:11
**Jim** [1] - 26:1
**job** [14] - 6:6, 10:12, 16:2, 20:15, 21:18, 21:20, 21:24, 22:3, 22:6, 22:12, 28:20, 34:11, 34:16, 34:20
**join** [1] - 21:3
**Jr** [1] - 13:5
**Judge** [3] - 3:8, 3:9, 27:20
**judge** [1] - 27:11
**juror** [2] - 27:13, 28:3
**jury** [1] - 14:7

**K**

**Kapala** [1] - 3:8
**Kevin** [1] - 30:24
**Kimberly** [1] - 8:14
**kind** [1] - 29:3
**knowledge** [2] - 15:11, 28:7
**known** [1] - 45:18

**L**

**label** [1] - 21:15
**labor** [2] - 10:24, 22:19
**lady** [3] - 20:2, 43:21, 44:24
**last** [4] - 8:10, 15:19, 15:23, 26:18
**LAW** [1] - 2:6
**law** [2] - 15:19, 47:14
**laws** [1] - 10:24
**lawsuit** [3] - 4:17, 12:14, 12:18
**lawyer** [5] - 26:11, 36:21, 36:23, 37:1, 37:4
**lead** [1] - 20:21
**legal** [1] - 13:16
**letter** [1] - 52:12
**License** [2] - 49:22, 52:21
**license** [30] - 17:16, 17:21, 18:3, 29:10, 29:19, 30:15, 31:20, 32:2, 35:4, 35:8, 35:10, 35:14, 35:16, 35:20, 36:9, 36:15, 36:18, 39:13, 39:16, 39:19, 41:18, 41:22, 42:3, 42:7, 42:8, 42:12, 42:19, 43:4, 43:10, 43:15
**lie** [2] - 27:1, 27:9
**liens** [1] - 13:12
**life** [1] - 27:11
**Limbaugh** [5] - 25:20, 25:23, 26:1, 26:4, 26:7
**Linda** [7] - 20:2, 20:4, 20:7, 20:10, 20:13, 20:17
**Line** [1] - 50:4
**lines** [1] - 38:15
**listing** [1] - 10:2
**lived** [2] - 5:7, 8:10
**living** [1] - 5:18
**loan** [2] - 38:4, 38:8
**loans** [2] - 38:18, 38:20
**Local** [83] - 3:6, 5:20, 6:2, 9:10, 9:14, 9:18, 9:22, 10:6, 10:16, 10:20, 10:21, 11:17, 11:21, 12:2, 12:5, 12:9, 12:19, 12:20, 13:6, 16:11, 16:16, 17:17, 17:22, 18:15, 18:20, 19:3, 19:18, 20:11, 20:15, 20:21, 21:11, 21:14, 21:20, 22:10, 22:12, 22:16, 22:19, 22:23, 22:24, 23:3, 23:7, 25:3, 25:8, 25:11, 25:15, 26:14, 26:23, 27:16,

28:6, 28:10, 28:12, 28:15, 28:17, 30:3, 30:6, 30:10, 30:14, 32:15, 32:20, 32:23, 33:8, 33:11, 33:14, 34:12, 36:9, 36:12, 36:17, 37:8, 37:11, 37:22, 38:1, 40:1, 40:5, 40:9, 40:14, 41:3, 44:10, 44:22, 45:24, 46:3, 46:5, 46:16, 47:19
**LOCAL** [3] - 1:10, 51:8, 52:5
**local** [4] - 3:12, 10:12, 20:22, 21:8
**loss** [1] - 26:8

## M

**machine** [1] - 33:3
**magazine** [2] - 34:13, 34:17
**Magistrate** [1] - 3:9
**Mahoney** [1] - 3:9
**maintain** [2] - 5:9, 28:12
**maintained** [5] - 40:8, 40:13, 40:17, 40:22, 41:2
**man** [7] - 25:19, 26:20, 27:4, 30:18, 30:24, 33:5, 44:13
**manager** [3] - 9:22, 10:6, 33:11
**MARK** [1] - 2:9
**Mark** [1] - 3:16
**married** [1] - 5:13
**Maryland** [3] - 33:16, 33:18, 33:21
**MC** [1] - 49:2
**McHenry** [6] - 1:17, 49:5, 49:21, 52:2, 52:9, 52:20
**mean** [1] - 7:5
**means** [1] - 7:24
**medical** [2] - 43:13, 43:17
**meeting** [3] - 16:6, 16:10, 16:15
**Melisa** [3] - 3:4, 44:24, 45:9, 46:22
**MELISA** [2] - 1:7, 51:5
**member** [3] - 6:2, 6:4, 37:22
**members** [4] - 21:7, 28:15, 28:17, 37:8
**membership** [2] - 10:20, 26:8
**memorandum** [1] - 21:8
**memorandums** [1] - 21:11
**mentioned** [1] - 13:17
**MERRYMAN** [2] - 1:7, 51:5

**Merryman** [8] - 3:4, 12:19, 12:24, 26:13, 45:1, 45:9, 46:22, 47:1
**MEX** [1] - 12:18
**Michael** [1] - 3:9
**might** [3] - 17:23, 20:21, 22:22
**mistrial** [4] - 27:12, 27:17, 27:23, 28:3
**moment** [1] - 45:14
**money** [15] - 24:20, 24:23, 25:8, 25:12, 26:5, 26:9, 28:16, 28:18, 36:20, 36:23, 37:1, 40:12, 40:17, 40:21, 41:1
**moneys** [1] - 28:24
**mortgage** [1] - 38:13
**motor** [51] - 16:7, 16:11, 16:17, 16:23, 17:2, 17:3, 17:7, 17:11, 18:3, 18:4, 18:9, 18:19, 19:1, 19:6, 19:11, 19:16, 19:21, 20:14, 20:18, 25:9, 25:12, 25:16, 29:6, 29:17, 29:22, 30:1, 30:4, 30:7, 30:11, 30:15, 31:17, 31:20, 31:22, 32:3, 35:2, 35:24, 36:5, 36:12, 41:13, 41:18, 41:23, 42:3, 42:9, 42:13, 42:21, 43:7, 43:18, 44:7, 47:8, 47:11, 47:15
**MR** [22] - 2:5, 2:6, 2:9, 3:20, 3:24, 4:12, 6:16, 6:18, 6:23, 7:1, 7:13, 7:14, 7:17, 7:18, 41:5, 41:6, 41:9, 45:14, 45:17, 47:22, 48:3, 48:5
**Murtle** [2] - 5:5, 8:11

## N

**name** [8] - 3:1, 3:18, 8:14, 26:17, 38:6, 39:7, 40:7, 42:11
**named** [10] - 20:2, 25:19, 26:20, 27:4, 27:15, 27:22, 30:18, 30:24, 31:3, 31:5, 31:7, 31:10, 31:13, 33:5, 43:21, 43:23, 44:13, 44:24
**names** [4] - 21:16, 22:14, 26:16, 37:20
**necessarily** [1] - 21:15
**need** [1] - 4:4
**newspaper** [1] - 34:21
**next** [1] - 5:12
**nicknames** [1] - 26:16
**NLRA** [1] - 11:2

**non** [1] - 22:24
**non-Local** [1] - 22:24
**Norris** [1] - 11:5
**Norris-La** [1] - 11:5
**North** [2] - 5:5, 8:11
**Northern** [1] - 3:13
**NORTHERN** [2] - 1:2, 51:1
**NOT** [1] - 48:7
**notary** [3] - 1:17, 49:5, 52:9
**Notary** [2] - 49:21, 51:23, 52:20
**note** [3] - 17:15, 17:20, 18:2
**noted** [1] - 51:17
**nothing** [1] - 49:7
**notified** [1] - 52:11
**number** [8] - 8:7, 8:19, 30:15, 42:2, 42:7, 43:4, 43:7

## O

**o'clock** [1] - 1:20
**O-p-t-i-c-o-m** [1] - 45:21
**oath** [4] - 27:2, 27:9, 47:7, 51:15
**object** [1] - 47:22
**observed** [1] - 43:23
**obtain** [10] - 18:4, 29:21, 29:24, 31:17, 31:19, 32:3, 35:19, 35:23, 36:3, 36:9
**obtained** [20] - 17:2, 18:8, 35:2, 35:10, 35:13, 41:10, 41:21, 42:1, 42:6, 42:11, 42:15, 42:16, 42:18, 42:24, 43:3, 43:6, 43:10, 43:13, 47:8, 47:11
**obtaining** [4] - 35:7, 35:20, 35:24, 36:4
**occasion** [3] - 17:15, 17:20, 18:2
**October** [1] - 9:6
**OF** [8] - 1:2, 1:11, 49:1, 49:2, 51:1, 51:9, 52:1, 52:2
**office** [4] - 4:1, 16:21, 49:16, 52:15
**OFFICE** [1] - 2:6
**officer** [3] - 30:3, 30:6, 41:3
**often** [1] - 23:20
**one** [2] - 3:2, 21:6
**operate** [1] - 12:6
**OPERATING** [2] - 1:11, 51:9
**operating** [1] - 12:10
**Operating** [4] - 3:7, 5:20, 34:13, 40:18
**operator** [1] - 6:1
**opinion** [1] - 20:4

**Opticom** [1] - 45:19
**order** [3] - 12:2, 18:4, 22:10
**organizational** [1] - 11:16
**organize** [3] - 12:2, 21:6, 32:15
**organized** [1] - 22:23
**organizer** [1] - 5:19
**organizing** [2] - 21:2, 32:12
**own** [6] - 17:4, 17:8, 17:12, 18:9, 34:24, 35:5
**owned** [1] - 39:22
**owner** [3] - 35:20, 35:24, 36:4
**ownership** [7] - 18:5, 35:8, 35:11, 35:14, 35:17, 35:21, 41:12

## P

**Page** [2] - 2:14, 50:4
**Pages** [2] - 49:8, 51:15
**paid** [12] - 24:2, 24:5, 24:15, 24:18, 25:3, 25:15, 26:4, 33:14, 36:23, 37:1, 37:5, 40:3
**Part** [1] - 16:2
**part** [2] - 16:15, 28:20
**particular** [2] - 21:3, 29:19
**parties** [1] - 49:13
**party** [8] - 12:14, 12:17, 12:23, 13:5, 13:8, 13:16, 27:15, 27:22
**Patricia** [2] - 1:16, 52:19
**PATRICIA** [3] - 49:5, 49:20, 52:9
**pay** [5] - 25:9, 25:12, 26:8, 34:7, 36:21
**payment** [4] - 24:8, 24:11, 26:2, 40:5
**payments** [6] - 23:9, 23:12, 23:20, 23:23, 39:24, 40:8
**Peace** [1] - 27:16
**Pearson** [1] - 13:9
**Pena** [2] - 13:5, 13:6
**pending** [3] - 3:8, 13:12, 27:19
**people** [2] - 12:5, 31:16
**period** [1] - 32:18
**person** [9] - 27:1, 31:3, 31:5, 31:7, 31:10, 31:13, 40:8, 42:2, 42:12
**personal** [6] - 18:8, 18:18, 18:23, 30:12, 35:3, 36:4, 38:18,

41:10
**personnel** [2] - 22:10, 47:14
**persons** [4] - 21:23, 31:23, 32:2, 37:20
**Peter** [1] - 13:5
**phone** [4] - 8:16, 8:19, 8:22, 9:2
**phonetic** [7] - 13:9, 25:20, 27:16, 30:19, 31:8, 31:11, 31:14
**photograph** [1] - 41:22
**pipe** [4] - 33:24, 34:2, 34:5, 34:7
**place** [3] - 8:11, 49:11, 51:14
**plaintiffs** [1] - 3:6
**Plaintiffs** [5] - 1:8, 2:7, 3:2, 3:16, 51:6
**plate** [20] - 29:19, 30:15, 32:2, 35:4, 35:8, 35:11, 35:14, 35:16, 35:20, 36:9, 36:18, 41:18, 41:22, 42:3, 42:9, 42:12, 42:19, 43:4, 43:10, 43:15
**plates** [7] - 17:16, 17:21, 18:3, 29:10, 29:14, 31:20, 36:16
**point** [1] - 3:22
**Polales** [1] - 3:1
**POLALES** [13] - 2:5, 3:20, 3:24, 4:12, 6:18, 7:1, 7:14, 7:18, 41:5, 41:9, 45:14, 45:17, 48:3
**Polales................** [1] - 2:18
**position** [1] - 29:11
**possess** [1] - 37:7
**present** [2] - 6:22, 32:19
**Present** [1] - 3:15
**presently** [1] - 5:3
**president** [3] - 9:18, 10:2, 33:8
**Privacy** [1] - 11:13
**procedure** [1] - 32:19
**Procedure** [1] - 3:12
**proceeding** [2] - 13:17, 27:2
**profession** [1] - 39:17
**prompted** [3] - 34:11, 34:16, 34:20
**property** [3] - 14:16, 34:24, 39:22
**Protection** [1] - 11:13
**provide** [4] - 30:4, 30:7, 31:22, 32:1
**provided** [1] - 35:16
**providers** [1] - 9:5
**provides** [1] - 9:1
**PSI** [3] - 32:13, 32:16, 47:4
**Public** [3] - 49:21,

51:23, 52:20
**public** [3] - 1:17, 49:5, 52:9
**Pullman** [2] - 27:4, 27:6
**purchased** [1] - 25:16
**purpose** [3] - 35:7, 37:15, 46:8
**pursuant** [2] - 3:11, 6:10
**put** [1] - 6:17

## Q

**questions** [4] - 4:17, 30:21, 47:18, 47:20
**quite** [1] - 6:20

## R

**ran** [1] - 20:17
**RAUSCH** [1] - 2:9
**read** [1] - 51:14
**reading** [1] - 52:13
**reason** [4] - 7:10, 26:1, 28:2, 39:10
**receive** [2] - 10:15, 10:19
**received** [12] - 3:20, 19:6, 19:10, 19:15, 24:8, 24:11, 40:4, 40:12, 40:16, 40:21, 41:1, 41:15
**recess** [2] - 41:7, 45:15
**record** [21] - 6:17, 7:12, 18:10, 18:19, 19:11, 20:14, 31:23, 36:1, 36:5, 40:8, 41:19, 41:23, 42:4, 42:9, 42:13, 42:22, 43:7, 43:11, 43:19, 47:12, 47:15
**recorded** [1] - 49:8
**records** [31] - 16:7, 16:12, 16:17, 16:23, 17:3, 17:7, 17:12, 19:1, 19:7, 19:16, 19:22, 25:9, 25:13, 25:16, 29:17, 29:22, 30:1, 30:4, 30:8, 30:11, 31:17, 35:3, 36:13, 37:7, 37:10, 37:13, 37:16, 37:18, 37:21, 47:8
**reduced** [1] - 49:8
**referred** [3] - 10:9, 39:2, 39:6
**registration** [8] - 41:12, 41:18, 41:23, 42:3, 42:9, 42:13, 43:1, 43:11
**related** [4] - 35:3, 37:7, 37:11, 37:21
**relating** [6] - 44:22, 46:16, 46:19, 46:22,

47:1, 47:4
**relative** [2] - 49:12, 49:13
**remain** [2] - 6:14, 7:6
**reported** [1] - 52:10
**REPORTER** [1] - 4:4
**Reporter** [2] - 49:20, 52:19
**reporter** [1] - 4:22
**represents** [2] - 12:5, 12:9
**reputation** [1] - 20:8
**request** [2] - 20:18, 29:7
**requests** [3] - 28:15, 28:18, 28:21
**reserved** [2] - 48:6, 52:11
**reside** [2] - 5:4, 5:11
**residence** [4] - 5:9, 44:2, 44:3, 44:19
**resisting** [1] - 14:13
**respect** [4] - 20:8, 36:12, 36:15, 36:17
**respectfully** [261] - 6:8, 7:20, 9:3, 9:7, 9:15, 9:19, 9:23, 10:3, 10:8, 10:11, 10:13, 10:18, 10:22, 11:1, 11:3, 11:6, 11:10, 11:14, 11:18, 11:22, 12:3, 12:7, 12:12, 12:15, 12:21, 13:2, 13:7, 13:10, 13:14, 13:18, 13:22, 14:2, 14:5, 14:8, 14:11, 14:14, 14:17, 14:21, 15:1, 15:5, 15:8, 15:12, 15:16, 15:20, 15:24, 16:4, 16:8, 16:13, 16:18, 16:24, 17:5, 17:9, 17:13, 17:18, 17:24, 18:6, 18:11, 18:16, 19:13, 19:19, 19:24, 20:3, 20:6, 20:9, 20:12, 20:16, 20:19, 20:24, 21:5, 21:9, 21:13, 21:17, 21:22, 22:1, 22:4, 22:8, 22:13, 22:17, 22:21, 23:1, 23:5, 23:8, 23:11, 23:14, 23:17, 23:19, 23:22, 24:1, 24:4, 24:7, 24:10, 24:13, 24:16, 24:19, 24:22, 25:1, 25:4, 25:10, 25:14, 25:18, 25:21, 25:24, 26:3, 26:6, 26:10, 26:15, 26:19, 26:21, 26:24, 27:3, 27:5, 27:10, 27:14, 27:18, 27:21, 28:1, 28:5, 28:8, 28:11, 28:14, 28:19, 28:22, 29:1, 29:5,

29:8, 29:12, 29:15, 29:20, 29:23, 30:2, 30:5, 30:9, 30:13, 30:17, 30:20, 30:23, 31:2, 31:4, 31:6, 31:9, 31:12, 31:15, 31:18, 31:21, 31:24, 32:4, 32:6, 32:8, 32:10, 32:14, 32:17, 32:21, 33:1, 33:4, 33:6, 33:9, 33:12, 33:15, 33:17, 33:19, 33:22, 34:1, 34:4, 34:6, 34:9, 34:14, 34:18, 34:22, 35:1, 35:6, 35:9, 35:12, 35:15, 35:18, 35:22, 36:2, 36:7, 36:10, 36:14, 36:19, 36:22, 36:24, 37:3, 37:6, 37:9, 37:12, 37:14, 37:17, 37:19, 37:23, 38:2, 38:5, 38:9, 38:12, 38:14, 38:17, 38:19, 38:21, 38:24, 39:4, 39:9, 39:12, 39:15, 39:18, 39:20, 39:23, 40:2, 40:6, 40:11, 40:15, 40:20, 40:24, 41:4, 41:14, 41:20, 41:24, 42:5, 42:10, 42:14, 42:20, 42:23, 43:2, 43:5, 43:9, 43:12, 43:16, 43:20, 43:22, 44:1, 44:5, 44:8, 44:12, 44:14, 44:17, 44:20, 44:23, 45:2, 45:4, 45:7, 45:10, 45:13, 45:20, 45:22, 46:1, 46:4, 46:7, 46:9, 46:11, 46:14, 46:17, 46:20, 46:23, 47:2, 47:5, 47:10, 47:13, 47:16, 48:1
**rest** [1] - 6:14
**resting** [1] - 7:6
**result** [2] - 19:1, 41:11
**review** [1] - 52:12
**reviewed** [1] - 45:11
**revoked** [1] - 38:22
**rights** [1] - 6:10
**ROBERT** [4] - 1:7, 2:6, 2:6, 51:5
**Robert** [2] - 3:3, 3:15
**Ronald** [1] - 27:4
**Rules** [1] - 3:12
**rules** [1] - 3:13
**run** [2] - 29:10, 29:13
**runs** [1] - 32:7

## S

**SAITH** [1] - 48:7
**save** [1] - 6:13
**school** [1] - 7:15
**Scott** [1] - 26:20

**seal** [2] - 49:16, 52:15
**Secretary** [2] - 16:21, 25:17
**Security** [2] - 8:7, 42:1
**see** [1] - 22:6
**series** [1] - 4:16
**service** [2] - 9:1, 9:5
**set** [4] - 4:1, 34:23, 49:15, 52:14
**shake** [1] - 4:23
**SHEET** [1] - 50:1
**Sheriff** [1] - 47:9
**short** [1] - 6:5
**Shorthand** [2] - 49:20, 52:19
**sign** [2] - 21:8, 21:10
**signatories** [1] - 23:3
**signatory** [1] - 21:14
**signature** [3] - 33:2, 52:11, 52:12
**Signature** [1] - 48:5
**signing** [1] - 52:13
**silent** [2] - 6:14, 7:6
**similarly** [1] - 3:6
**similarly-situated** [1] - 3:6
**site** [2] - 21:24, 22:3
**sites** [3] - 16:3, 21:20, 22:6
**situated** [1] - 3:6
**Social** [2] - 8:7, 42:1
**software** [1] - 36:8
**sometimes** [2] - 10:9, 22:9
**Soria** [5] - 20:2, 20:10, 20:13, 20:17
**Soria's** [2] - 20:5, 20:7
**source** [1] - 36:20
**specified** [1] - 49:11
**SS** [2] - 49:1, 52:1
**start** [1] - 42:17
**STATE** [2] - 49:1, 52:1
**State** [4] - 1:18, 25:17, 49:5, 52:9
**state** [1] - 7:12
**State's** [1] - 16:21
**statements** [1] - 15:22
**STATES** [2] - 1:2, 51:1
**Steve** [1] - 29:7
**stored** [2] - 19:11, 19:23
**Street** [3] - 1:19, 5:5, 8:11
**subject** [2] - 15:10, 15:14
**subpoena** [1] - 3:21
**subscribe** [1] - 51:15
**Subscribed** [1] - 51:20
**Susan** [1] - 13:9
**swear** [1] - 4:4
**Sweeney** [2] - 29:9, 29:24
**sworn** [4] - 4:6, 4:8, 49:6, 51:20
**system** [3] - 45:18,

46:10, 46:13

## T

**Taft** [1] - 11:8
**Taft-Hartley** [1] - 11:8
**Tammy** [7] - 3:3, 43:21, 43:24, 44:3, 44:6, 44:10, 46:16
**TAMMY** [3] - 1:6, 51:4, 52:4
**tampered** [2] - 27:13, 28:3
**tampering** [1] - 14:7
**task** [4] - 32:5, 32:7, 32:9, 32:11
**tax** [1] - 13:12
**telephone** [2] - 43:3, 43:6
**ten** [2] - 8:10, 26:18
**testified** [5] - 4:9, 14:19, 15:3, 15:4, 15:7
**testify** [1] - 49:7
**testimony** [4] - 4:20, 47:6, 49:10
**THE** [8] - 1:2, 3:1, 3:19, 3:23, 4:3, 4:4, 48:1, 51:1
**themselves** [1] - 3:5
**threatened** [1] - 26:7
**Tim** [4] - 44:13, 44:15, 44:22, 46:19
**Timothy** [1] - 3:3
**TIMOTHY** [2] - 1:6, 51:4
**today** [2] - 4:2, 14:24
**Tom** [2] - 31:13, 47:1
**toward** [1] - 21:2
**trade** [1] - 39:17
**training** [2] - 10:15, 10:19
**transcript** [6] - 49:10, 49:10, 51:14, 51:16, 52:12, 52:13
**transcription** [1] - 52:11
**transferred** [2] - 24:20, 24:23
**trial** [1] - 15:7
**true** [4] - 4:14, 11:24, 49:10, 51:16
**truth** [3] - 49:7, 49:7
**truthfully** [1] - 15:3
**try** [1] - 12:2
**turned** [2] - 38:3, 38:7
**two** [2] - 15:19, 15:23
**type** [3] - 34:2, 37:18, 38:10
**typewriting** [1] - 49:8

## U

**U.S** [3] - 3:13, 6:11, 7:7

**under** [4] - 7:7, 27:2, 27:9, 47:7
**UNGARETTI** [1] - 2:4
**union** [1] - 21:3
**Union** [4] - 3:7, 5:20, 34:12, 40:18
**UNION** [2] - 1:11, 51:9
**UNITED** [2] - 1:2, 51:1
**up** [1] - 28:20
**uses** [1] - 46:6

## V

**value** [4] - 40:13, 40:17, 40:22, 41:2
**vandalized** [1] - 39:21
**vehicle** [56] - 16:7, 16:11, 16:17, 16:23, 17:2, 17:3, 17:7, 17:11, 18:5, 18:10, 18:19, 19:1, 19:6, 19:11, 19:16, 19:22, 20:14, 20:18, 25:9, 25:12, 25:16, 29:6, 29:17, 29:22, 30:1, 30:4, 30:8, 30:11, 30:16, 31:17, 31:20, 31:22, 32:3, 35:2, 35:20, 35:24, 36:1, 36:4, 36:5, 36:12, 41:13, 41:18, 41:23, 42:4, 42:9, 42:12, 42:13, 42:22, 43:1, 43:7, 43:11, 43:18, 44:7, 47:8, 47:11, 47:15
**vehicles** [3] - 17:16, 17:21, 18:3
**versus** [8] - 3:6, 12:18, 12:19, 12:24, 13:6, 13:9, 26:13, 27:16
**vicinity** [4] - 33:20, 44:3, 44:18, 45:5
**view** [1] - 21:2
**visit** [1] - 16:2
**vs** [3] - 1:9, 51:7, 52:5

## W

**Washington** [1] - 1:18
**Wauconda** [2] - 5:5, 8:12
**WESTERN** [2] - 1:3, 51:2
**WHEREOF** [2] - 49:15, 52:14
**whole** [2] - 7:22, 49:7
**wife's** [1] - 8:14
**withdraw** [1] - 25:6
**Witness** [2] - 2:14, 4:6
**witness** [3] - 4:5, 49:11, 52:11
**WITNESS** [7] - 3:1, 3:19, 3:23, 4:3, 48:1, 49:15, 52:14
**woman** [1] - 43:23

**Woodstock** [1] - 1:19
**write** [6] - 28:15, 28:17, 28:20, 34:11, 34:16, 34:20
**written** [1] - 33:2

## Y

**years** [7] - 5:8, 5:23, 6:5, 8:10, 15:19, 15:23, 26:18
**yourself** [4] - 9:17, 9:21, 10:2, 10:5