# Part 6

# Group

# Exhibit C

Depositions of Mike Aprile, Charles August, Steven Cisco, Ryan Drew, Joe Farrell, Joseph Ward, James Miller, Stan Simrayh, James Schweihs, and Mr. Quigley.

```
 1           IN THE DISTRICT COURT OF THE UNITED STATES
               FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                        WESTERN DIVISION

 3

     TAMMY BARKER, TIMOTHY ROBERT )
 4   BARKER, AND MELISA MERRYMAN, )
     on behalf of themselves and  )
 5   on behalf of those similarly )
     situated,                    )
 6                                )
                     Plaintiffs,  )
 7                                )
          vs.                     )   No. 08-cv-50015
 8                                )
     LOCAL 150, INTERNATIONAL     )
 9   UNION OF OPERATING ENGINEERS,)
     AFL-CIO,                     )
10                                )
                     Defendant.   )
11

12

13           The deposition of JOSEPH WARD, called by

14   the plaintiffs for examination, pursuant to notice

15   and subpoena and pursuant to the Rules of Civil

16   Procedure for the United States District Courts,

17   taken before Lydia B. Pinkawa, CSR and Notary Public

18   in and for the County of Cook and State of Illinois,

19   on January 8, 2010, at 1:10 p.m., at 34th Floor,

20   70 West Madison Street, Chicago, Illinois.

21

22

23

24
```

```
 1          PRESENT:

 2          LAW OFFICES OF ROBERT T. HANLON &
            ASSOCIATES, PC,
 3          By MR. ROBERT T. HANLON,
            14212 Washington Street, Unit B,
 4          Woodstock, Illinois  60098,
            (815) 206-2200
 5
                appeared on behalf of plaintiffs
 6              Tammy Barker and Timothy Robert Barker,

 7          LAW OFFICE OF JEAN SNYDER,
            By MS. JEAN MACLEAN SNYDER,
 8          4845 South Kenwood Avenue,
            Chicago, Illinois  60615,
 9          (773) 285-5100

10              appeared on behalf of plaintiff
                Thomas Merryman,
11
            THOMAS D. DECKER & ASSOCIATES, LTD.,
12          By MR. THOMAS D. DECKER,
            321 South Plymouth Court, Suite 1500,
13          Chicago, Illinois  60604,
            (312) 922-4180
14
                and
15
            MR. BRYAN P. DIEMER,
16          Associate General Counsel,
            Local 150 Legal Department,
17          6140 Joliet Road,
            Countryside, Illinois  60525,
18          (708) 579-6663

19              appeared on behalf of defendant.

20

21

22

23

24
```

1                            I  N  D  E  X

2

3        WITNESS

4            Joseph Ward

5        EXAMINED BY                              PAGE

6            Mr. Hanlon                             4

7            Ms. Snyder                            60

8        EXHIBITS MARKED                          PAGE

9            No. 1                                 23

10           No. 4                                 27

11           No. 5                                 47

12

13

14

15

16

17

18

19

20

21

22

23

24

1    MR. HANLON:  My name is Robert Hanlon.  I'm one

2    of the attorneys for the plaintiffs in a case now

3    pending in the United States District Court for the

4    Northern District of Illinois, case number 08 CV

5    50015 before the Honorable Judge Frederick Kapala

6    captioned Tammy Barker, et al., vs. Local 150

7    International Union of Operating Engineers, AFL-CIO.

8    There's a third party complaint, Local 150 vs.

9    Joseph Ward and Thomas Merryman.

10          This deposition is being taken pursuant to

11   the Federal Rules of Civil Procedure, local rules of

12   the United States District Court for the Northern

13   District of Illinois.  The time is now 1:10.

14                    JOSEPH WARD,

15   having been first duly sworn, was examined and

16   testified as follows:

17                  DIRECT EXAMINATION

18   BY MR. HANLON:

19      Q    Could you please state your name for the

20   record and spell your name?

21      A    Joseph Ward, W-a-r-d.

22      Q    Mr. Ward, before I begin with my

23   examination, I'm going to cover a few ground rules.

24   During this deposition I will ask you a series of

1   questions about the lawsuit and the facts associated

2   with it.  It is important that you answer each

3   question verbally so that the court reporter can

4   accurately record your answers.  It is also

5   important that only one person speak at a time so

6   it's easier to transcribe what is said.  So if you

7   would wait until I finish my question before

8   answering it, I will try to wait until you finish

9   your answer before I ask another question.

10          During the deposition, opposing counsel may

11   raise an objection.  His objection will preserve the

12   objection for the record.  However, you will still

13   be required to answer that question unless you are

14   exercising a privilege.  I ask that you answer -- if

15   I ask you a question and you answer it, I will

16   assume that you understood the question.  Is that

17   fair?

18          A     That's fair.

19          Q     If you don't understand a question, would

20   you please let me know?

21          A     I will.

22          Q     This deposition is not being taken to try

23   to trick you into answering a question, so again if

24   there's any doubt in your mind, please let me know.

1     If you need a break, likewise you can let me know.

2     If there's a question pending, I'll ask that you

3     answer that question before taking a break.

4     However, if there's no question pending, then we can

5     take a reasonable break.  I will note the time that

6     the break is taken and when we return for the

7     record.  Is that fair?

8        A     That's fair.

9        Q     If during the course of the deposition I

10    use the term this lawsuit, I mean case number 08 CV

11    50015, captioned Tammy Barker vs. Local 150

12    International Union of Operating Engineers, AFL-CIO,

13    and the third party complaint which Local 150 has

14    brought against both Joseph Ward and Thomas

15    Merryman.  Is that clear?

16       A     That's clear.

17       Q     If during the course of this deposition you

18    identify any person, could you use both the first

19    and the last name?

20       A     I will.

21       MR. HANLON:  And for the record, the

22       following persons are present at this

23       deposition:  Robert Hanlon, an attorney for the

24       plaintiff; Bryan Diemer, an attorney for the

1    defendant Local 150 International Union of

2    Operating Engineers, Jean Maclean Snyder,

3    attorney for Thomas Merryman; Thomas D. Decker,

4    attorney for Joseph Ward, and Joseph Ward.

5    Q    During the course of this deposition I may

6    alert you to a narrow time frame for my questions.

7    In other words, I may provide a period of time, say,

8    between 2003 and January 7th of 2005. Will you

9    understand that if I provide such a time frame, that

10   the question associated with that time frame will be

11   limited solely to that time frame?

12   A    Yes.

13   Q    Okay. You were served with a subpoena for

14   your testimony in this case, is that correct?

15   A    That's correct.

16   Q    And the plaintiffs filed a motion to compel

17   your testimony, is that correct?

18   A    Yes.

19   Q    And Judge Mahoney ordered you to testify in

20   this deposition, is that correct?

21   A    Yes.

22   Q    Can you tell me where you reside?

23   A    20923 South River Road, Shorewood,

24   Illinois, 60404.

```
 1          Q     And how long have you lived at that

 2    address?

 3          A     Approximately four to five years.

 4          Q     And are you currently employed?

 5          A     I am not.

 6          Q     And have you previously been employed?

 7          A     I was, yes.

 8          Q     And who were you previously employed by?

 9          A     By the Inter -- I decline to answer on the

10    grounds of my privilege against self-incrimination

11    under the Fifth Amendment to the U.S. Constitution.

12          Q     Mr. Ward, during the balance of this

13    deposition, if you wish to exercise your Fifth

14    Amendment privileges you have just done using those

15    words, I will accept the words take five so that you

16    don't have to recite that entire paragraph.

17                Is that okay with you, Mr. Decker?

18                MR. DECKER:  Yes.

19    BY MR. HANLON:

20          Q     You were the treasurer of Local

21    150 International Union of Operating Engineers prior

22    to 2007, is that correct?

23          A     I take five.

24          Q     You were the treasurer for approximately 16
```

1    years of Local 150 International Union of Operating

2    Engineers, correct?

3        A    Take five.

4        Q    You have personal knowledge of the

5    procedures used at 150 to obtain a check for payment

6    of a union expense, is that correct?

7        A    I take five.

8        Q    You have personal knowledge that Local 150

9    uses check requisition forms, is that correct?

10       A    Pardon me?  I couldn't hear that.

11       Q    You have personal knowledge that Local 150

12   uses check requisition forms, correct?

13       A    I take five.

14       Q    At the time that you were treasurer of

15   Local 150, Local 150 had forms for requesting

16   checks, isn't that correct?

17       A    I take five.

18       Q    Each and every time a check was needed for

19   a union related expense, a form was executed at

20   Local 150, is that correct?

21       A    I take five.

22       Q    The form would show what the money was

23   being used for, is that correct?

24       A    Take five.

1    Q    You reviewed the check requests at Local

2    150, is that correct?

3    A    Take five.

4    Q    You could have stopped a check from being

5    issued if it was requested by others within Local

6    150, is that correct?

7    A    Take five.

8    Q    You have personal knowledge that Local 150

9    ordered motor vehicle records from the Illinois

10   secretary of state, correct?

11   A    Take five.

12   Q    Before you became treasurer, you held the

13   position as a business agent in Local 150, is that

14   correct?

15   A    I take five.

16   Q    You also served in the position of an

17   organizer, is that correct?

18   A    Take five.

19   Q    You know Jim Miller, correct?

20   A    Take five.

21   Q    Jim Miller was employed by Local 150,

22   correct?

23   A    Take five.

24   Q    Jim Miller was the assistant to the

1    president, correct?

2         A    Take five.

3         Q    You've seen Jim Miller's signature before,

4    is that correct?

5         A    Take five.

6         Q    You know Jim Miller's signature, is that

7    correct?

8         A    Take five.

9         Q    You recognize Jim Miller's signature,

10   correct?

11        A    Take five.

12        Q    Jim Miller had on occasion -- I'm sorry.

13   Strike that.  Jim Miller requested checks to be

14   issued by Local 150, correct?

15        A    Take five.

16        Q    You know Jim Miller requested a check for

17   motor vehicle records, correct?

18        A    Take five.

19        Q    As treasurer, you had control over the

20   payment of union money for union expenses, correct?

21        A    Take five.

22        Q    You reviewed the bank statements for Local

23   150, correct?

24        A    Take five.

1          Q     Checks issued by Local 150 were supposed to

2     be used for legitimate union expenses, correct?

3          A     Take five.

4          Q     Before you became treasurer, Local 150 did

5     not have an internal law department, is that

6     correct?

7          A     Take five.

8          Q     Can you tell me at what point in time Local

9     150 hired Dale Pierson?

10         A     Take five.

11         Q     Can you tell me who decides what cases are

12    assigned to the attorneys?

13         A     I take five.

14         Q     Are the attorneys for Local 150 business

15    agents?

16         A     I take five.

17         Q     The attorneys in the law department of

18    Local 150 are business agents, is that correct?

19         A     I take five.

20         Q     Do you have personal knowledge that the

21    attorneys for Local 150 having an appearance in this

22    case are business agents for 150, is that correct?

23         A     I take five.

24         Q     Dale Pierson is a business agent for Local

1       150, correct?

2            A     I take five.

3            Q     Bryan Diemer is a business agent for Local

4       150, correct?

5            A     I take five.

6            Q     Mark Paulus is a business agent for Local

7       150, correct?

8            A     I take five.

9            Q     You know Bill Dugan, correct?

10           A     I take five.

11           Q     Do you have an opinion of Bill Dugan's

12      reputation for honesty?

13           A     I take five.

14           Q     Do you have an opinion of Bill Dugan's

15      honesty?

16           A     I take five.

17           Q     Can you tell me any particular

18      circumstances where you observed Bill Dugan doing

19      something dishonest?

20           A     Take five.

21           Q     Unethical?

22           A     Take five.

23           Q     You know Bill Dugan has a -- sorry, strike

24      that.  You know Bill Dugan does not have a

1    repetition for truth and veracity in the community,

2    correct?

3        A    Take five.

4        Q    Do you know if Local 150 has job

5    descriptions?

6        A    Take five.

7        Q    At the time that you were treasurer, Bill

8    Dugan dictated the roles for each of the employees

9    in Local 150, correct?

10       A    Take five.

11       Q    How long have you known Bill Dugan?

12       A    Take five.

13       Q    Do you recall when you first met Bill

14   Dugan?

15       A    Take five.

16       Q    Have you ever seen a sign that read this is

17   still Bill Dugan country?

18       A    Take five.

19       Q    What do you understand the meaning of the

20   words this is still Bill Dugan country?

21       A    Take five.

22       Q    Do you know how prolific was the

23   publication of a statement this is still Bill Dugan

24   country?

1      A    Take five.

2      Q    The phrase this is still Bill Dugan country

3  was on billboards, correct?

4      A    Take five.

5      Q    You have personal knowledge that bumper

6  stickers were placed on the backs of road signs with

7  the phrase this is still Bill Dugan country,

8  correct?

9      A    Take five.

10     Q    You ran for election for the position of

11  president and business manager of Local 150,

12  correct?

13     A    I take five.

14     Q    Some of the candidates running under your

15  slate of candidates won positions, is that correct?

16     A    Take five.

17     Q    The election was the subject of a court

18  case brought by the U.S. attorney on behalf of the

19  Secretary of Labor, correct?

20     A    Take five.

21     Q    You were involved in complaining to the

22  U.S. Department of Labor in connection with the

23  Secretary of Labor's case against Local 150,

24  correct?

```
1          A      Take five.

2          Q      The government's case was recently settled,

3    correct?

4          A      Take five.

5          Q      And there would be a USDOL supervised

6    election, correct?

7          A      Take five.

8          Q      Bill Dugan isn't still the president of

9    Local 150, correct?

10         A      Take five.

11         Q      Can you tell me the circumstances

12   surrounding Bill Dugan's resignation?

13         A      Take five.

14         Q      Wasn't there a raid by federal agents on

15   his Maryland buffalo ranch?

16         A      Take five.

17         Q      Do you know if Mr. Dugan had knowledge of

18   his wife having cancer when you were seeking to be

19   elected president?

20         A      I take five.

21         Q      Do you know James Sweeney?

22         A      Take five.

23         Q      Can you tell me how long you've known

24   Mr. Sweeney?
```

1       A      Take five.

2       Q      You know James Sweeney, correct?

3       A      Take five.

4       Q      Tell me your opinion of James Sweeney's --

5       strike that.  Tell me if your opinion of James

6       Sweeney is that he is honest.

7       A      Take five.

8       Q      Do you know James Sweeney's reputation for

9       truth and veracity in the community?

10      A      Take five.

11      Q      Tell me James Sweeney's reputation for

12      truth and veracity in the community.

13      A      Take five.

14      Q      Tell me any particular circumstances where

15      you observed James Sweeney doing something

16      dishonest.

17      A      Take five.

18      Q      Unethical?

19      A      Take five.

20      Q      Do you know if James Sweeney has a

21      reputation for truth and veracity in the community?

22      A      Take five.

23      Q      Do you know Charles August?

24      A      Take five.

1     Q     You know Charles August, correct?

2     A     Take five.

3     Q     You know Charles August in excess of ten

4     years, is that correct?

5     A     Take five.

6     Q     Tell me if you have an opinion if Charles

7     August is honest.

8     A     Take five.

9     Q     Tell me your opinion -- strike that.

10    Charles August is not honest, is that correct?

11    A     Take five.

12    Q     Tell me any nicknames that Charles August

13    has.

14    A     Take five.

15    Q     Tell me particular circumstances where

16    you've observed Charles August doing something

17    dishonest.

18    A     Take five.

19    Q     You know of Professional Services

20    Industries, is that correct?

21    A     I take five.

22    Q     Tell me what efforts -- strike that.  Tell

23    me what you know about the efforts Local 150 made to

24    organize Professional Services Industries.

1          A      Take five.

2          Q      You were present for discussions involving

3    Tammy Barker, is that correct?

4          A      Take five.

5          Q      You were present when discussions were

6    taken involving Local 150 officers and employees

7    where Tammy Barker was discussed, is that correct?

8          A      Take five.

9          Q      Tell me when the first conversation about

10   Tammy Barker occurred.

11         A      Take five.

12         Q      James Sweeney and Charles August were

13   present with you for a discussion about Tammy

14   Barker, correct?

15         A      Take five.

16         Q      Tell me who said what to whom.

17         A      Take five.

18         Q      Isn't it true that Sweeney instructed

19   August to kidnap Barker's child?

20         A      Take five.

21         Q      Charles August agreed to kidnap Tammy

22   Barker's child, correct?

23         A      Take five.

24         Q      Upon learning of this plot to kidnap Tammy

1    Barker's child, what, if anything, did you do?

2         A    Take five.

3         Q    Did you try to warn Tammy Barker about this

4    kidnap plot?

5         A    Take five.

6         Q    Were any of Local 150's attorneys present

7    for any discussion involving a plot to kidnap Tammy

8    Barker's child?

9         A    Take five.

10        Q    Do you know that business agents appeared

11   at the school of Tammy Barker's son?

12        A    Take five.

13        Q    Local 150 personnel also discussed other

14   objectives relating to a family member of Tammy

15   Barker, correct?

16        A    Take five.

17        Q    You were present for such discussions, is

18   that correct?

19        A    Take five.

20        Q    Do you know how James Schweihs became

21   employed as a business agent?

22        A    Take five.

23        Q    You have personal knowledge that Local 150

24   obtained personal information from motor vehicle

```
 1    records, correct?

 2        A    Take five.

 3        Q    You have personal knowledge of Local 150's

 4    dealings with the secretary of state, is that

 5    correct?

 6        A    Take five.

 7        Q    Local 150 obtained two CD's from the

 8    Illinois secretary of state, correct?

 9        A    Take five.

10        Q    You had in your possession two CD's from

11    Illinois -- that were originally obtained from the

12    Illinois secretary of state by Local 150, correct?

13        A    Take five.

14        Q    You provided those disks to Thomas

15    Merryman, correct?

16        A    Take five.

17        Q    You have personal knowledge that Local 150

18    provided payments or provided things of monetary

19    value to employees of the Illinois secretary of

20    state, is that correct?

21        A    Take five.

22        Q    Do you know former Governor Ryan?

23        A    Take five.

24        Q    Former Governor Ryan came to the office of
```

```
 1     Local 150 to obtain money in furtherance of his

 2     defense, is that correct?

 3          A    Take five.

 4          Q    You know that James Miller communicated

 5     with the Illinois secretary of state's office while

 6     at Local 150, correct?

 7          A    Take five.

 8          Q    Local 150 obtained computer disks

 9     containing motor vehicle records containing personal

10     information from motor vehicle records, correct?

11          A    Take five.

12          Q    For the balance of this deposition, if I

13     use the term personal information, I mean

14     information -- I will define that term as

15     information that identifies an individual including

16     an individual's photograph, Social Security number,

17     driver's identification number, name, address but

18     not the five digit ZIP code, telephone number and

19     medical or disability information but does not

20     include information on vehicle accidents, driving

21     violations and driver's status.  Do you understand

22     that definition?

23          A    Yes.

24          Q    A moment ago I asked you if Local 150
```

1     obtained personal information from motor vehicle

2     records. With that definition, would your answer be

3     the same?

4         A    Take five.

5         Q    Linda Soria is an honest person, correct?

6         A    Take five.

7         Q    Linda Soria would not sign a false

8     affidavit, would she?

9         A    Take five.

10        Q    You've seen Linda Soria's handwriting

11    before, is that correct?

12       A    Take five.

13       (Documents marked as Deposition Group

14           Exhibit No. 1 for identification.)

15       MR. HANLON: I'd like to refer you all to

16    Exhibit No. 1.

17       Q    I'd like you to take a look at Exhibit

18    No. 1, an affidavit of Linda Soria.

19       A    Do you want me to read the whole thing?

20    This, too, or just this (indicating)?

21       Q    I'm just interested in Exhibit No. 1. Have

22    you had a chance to review the affidavit of Linda

23    Soria?

24       A    I did.

1  Q  Linda Soria's affidavit is true in all

2 respects, correct?

3  A  Take five.

4  Q  And the signature appearing on Linda

5 Soria's affidavit is Linda Soria's signature,

6 correct?

7  A  Take five.

8  Q  You have personal knowledge that Linda

9 Soria resides at 16152 South Leach Drive in Homer

10 Glen, Illinois, correct?

11  A  I take five.

12  Q  Linda Soria was employed by Local 150

13 International Union of Operating Engineers

14 commencing May 3, 1993 and ending September 30,

15 2006, correct?

16  A  Take five.

17  Q  During Linda Soria's employment with Local

18 150 under your supervision, Linda Soria regularly

19 received microfiche and compact disks containing

20 software and Illinois motor vehicle records on an

21 annual or biannual basis, correct?

22  A  Take five.

23  Q  You have personal knowledge that Local 150

24 received computer searchable disks containing motor

1    vehicle records in October 2004 and 2005, correct?

2         A    Take five.

3         Q    You have personal knowledge that Local 150

4    received computer searchable disks containing

5    personal information from motor vehicle records,

6    correct?

7         A    Take five.

8         Q    You have personal knowledge that business

9    agents would contact Linda Soria and ask for

10   personal identifying information associated with

11   various license plates, is that correct?

12        A    Take five.

13        Q    During your employment with Local 150 or in

14   your position as a treasurer, you had personal

15   knowledge that Linda Soria would obtain personal

16   information from motor vehicle records and forward

17   that information to business agents of Local 150,

18   correct?

19        A    Take five.

20        Q    You know that the CRF office -- I'm sorry,

21   strike that.  You have personal knowledge that

22   Illinois, Indiana, Iowa Foundation for Fair

23   Contracting is often referred to or has been

24   referred to as the CRF office, is that correct?

1       A    Take five.

2       Q    Local 150 -- sorry, strike that.  You have

3    personal knowledge that Linda Soria would on

4    occasion contact the Local 139 International Union

5    of Operating Engineers and request personal

6    information from motor vehicle records, is that

7    correct?

8       A    Take five.

9       Q    During the course of your employment in

10   your position as treasurer of Local 150, you had

11   knowledge that Local 150 business agents would use

12   personal information from motor vehicle records to

13   locate the homes of employers and the names and

14   addresses of employees, is that correct?

15      A    Take five.

16      Q    You also had personal knowledge that Local

17   150 business agents would use personal information

18   from motor vehicle records to identify the spouse

19   and friends of employees as well as other third

20   parties, is that correct?

21      A    Take five.

22      Q    You have personal knowledge that Linda

23   Soria was instructed to provide personal information

24   from motor vehicle records to the business agents by

1      William E. Dugan, is that correct?

2          A     Take five.

3          Q     You have personal knowledge that Local 150

4      made a payment to the Illinois secretary of state

5      for microfiche and for computer disks received by it

6      containing personal information from motor vehicle

7      records, correct?

8          A     Take five.

9                (Documents marked as Deposition Group

10               Exhibit No. 4 for identification.)

11         Q     I'd direct your attention to Exhibit No. 4.

12               MR. DECKER:  Do we have copies of this,

13         Rob?

14               MR. HANLON:  It's in the packet that I gave

15         you.  That was one of the ones that I e-mailed

16         over to you yesterday.  That's the clearest

17         image I can get for you outside of the original.

18         I'm only interested in one part.

19         Q     You have Exhibit 4 in front of you?

20         A     Pardon me?

21         Q     Do you have Exhibit No. 4 in front of you?

22               MR. DECKER:  Yes.

23         A     Yes.

24

1    BY MR. HANLON:

2        Q    There's a signature which appears about

3    three-quarters of the way down the page.  Do you see

4    that signature?

5        A    Take five.

6        Q    Take five that you see the signature?

7        A    Yes, I see it.

8        Q    Okay.  Do you recognize that signature?

9        A    Take five.

10        Q    That signature is the signature of James

11    Miller, is that correct?

12        A    Take five.

13        Q    That's the same James Miller that was

14    assistant to the president of Local 150

15    International Union of Operating Engineers, correct?

16        A    Take five.

17        Q    And he served as the assistant to the

18    president, to William E. Dugan, is that correct?

19        A    Take five.

20        Q    Do you know who James Schweihs is?

21        A    Take five.

22        Q    James Schweihs is also known as Jim

23    Schweihs, correct?

24        A    Take five.

1       Q    James Schweihs is sometimes referred to as

2    Jimmy, correct?

3       A    Take five.

4       Q    James Schweihs is a former business agent

5    of Local 150, correct?

6       A    Take five.

7       Q    James Schweihs' father was Frank Schweihs,

8    is that correct?

9       A    Take five.

10       Q    And Frank Schweihs was known as Frank the

11    German, correct?

12       A    Take five.

13       Q    Frank the German was reputed to be a

14    Chicago outfit hit man, is that correct?

15       A    Take five.

16       Q    What, if anything, do you know about Frank

17    the German?

18       A    Take five.

19       Q    Frank Schweihs was known as Frank the

20    German, correct?

21       A    Take five.

22       Q    And Frank the German, Frank Schweihs was a

23    reputed member of the Chicago outfit, correct?

24       A    Take five.

1      Q    And when I use the term Chicago outfit, you

2    understand that to mean the mob, correct?

3      A    Take five

4      Q    And when I used the term the mob, you

5    understood that to mean the Cosa Nostra organized

6    crime, correct?

7      A    Take five.

8      Q    Frank the German was generally believed to

9    be a hit man, correct?

10     A    Take five.

11     Q    Frank the German had been indicted in

12   Operation Family Secrets, correct?

13     A    Take five.

14     Q    Local 150 hired James Schweihs knowing his

15   father was a known associate of organized crime,

16   correct?

17     A    Take five.

18     Q    You have personal knowledge that Local 150

19   hired James Schweihs knowing his father was a known

20   associate of organized crime, correct?

21     A    Take five.

22     Q    You have personal knowledge that James

23   Schweihs was hired so that he would instill fear in

24   Tammy Barker, correct?

1      A      Take five.

2      Q      James Schweihs was assigned to -- I'm

3  sorry.  You have personal knowledge that James

4  Schweihs was assigned to follow Tammy Barker around,

5  is that correct?

6      A      Take five.

7      Q      And that was the purpose of following Tammy

8  Barker around was to make her fearful, correct?

9      A      Take five.

10     Q      And Frank Schweihs, also known as Frank the

11  German, died awaiting trial, correct?

12     A      Take five.

13     Q      You had personal knowledge that Frank the

14  German had previously been convicted of a felony, is

15  that correct?

16     A      Take five.

17     Q      Frank the German was alleged to have

18  committed numerous murders, correct?

19     A      Take five.

20     Q      Have you ever met Frank the German?

21     A      Take five.

22            (Whereupon Ms. Snyder left the room.)

23            MR. HANLON:  Could the record reflect that

24      Jean Snyder has departed from the room.  With

1    that in mind, does anybody need a break at the

2    moment?

3        Q    When did you first learn about who Frank

4    the German was?

5        A    Take five.

6        Q    At what point in time did you learn --

7    strike that.  You had personal knowledge that --

8    strike that.  Have you conducted an Internet search

9    to ascertain and locate any articles on Frank the

10   German or Frank Schweihs?

11       A    Take five.

12       Q    Who at Local 150 hired James Schweihs?

13       A    Take five.

14       Q    Was Bill Dugan involved in hiring James

15   Schweihs?

16       A    Take five.

17       Q    Do you know if James Schweihs was violent?

18       A    Take five.

19       Q    Do you anticipate your wife would be

20   fearful if James Schweihs was following her?

21       A    Take five.

22       Q    Do you anticipate your wife would be

23   fearful if Frank Schweihs was following her?

24       A    Take five.

1       Q    Do you know if anyone at Local 150 --

2    strike that.

3            (Whereupon Ms. Snyder entered the room.)

4       Q    You did deliver to Thomas Merryman on or

5    about October 10, 2006 two CD's, is that correct?

6       A    Take five.

7       Q    The two CD's you delivered to Thomas

8    Merryman were received by Local 150 from the

9    Illinois secretary of state's office, is that

10   correct?

11      A    Take five.

12      Q    In October 2006 you were the treasurer of

13   Local 150 International Union of Operating

14   Engineers, correct?

15      A    Take five.

16      Q    In October 2006 did you owe Thomas --

17   sorry, strike that.  In October 2006 did you owe

18   Local 150 and its members a fiduciary duty of care?

19      A    Take five.

20      Q    In October of 2006 did you owe Local 150

21   and its members a fiduciary duty of good faith?

22      A    Take five.

23      Q    In October of 2006 did you owe Local 150

24   and its members a duty of fair dealing?

1          A     Take five.

2          Q     You never made any demand on Thomas

3     Merryman for the return of the CD, did you?

4          A     Take five.

5          Q     And tell me how Local 150 obtained CD's

6     which were tendered to Thomas Merryman.

7          A     Take five.

8          Q     You have personal knowledge that Bill Dugan

9     was involved with Local 150's obtaining motor

10    vehicle records from the Illinois secretary of

11    state's office, is that correct?

12         A     Take five.

13         Q     You have personal knowledge that William

14    Dugan obtained personal information from motor

15    vehicle records, is that correct?

16         A     Take five.

17         Q     You have personal knowledge that William E.

18    Dugan instructed the disclosure of personal

19    information from motor vehicle records, correct?

20         A     Take five.

21         Q     You have personal information that James

22    Sweeney obtained personal information from motor

23    vehicle records, correct?

24         A     Take five.

1      Q   You have personal knowledge that James

2   Sweeney used personal information from motor vehicle

3   records, correct?

4      A   Take five.

5      Q   You have personal knowledge that James

6   Sweeney disclosed personal information from motor

7   vehicle records, correct?

8      A   Take five.

9      Q   You have personal knowledge that Local 150

10   obtained personal information from motor vehicle

11   records, correct?

12      A   Take five.

13      Q   And you have personal knowledge that Local

14   150 used personal information from motor vehicle

15   records, correct?

16      A   Take five.

17      Q   You have personal knowledge that Local 150

18   disclosed personal information from motor vehicle

19   records, correct?

20      A   Take five.

21      Q   You obtained personal information from

22   motor vehicle records, correct?

23      A   Take five.

24      Q   You used personal information from motor

1    vehicle records, correct?

2         A    Take five.

3         Q    You disclosed personal information from

4    motor vehicle records, correct?

5         A    Take five.

6         Q    You have personal knowledge that Local 150

7    was not using personal information from motor

8    vehicle records to verify the accuracy of personal

9    information submitted by the individual or, sorry,

10   submitted by the individual to the business or its

11   agents, employees or contractors, correct?

12        A    Take five.

13        Q    You have personal knowledge that Local 150

14   obtained personal information from motor vehicle

15   records for the purpose of obtaining personal

16   information to run license plates at construction

17   sites only, is that correct?

18        A    Take five.

19        Q    You have personal knowledge that Local 150

20   did not obtain personal information from motor

21   vehicle records for the purpose of preventing fraud,

22   correct?

23        A    Take five.

24        Q    You have personal knowledge that Local 150

1    obtained personal information from motor vehicle

2    records for a purpose other than pursuing legal

3    remedies against recovering on a debt or security

4    interest against the individual owner of a motor

5    vehicle?

6        A    Take five.

7        Q    You have personal knowledge of Local 150

8    was not using personal information from motor

9    vehicle records in connection with any civil,

10    criminal, administrative or arbitral hearing in any

11    federal, state, local court or agency before any

12    self-regulated body, is that correct?

13        A    Take five.

14        Q    Do you have personal knowledge that Local

15    150 was using personal information from motor

16    vehicle records --

17        A    Take five.

18        Q    I hadn't finished.

19        A    I'm sorry.

20        Q    That's okay.  I paused, so I'll rephrase.

21    I know this is getting somewhat laborious, so I

22    apologize to you and thank you for your patience.

23        You have personal knowledge that Local 150

24    obtained personal information from motor vehicle

1     records for purposes other than serving process or

2     investigation in anticipation of litigation, is that

3     correct?

4          A    Take five.

5          Q    And you have personal knowledge that Local

6     150 obtained personal information for a purpose

7     other than the execution and enforcement of

8     judgments and orders, is that correct?

9          A    Take five.

10         Q    And you have personal knowledge that Local

11    150 obtained, used or disclosed personal information

12    from motor vehicle records for a use other than

13    pursuant to a federal, state or local court, is that

14    correct?

15         A    Take five.

16         Q    You have personal knowledge that Local 150

17    was not involved in any research activities such as

18    providing statistical reports, is that correct?

19         A    Take five.

20         Q    You have personal knowledge that Local 150

21    used personal information from motor vehicle records

22    to contact individuals, correct?

23         A    Take five.

24         Q    You have personal knowledge that Local 150

1      obtained, used or disclosed personal information for

2      purposes other than insurance, is that correct?

3          A    Take five.

4          Q    You have personal knowledge that Local 150

5      is not self-insured, is that correct?

6          A    Take five.

7          Q    You have personal knowledge that Local 150

8      obtained, used or disclosed motor vehicle records

9      for a use other than providing notice to owners of

10     towed or impounded vehicles, correct?

11         A    Take five.

12         Q    Local 150 is not a licensed private

13     investigative agency, correct?

14         A    Take five.

15         Q    Local 150 isn't a licensed security service

16     for any purpose permitted under DPPA, correct?

17         A    Take five.

18         Q    Local 150 did not obtain, use or disclose

19     personal knowledge from motor vehicle records to

20     verify information relating to the holder of a

21     commercial driver's license, correct?

22         A    Take five.

23         Q    Local 150 doesn't operate any private toll

24     road transportation facilities, correct?

```
 1        A     Take five.

 2        Q     Local 150 obtained, used or disclosed

 3   personal information for a use other than in

 4   connection with the operation of private toll

 5   transportation facilities, correct?

 6        A     Take five.

 7        Q     Local 150 -- strike that.  You have

 8   personal knowledge that Local 150 used personal

 9   information for a use other than in connection with

10   the operation of a private toll transportation

11   facility, correct?

12        A     Take five.

13        Q     You have personal knowledge that Local 150

14   obtained, used or disclosed personal information

15   from motor vehicle records for a use other than in

16   response to request of the individual for the

17   issuance or renewal of operator's permits, titles or

18   registrations, correct?

19        A     Take five.

20        Q     You have personal knowledge that Local 150

21   obtained, used or disclosed personal information for

22   a use other than for bulk distribution for surveys,

23   marketing or solicitations with motor vehicle

24   department implemented methods or procedures to
```

1    ensure -- and it gets kind of long here, so I'm

2    going to break it up -- that individuals were

3    deprived of an opportunity in a clear, conspicuous

4    manner to prohibit such use?

5         A    Take five.

6         Q    You have knowledge that Local 150 obtained

7    personal information from motor vehicle records for

8    a use other than bulk distribution surveys,

9    marketing or solicitations -- strike that.

10        You have personal knowledge that Local 150

11   had not obtained the consent of any owner of any

12   motor vehicle record to obtain their personal

13   information, is that correct?

14        A    Take five.

15        Q    You have personal knowledge that for any

16   other -- strike that.  You're familiar with the

17   Foundation for Fair Contracting?

18        A    Pardon me?

19        Q    Are you familiar with the Foundation for

20   Fair Contracting?

21        A    Take five.

22        Q    The Indiana, Illinois, Iowa Foundation for

23   Fair Contracting has offices in a complex where

24   Local 150 has its offices, correct?

1      A    Take five.

2      Q    And you have personal knowledge that Local

3  150 would obtain personal information from motor

4  vehicle records from the Indiana, Iowa, Illinois

5  Foundation for Fair Contracting, correct?

6      A    Take five.

7      Q    If, during the course of the rest of this

8  deposition if I simply use the acronym FFC, you will

9  understand that to mean Illinois, Indiana, Iowa

10  Foundation for Fair Contracting, correct?

11     A    I do.

12     Q    Thank you.  Local 150 obtained from the FFC

13  personal information from motor vehicle records from

14  the FFC, correct?

15     A    Take five.

16     Q    Since January 2008 you have personal

17  knowledge Local 150 continues to obtain personal

18  information from motor vehicle records through the

19  Illinois Foundation for Fair Contracting, the FFC?

20     A    Take five.

21     Q    I was a little unclear in my question

22  there, so I'm going to just restate that to make

23  sure it's clear.  You have personal knowledge that

24  Local 150 obtained personal information from motor

43

```
1       vehicle records through the FFC, correct?

2            A    Take five.

3            Q    Can you tell me how you got your first job

4       at Local 150?

5            A    Take five.

6            Q    Who hired you?

7            A    Take five.

8            Q    You have personal knowledge that William E.

9       Dugan obtained personal information from motor

10      vehicle records, correct?

11           A    Take five.

12           Q    You have personal knowledge that William E.

13      Dugan obtained personal information from motor

14      vehicle records for use other than by a government

15      agency including court and law enforcement agencies,

16      is that correct?

17           A    Take five.

18           Q    You have knowledge that the FFC is not a

19      private entity acting on behalf of a federal, state

20      or local agency in carrying out its functions, is

21      that correct?

22           A    Take five.

23           Q    You have personal knowledge that William E.

24      Dugan obtained personal information from motor
```

1      vehicle records for use other than for use by a

2      government agency or any person acting on behalf of

3      a federal, state or local agency in carrying out its

4      functions?

5         A     Take five.

6         Q     Correct? Just so the answer was clear,

7      your answer was take five to the prior question.

8         You have personal knowledge that William E.

9      Dugan obtained personal information and used

10     personal information from motor vehicle records for

11     a use other than in connection with matters of motor

12     vehicle or driver safety and theft, is that correct?

13        A     Take five.

14        Q     And you have personal knowledge that

15     William E. Dugan obtained, used or disclosed

16     personal information from motor vehicle records for

17     use other than vehicle emissions or motor vehicle

18     product alterations, recalls or advisories, is that

19     correct?

20        A     Take five.

21        Q     You have personal knowledge that Local 150

22     obtained personal information, used personal

23     information or disclosed personal information from

24     motor vehicle records for a use other than in

1   connection with matters of motor vehicle or driver

2   safety, is that correct?

3        A    Take five.

4        Q    And you have personal knowledge that Local

5   150 obtained, used or disclosed personal information

6   from motor vehicle records for use other than

7   vehicle emissions, motor vehicle product

8   alterations, recalls or advisories, performance

9   monitoring of motor vehicles, motor vehicle parts

10  and dealers, correct?

11       A    Take five.

12       Q    And you have personal knowledge that Local

13  150 obtained, used or disclosed personal information

14  from motor vehicles for use other than motor vehicle

15  market research activities, correct?

16       A    Take five.

17       Q    You have personal knowledge that Local 150

18  obtained personal information, used personal

19  information or disclosed personal information from

20  motor vehicle records for use other than survey

21  research, is that correct?

22       A    Take five.

23       Q    You have personal knowledge that Local 150

24  obtained, used or disclosed motor vehicle -- strike

1      that.  You have personal knowledge that Local 150

2      obtained, used or disclosed personal information

3      from motor vehicle records for a use other than the

4      removal of non-owner of records from the original

5      owner of records of motor vehicle manufacturers,

6      correct?

7          A     Take five.

8          Q     You have personal knowledge that Local

9      150 -- strike that.  I just need a short break.

10                (A recess was taken from 2:05 to 2:14 p.m.,

11            after which the following proceedings were had:)

12         Q     Mr. Ward, I previously asked about a

13     lawsuit involving the U.S. attorney's office and

14     Department of Labor on election.  You've been a

15     party to other lawsuits for Local 150, correct?

16         A     Take five.

17         Q     And you've settled those lawsuits with

18     Local 150, is that correct?

19         A     Take five.

20         Q     And you have settlement agreements with

21     Local 150 with respect to those lawsuits, is that

22     correct?

23         A     Take five.

24

1          (Document marked as Deposition Exhibit

2          No. 5 for identification.)

3          MR. HANLON:  At this time I'm handing to

4      the witness a subpoena for records as well as

5      copies of that subpoena to opposing counsel.

6      Q    If I could direct your attention to Exhibit

7  No. 5, an image of two CD's.  Have you seen the two

8  CD's shown in Exhibit No. 5 prior to today?

9      A    Pardon me?

10     Q    Have you seen the two CD's depicted in

11 Exhibit 5 prior to today?

12     A    Take five.

13     Q    Those are the two CD's that you handed to

14 Thomas Merryman, is that correct?

15     A    Take five.

16     Q    And those are the two CD holders that

17 contained the CD's when you handed them to Thomas

18 Merryman, is that correct?

19     A    Take five.

20          (Discussion off the record.)

21     Q    Mr. Ward, do you want to confer with your

22 counsel?

23     A    No, go ahead.

24     Q    Is there anything that would interfere with

1    your testimony today?

2         A    Take five.

3         Q    You're not on any drugs or alcohol today

4    that would interfere with your testimony today?  I

5    have to ask the question.  I know it's one of those

6    things.

7              THE WITNESS:  Can I answer that?

8              MR. DECKER:  Take five.

9         A    Take five.

10   BY MR. HANLON:

11        Q    Has anyone at Local 150 offered you

12   anything of value in exchange for your taking five

13   today?

14        A    Take five.

15        Q    Can you articulate the basis for -- I'm

16   sorry, strike that.  Can you tell me why you're

17   taking five today?

18        A    Take five.

19        Q    Tell me what basis you have for taking

20   five.

21        A    Take five.

22        Q    Are you aware of any criminal investigation

23   of you?

24        A    Take five.

1      Q      I'd like you to confine your answers to the

2      period of between January 21, 2004 and January 7th

3      of 2005.  Do you understand that time frame?

4      A      I do.

5      Q      Okay.  During that time frame did Local 150

6      obtain, use or disclose any personal information

7      from motor vehicle records?

8      A      Take five.

9      Q      Is there any fact that would lead you to

10     believe that you could be prosecuted for a crime

11     testifying as to motor vehicle records more than

12     five years ago?

13     A      Take five.

14     Q      Isn't it true that William Sweeney

15     obtained, used and disclosed personal information

16     from motor vehicle records?

17     A      Take five.

18     Q      Isn't it true that you have personal

19     knowledge that James Sweeney obtained, used or

20     disclosed personal information from motor vehicle

21     records?

22     A      Take five.

23     Q      You have personal knowledge that James

24     Sweeney obtained, used or disclosed personal

50

1 information for a use other than to verify the

2 accuracy of personal information submitted by an

3 individual to Local 150 or its agents, employees or

4 contractors, is that correct?

5   A Take five.

6   Q Do you have personal knowledge that James

7 Sweeney obtained, used or disclosed personal

8 information from motor vehicle records for a use

9 other than acting on behalf of a federal, state or

10 local agency in carrying out its functions?

11   A Take five.

12   Q Do you have personal knowledge that James

13 Sweeney obtained, used or disclosed personal

14 information from motor vehicles for a use other than

15 matters of motor vehicle driver safety and theft, is

16 that right?

17   A Take five.

18   Q And you have personal knowledge that James

19 Sweeney obtained personal information, used personal

20 information or disclosed personal information from

21 motor vehicle records for a purpose other than motor

22 vehicle emissions, motor vehicle alterations,

23 recalls or advisories, correct?

24   A Take five.

1      Q   You have personal knowledge that James

2   Sweeney obtained, used or disclosed personal

3   information from motor vehicle records for a reason

4   other than performance of monitoring of motor

5   vehicles, correct?

6      A   Take five.

7      Q   You have personal knowledge that James

8   Sweeney obtained personal information from motor

9   vehicle records for use other than in connection

10   with motor vehicle parts and dealers, is that

11   correct?

12      A   Take five.

13      Q   You have personal knowledge that James

14   Sweeney obtained, used and disclosed personal

15   information from motor vehicle records for use other

16   than motor vehicle market research activities,

17   including survey research, correct?

18      A   Take five.

19      Q   You have personal knowledge that James

20   Sweeney obtained, used or disclosed personal

21   information from motor vehicle records for use other

22   than the removal of non-owner records from the

23   original owner records of motor vehicle

24   manufacturers, correct?

1       A    Take five.

2       Q    And you have personal knowledge that James

3   Sweeney obtained, used or disclosed personal

4   information from motor vehicle records other than to

5   verify the accuracy of personal information

6   submitted by an individual to Local 150 or James

7   Sweeney or Local 150's employees or contractors,

8   correct?

9       A    Take five.

10      Q    You have personal knowledge that James

11  Sweeney obtained, used or disclosed personal

12  information from motor vehicle records for use other

13  than to correct information of the Illinois

14  secretary of state's office, is that correct?

15      A    Take five.

16      Q    You have personal knowledge that Local 150

17  and James Sweeney had obtained, used or disclosed

18  personal information for a purpose other than

19  preventing fraud, correct?

20      A    Take five.

21      Q    You have personal knowledge that James

22  Sweeney obtained, used or disclosed personal

23  information from motor vehicle records for a use

24  other than pursuing legal remedies against or

1    recovering on a debt or security interest against

2    the individual related to that motor vehicle record,

3    correct?

4         A    Take five.

5         Q    You have personal knowlege that James

6    Sweeney obtained, used or disclosed personal

7    information for a use other than in connection with

8    any civil, criminal or administrative or arbitral

9    proceeding, correct?

10        A    Take five.

11        Q    You have personal information that James

12   Sweeney obtained, used or disclosed personal

13   information from motor vehicle records other than

14   for use in research activities, correct?

15        A    Take five.

16        Q    You have personal knowledge that James

17   Sweeney obtained, used or disclosed personal

18   information from motor vehicle records for use other

19   than in producing statistical reports, correct?

20        A    Take five.

21        Q    You have personal knowledge that James

22   Sweeney obtained, used or disclosed personal

23   information from motor vehicle records so that

24   individuals could be contacted, correct?

1          A      Take five.

2          Q      You have personal knowledge that James

3     Sweeney obtained, used or disclosed personal

4     information from motor vehicle records for use other

5     than by use by an insurance company or an insurance

6     support organization, correct?

7          A      Take five.

8          Q      You have personal knowledge that James

9     Sweeney obtained, used or disclosed personal

10    information from motor vehicle records for use other

11    than self -- strike that.

12               You have personal knowledge that James

13    Sweeney obtained, used or disclosed personal

14    information for use other than for providing notice

15    to owners of towed or impounded vehicles, correct?

16         A      Take five.

17         Q      You have knowledge that -- strike that.

18    You have personal knowledge that James Sweeney

19    obtained, used or disclosed personal information

20    from motor vehicle records for use other than by a

21    private, licensed private investigative agency, a

22    licensed security service or any other purpose

23    permitted in the DPPA, correct?

24         A      Take five.

1        Q    You have personal knowledge that James

2    Sweeney obtained, used or disclosed personal

3    information from a motor vehicle record for a use

4    other than use by an employer or its agents to

5    obtain or verify information relating to the holder

6    of a commercial driver's license, correct?

7        A    Take five.

8        Q    You have personal knowledge that James

9    Sweeney obtained, used or disclosed personal

10    information from motor vehicle records for use other

11    than in connection with the operation of a private

12    toll or transportation facility, correct?

13        A    Take five.

14        Q    You have personal knowledge that James

15    Sweeney obtained, used or disclosed personal

16    information from motor vehicle records for a use

17    other than for any use in response to the request of

18    individual motor vehicle records if the motor

19    vehicle department had provided a clear and

20    conspicuous -- strike that whole thing.  I have to

21    break it up.

22        You have knowledge that James Sweeney has

23    personal knowledge -- strike that.  You have

24    personal knowledge that James Sweeney obtained, used

1    or disclosed personal information from motor vehicle

2    records for a use other than the renewal of operator

3    permits, correct?

4         A    Take five.

5         Q    You have personal knowledge that James

6    Sweeney obtained, used or disclosed personal

7    information from motor vehicle records for use other

8    than for title registrations, owner identification

9    cards, correct?

10        A    Take five.

11        Q    You have personal knowledge that James

12   Sweeney obtained, used or disclosed personal

13   information from motor vehicle records for use other

14   than to provide notice -- strike that.

15             You have personal knowledge that James

16   Sweeney obtained, used or disclosed personal

17   information from motor vehicle records for a purpose

18   other than bulk distribution services, I'm sorry,

19   bulk distribution surveys, correct?

20        A    Take five.

21        Q    You have personal knowledge that James

22   Sweeney obtained, used or disclosed personal

23   information from motor vehicle records for a use

24   other than marketing or solicitations, correct?

1           A      Take five.

2           Q      You have personal knowledge that James

3    Sweeney has not received any written consent forms

4    from any owners -- strike that whole thing.  You

5    have personal knowledge that James Sweeney obtained,

6    used or disclosed personal information from motor

7    vehicle records for a purpose other than for use in

8    bulk distribution surveys, marketing and

9    solicitations, correct?

10          A      Take five.

11          Q      You have personal knowledge that James

12   Sweeney obtained personal information, obtained,

13   used or disclosed -- strike that.  You have personal

14   knowledge that James Sweeney obtained, used or

15   disclosed personal information from motor vehicle

16   records for a purpose other than for a use with the

17   consent of the individual to whom the information

18   pertains, correct?

19          A      Take five.

20          Q      You have personal knowledge that James

21   Sweeney obtained, used or disclosed personal

22   information from motor vehicle records for a use

23   other than as specifically authorized under the laws

24   of the state of Illinois, correct?

1         A    Take five.

2         Q    Isn't it true that you were present when

3    former Governor Ryan came to the headquarters of

4    Local 150 and obtained money from William E. Dugan,

5    correct?

6         A    Take five.

7              MR. HANLON:   I just need another five

8         minute break, if that's okay with you.

9              (A recess was taken from 2:30 to 2:35 p.m.,

10        after which the following proceedings were had:)

11        Q    Mr. Ward, have you had any discussions with

12   the U.S. attorney's office with regard to any of

13   your testimony today?

14        A    Take five.

15        Q    Have you been granted immunity from anyone

16   at the U.S. attorney's office?

17        A    Take five.

18        Q    Is there anything beyond speculation of

19   prosecution with respect to your exercising of your

20   Fifth Amendment privilege today?

21        A    Take five.

22        Q    Are you aware of any pending investigation

23   by the U.S. attorney's office?

24        A    Take five.

1        Q    Are you aware of any pending investigation

2   by the FBI?

3        A    Take five.

4        Q    Are you aware of any pending investigation

5   by the U.S. Department of Labor?

6        A    Take five.

7        MR. DECKER:  State's attorney?

8        MR. HANLON:  Might as well get to them.

9        Q    Are you aware of any investigation with

10  respect to or by the state's attorney's office?

11        A    Take five.

12        Q    Are you aware of any investigation with

13  respect to any law enforcement agency?

14        A    Take five.

15        Q    Are you aware of any investigation by any

16  law enforcement agency related to you?

17        A    Take five.

18        Q    Related to any investigation, any

19  pending -- strike that.  Are you aware of any

20  pending investigation with regard to your testimony

21  today?

22        A    Take five.

23        Q    Are you aware of any pending investigation

24  by any law enforcement agency as to any of the

1    matters you were asked about in your testimony

2    today?

3         A    Take five.

4              MR. HANLON:  Mr. Diemer, do you have any

5    questions?

6              MR. DIEMER:  Have you concluded your

7    deposition?

8              MR. HANLON:  I have.

9              MR. DIEMER:  No questions.

10             MS. SNYDER:  I have a few.

11             MR. HANLON:  I was going to ask Mr. Decker

12   if he wanted to raise any --

13             MS. SNYDER:  Ask some questions?  I kind of

14   doubt that.

15             MR. HANLON:  You may, Jean.

16                        CROSS EXAMINATION

17   BY MS. SNYDER:

18        Q    Mr. Ward, my name is Jean Snyder, as I've

19   told you, and I represent Thomas Merryman in this

20   lawsuit.  You understand that?

21        A    Yes.

22        Q    Mr. Merryman is somebody whose name rings a

23   bell as somebody you know, isn't that correct?

24        A    Take five.

1       Q    And isn't it a fact that you first met him

2   in the fall of 2006?

3       A    Take five.

4       Q    You met him because you called him up and

5   asked him to meet, isn't that right?

6       A    Take five.

7       Q    Over the course of the next two years

8   following the fall of 2006, your first meeting with

9   Mr. Merryman, you met with him several times, is

10  that right?

11      A    Take five.

12      Q    Did meetings occur in restaurants with

13  Mr. Merryman?

14      A    Take five.

15      Q    At the meetings, if they occurred, did you

16  bring people with you from time to time?

17      A    Take five.

18      Q    Did Mr. Merryman himself bring anybody with

19  him?

20      A    Take five.

21      Q    Did you sometimes bring union officials

22  with you to the meetings?

23      A    Take five.

24      Q    And when I say union, I mean the Local 150.

1      You understand that?

2      A    I do.

3      Q    At a meeting in the fall of 2006, your

4  first meeting with Mr. Merryman, did you talk about

5  a pending lawsuit that Merryman Excavation had with

6  Chuck August involving charity fraud?

7      A    Take five.

8      Q    Is that a lawsuit that rings a bell to you

9  that you're familiar with, a lawsuit involving

10  Merryman Excavation and Chuck August of charity

11  fraud?

12     A    Take five.

13     Q    Did you ask Mr. Merryman at that meeting if

14  he needed additional information for dealing with

15  that lawsuit?

16     A    Take five.

17     Q    Did you offer him some information at that

18  meeting?

19     A    Take five.

20     Q    And isn't it the case that you paid for

21  lunch at that meeting?

22     A    Pardon me?

23     Q    Isn't it the case that you paid for lunch

24  at that meeting?

1       A    Take five.

2       Q    Are you familiar with or have personal

3   knowledge of an arrangement of the unions whereby

4   cars would be bought and sold at discounted rates

5   with inaccurate mileage on them to union members?

6       A    Take five.

7       Q    Is that a subject that you have ever heard

8   about from union members even if you don't have

9   personal knowledge of it?

10      A    Take five.

11      Q    Is that a subject that you discussed with

12  Mr. Merryman at any time?

13      A    Take five.

14      Q    Are you familiar with an arrangement

15  whereby equipment would be shipped to Bill Dugan's

16  ranch that he would use personally and it would be

17  at Mr. Dugan's but would be listed in union audits

18  as union equipment?  Is that something you know

19  something about?

20      A    Take five.

21      Q    If you don't know anything about it

22  personally, is it something you've ever heard union

23  members talk about?

24      A    Take five.

1      Q      Is it something that you discussed with

2   Mr. Merryman?

3      A      Take five.

4      Q      Are you familiar personally with an

5   arrangement with the Christmas club of the union and

6   a scheme whereby, to generate cash for the local,

7   everybody got a raise and then they turned over

8   money every week from their check to the Christmas

9   club so there would be cash?

10     A      Take five.

11     Q      Is that something you've heard other people

12   talk about?

13     A      Take five.

14     Q      And I'm sorry, I meant Christmas fund, not

15   Christmas club.  With that clarification, does that

16   change your answers before?

17     A      I take five.

18     Q      Is that a topic that you talked to

19   Mr. Merryman about any of the times you met with him

20   between September 2006 and late 2008?

21     A      Take five.

22     Q      And the arrangement involving political

23   contributions for Governor Ryan that Mr. Hanlon has

24   asked you about, is that something that you

1      discussed with Mr. Merryman?

2          A     Take five.

3          Q     Did you ever talk to Mr. Merryman about the

4      painters union donating paint to Bill Dugan so that

5      he -- for his personal use so that things would be

6      painted on his property?

7          A     Take five.

8          Q     Are you personally familiar with raffles

9      that the union conducted that weren't licensed by

10     the state?

11         A     Take five.

12         Q     Did you ever hear any union members talk

13     about that even if you don't have personal

14     knowledge?

15         A     Take five.

16         Q     Did you talk to Mr. Merryman about that

17     subject at some of the times you met with him?

18         A     Take five.

19         Q     Now, did you give Mr. Merryman information

20     and documents about some of the things that we've

21     talked about, the Christmas fund, political

22     contributions and so on?

23         A     Take five.

24         Q     And isn't it the case that -- Mr. Merryman

1      and you were not personal friends, isn't that

2      accurate?

3          A     Take five.

4          Q     You didn't have any social relationship,

5      isn't that right?

6          A     What was the question?

7          Q     You didn't have any social relationship?

8          A     Take five.

9          Q     And Mr. Hanlon has asked you quite a few

10     questions about two CD's that -- he's asked you

11     about these CD's that he's asserted you gave to

12     Mr. Ward.  Do you recall that?  I'm sorry.  To

13     Mr. Merryman.  Do you recall that topic?

14         A     Take five.

15         Q     Well, then let me ask you, isn't it the

16     case that you gave two CD's to Mr. Merryman?

17         A     Take five.

18         Q     And that those CD's are pictured in

19     Exhibit 5?

20         A     Take five.

21         Q     And isn't it the case that this took place

22     at one of these meetings that you and Mr. Merryman

23     had, in particular this one was in October 2006?

24         A     Take five.

```
 1        Q    When the CD's exchanged hands, isn't it a
 2   fact that you gave them to Mr. Merryman?
 3        A    Take five.
 4        Q    You didn't ask for them back ever, isn't
 5   that right?
 6        A    Take five.
 7        Q    And nobody else from the union so far as
 8   you know asked for them back, isn't that right?
 9        A    Take five.
10        MS. SNYDER:  I don't have any other questions.
11        MR. DECKER:  Well, I have tons of questions, but
12   I'm too tired to ask them, so I guess we're all
13   done.
14        MR. HANLON:  We just have the issue of
15   signature.  I assume that you're not going to waive
16   signature, if you'll explain that to your client.
17        MR. DECKER:  You have the right to go through
18   all this stuff.
19        THE WITNESS:  Whatever you --
20        MR. DECKER:  We'll waive.
21                   (WITNESS EXCUSED.)
22
23
24
```

```
 1      STATE OF ILLINOIS)
                        ) SS.
 2      COUNTY OF C O O K)

 3          I, LYDIA B. PINKAWA, CSR and Notary Public

 4      in and for the County of Cook and State of Illinois,

 5      do hereby certify that on January 8, 2010, at 1:10

 6      p.m., at 34th Floor, 70 West Madison Street,

 7      Chicago, Illinois, the deponent JOSEPH WARD

 8      personally appeared before me.

 9          I further certify that the said Joseph Ward

10      was by me first duly sworn to testify and that the

11      foregoing is a true record of the testimony given by

12      the witness.

13          I further certify that the deposition

14      terminated at 2:47 p.m.

15          I further certify that I am not counsel for

16      nor related to any of the parties herein, nor am I

17      interested in the outcome hereof.

18          In witness whereof, I have hereunto set my

19      hand and seal of office this 18th day of January,

20      2010.
```

OFFICIAL SEAL
LYDIA B. PINKAWA
Notary Public - State of Illinois
My Commission Expires Aug 27, 2013

```
                                Lydia B. Pinkawa

22                                Notary Public

23

24      CSR No. 084-002342 - Expiration Date: May 31, 2011
```

Joseph Ward    January 8, 2010

**A**

accept 8:15
accidents 22:20
accuracy 36:8 50:2 52:5
accurate 66:2
accurately 5:4
acronym 42:8
acting 43:19 44:2 50:9
activities 38:17 45:15 51:16 53:14
additional 62:14
address 8:2 22:17
addresses 26:14
administrative 37:10 53:8
advisories 44:18 45:8 50:23
affidavit 23:8,18,22 24:1,5
AFL-CIO 1:9 4:7 6:12
agencies 43:15
agency 37:11 39:13 43:15,20 44:2,3 50:10 54:21 59:13 59:16,24
agent 10:13 12:24 13:3,6 20:21 29:4
agents 12:15,18,22 16:14 20:10 25:9 25:17 26:11,17,24 36:11 50:3 55:4
ago 22:24 49:12
agreed 19:21
agreements 46:20
ahead 47:23
al 4:6
alcohol 48:3
alert 7:6
alleged 31:17
alterations 44:18 45:8 50:22
Amendment 8:11,14 58:20
annual 24:21
answer 5:2,9,13,14 5:15 6:3 8:9 23:2 44:6,7 48:7
answering 5:8,23
answers 5:4 49:1

64:16
anticipate 32:19,22
anticipation 38:2
anybody 32:1 61:18
apologize 37:22
appearance 12:21
appeared 2:5,10,19 20:10 68:8
appearing 24:4
appears 28:2
approximately 8:3 8:24
arbitral 37:10 53:8
arrangement 63:3 63:14 64:5,22
articles 32:9
articulate 48:15
ascertain 32:9
asked 22:24 46:12 60:1 61:5 64:24 66:9,10 67:8
asserted 66:11
assigned 12:12 31:2 31:4
assistant 10:24 28:14 28:17
associate 2:16 30:15 30:20
associated 5:1 7:10 25:10
ASSOCIATES 2:2 2:11
assume 5:16 67:15
attention 27:11 47:6
attorney 6:23,24 7:3 7:4 15:18 59:7
attorneys 4:2 12:12 12:14,17,21 20:6
attorney's 46:13 58:12,16,23 59:10
audits 63:17
August 17:23 18:1,3 18:7,10,12,16 19:12,19,21 62:6 62:10
authorized 57:23
Avenue 2:8
awaiting 31:11
aware 48:22 58:22 59:1,4,9,12,15,19 59:23

**B**

B 1:17 2:3 68:3
back 67:4,8
backs 15:6
balance 8:12 22:12
bank 11:22
Barker 1:3,4 2:6,6 4:6 6:11 19:3,7,10 19:14 20:3,15 30:24 31:4,8
Barker's 19:19,22 20:1,8,11
basis 24:21 48:15,19
behalf 1:4,5 2:5,10 2:19 15:18 43:19 44:2 50:9
believe 49:10
believed 30:8
bell 60:23 62:8
beyond 58:18
biannual 24:21
Bill 13:9,11,14,18,23 13:24 14:7,11,13 14:17,20,23 15:2,7 16:8,12 32:14 34:8 63:15 65:4
billboards 15:3
body 37:12
bought 63:4
break 6:1,3,5,6 32:1 41:2 46:9 55:21 58:8
bring 61:16,18,21
brought 6:14 15:18
Bryan 2:15 6:24 13:3
buffalo 16:15
bulk 40:22 41:8 56:18,19 57:8
bumper 15:5
business 10:13 12:14 12:18,22,24 13:3,6 15:11 20:10,21 25:8,17 26:11,17 26:24 29:4 36:10

**C**

C 68:2
called 1:13 61:4
cancer 16:18
candidates 15:14,15
captioned 4:6 6:11

cards 56:9
care 33:18
carrying 43:20 44:3 50:10
cars 63:4
case 4:2,4 6:10 7:14 12:22 15:18,23 16:2 62:20,23 65:24 66:16,21
cases 12:11
cash 64:6,9
CD 34:3 47:16
CD's 21:7,10 33:5,7 34:5 47:7,8,10,13 47:17 66:10,11,16 66:18 67:1
certify 68:5,9,13,15
chance 23:22
change 64:16
charity 62:6,10
Charles 17:23 18:1,3 18:6,10,12,16 19:12,21
check 9:5,9,12,18 10:1,4 11:16 64:8
checks 9:16 11:13 12:1
Chicago 1:20 2:8,13 29:14,23 30:1 68:7
child 19:19,22 20:1,8
Christmas 64:5,8,14 64:15 65:21
Chuck 62:6,10
circumstances 13:18 16:11 17:14 18:15
civil 1:15 4:11 37:9 53:8
clarification 64:15
clear 6:15,16 41:3 42:23 44:6 55:19
clearest 27:16
client 67:16
club 64:5,9,15
code 22:18
commencing 24:14
commercial 39:21 55:6
committed 31:18
communicated 22:4
community 14:1 17:9,12,21
compact 24:19

company 54:5
compel 7:16
complaining 15:21
complaint 4:8 6:13
complex 41:23
computer 22:8 24:24 25:4 27:5
concluded 60:6
conducted 32:8 65:9
confer 47:21
confine 49:1
connection 15:22 37:9 40:4,9 44:11 45:1 51:9 53:7 55:11
consent 41:11 57:3 57:17
conspicuous 41:3 55:20
Constitution 8:11
construction 36:16
contact 25:9 26:4 38:22
contacted 53:24
contained 47:17
containing 22:9,9 24:19,24 25:4 27:6
continues 42:17
Contracting 25:23 41:17,20,23 42:5 42:10,19
contractors 36:11 50:4 52:7
contributions 64:23 65:22
control 11:19
conversation 19:9
convicted 31:14
Cook 1:18 68:4
copies 27:12 47:5
correct 7:14,15,17 7:20 8:22 9:2,6,9 9:12,16,20,23 10:2 10:6,10,14,17,19 10:22 11:1,4,7,10 11:14,17,20,23 12:2,6,18,22 13:1 13:4,7,9 14:2,9 15:3,8,12,15,19,24 16:3,6,9 17:2 18:1 18:4,10,20 19:3,7 19:14,22 20:15,18

Joseph Ward    January 8, 2010

21:1,5,8,12,15,20
22:2,6,10 23:5,11
24:2,6,10,15,21
25:1,6,11,18,24
26:7,14,20 27:1,7
28:11,15,18,23
29:2,5,8,11,14,20
29:23 30:2,6,9,12
30:16,20,24 31:5,8
31:11,15,18 33:5
33:10,14 34:11,15
34:19,23 35:3,7,11
35:15,19,22 36:1,4
36:11,17,22 37:12
38:3,8,14,18,22
39:2,5,10,13,16,21
39:24 40:5,11,18
41:13,24 42:5,10
42:14 43:1,10,16
43:21 44:6,12,19
45:2,10,15,21 46:6
46:15,18,22 47:14
47:18 50:4,23 51:5
51:11,17,24 52:8
52:13,14,19 53:3,9
53:14,19,24 54:6
54:15,23 55:6,12
56:3,9,19,24 57:9
57:18,24 58:5
60:23
Cosa 30:5
counsel 2:16 5:10
47:5,22 68:15
country 14:17,20,24
15:2,7
Countryside 2:17
County 1:18 68:2,4
course 6:9,17 7:5
26:9 42:7 61:7
court 1:1 2:12 4:3,12
5:3 15:17 37:11
38:13 43:15
Courts 1:16
cover 4:23
CRF 25:20,24
crime 30:6,15,20
49:10
criminal 37:10 48:22
53:8
CROSS 60:16
CSR 1:17 68:3,24
currently 8:4

## D

CV 4:4 6:10

D 2:11,12 3:1 7:3
Dale 12:9,24
Date 68:24
day 68:19
dealers 45:10 51:10
dealing 33:24 62:14
dealings 21:4
debt 37:3 53:1
decides 12:11
Decker 2:11,12 7:3
8:17,18 27:12,22
48:8 59:7 60:11
67:11,17,20
decline 8:9
defendant 1:10 2:19
7:1
defense 22:2
define 22:14
definition 22:22 23:2
deliver 33:4
delivered 33:7
demand 34:2
departed 31:24
department 2:16
12:5,17 15:22
40:24 46:14 55:19
59:5
depicted 47:10
deponent 68:7
deposition 1:13 4:10
4:24 5:10,22 6:9
6:17,23 7:5,20
8:13 22:12 23:13
27:9 42:8 47:1
60:7 68:13
deprived 41:3
descriptions 14:5
dictated 14:8
died 31:11
Diemer 2:15 6:24
13:3 60:4,6,9
digit 22:18
direct 4:17 27:11
47:6
disability 22:19
disclose 39:18 49:6
disclosed 35:6,18
36:3 38:11 39:1,8
40:2,14,21 44:15

44:23 45:5,13,19
45:24 46:2 49:15
49:20,24 50:7,13
50:20 51:2,14,20
52:3,11,17,22 53:6
53:12,17,22 54:3,9
54:13,19 55:2,9,15
56:1,6,12,16,22
57:6,13,15,21
disclosure 34:18
discounted 63:4
discussed 19:7 20:13
63:11 64:1 65:1
discussion 19:13
20:7 47:20
discussions 19:2,5
20:17 58:11
dishonest 13:19
17:16 18:17
disks 21:14 22:8
24:19,24 25:4 27:5
distribution 40:22
41:8 56:18,19 57:8
District 1:1,1,16 4:3
4:4,12,13
DIVISION 1:2
Document 47:1
documents 23:13
27:9 65:20
doing 13:18 17:15
18:16
donating 65:4
doubt 5:24 60:14
DPPA 39:16 54:23
Drive 24:9
driver 44:12 45:1
50:15
driver's 22:17,21
39:21 55:6
driving 22:20
drugs 48:3
Dugan 13:9,18,23,24
14:8,11,14,17,20
14:23 15:2,7 16:8
16:17 27:1 28:18
32:14 34:8,14,18
43:9,13,24 44:9,15
58:4 65:4
Dugan's 13:11,14
16:12 63:15,17
duly 4:15 68:10
duty 33:18,21,24

## E

E 3:1 27:1 28:18
34:17 43:8,12,23
44:8,15 58:4
easier 5:6
efforts 18:22,23
elected 16:19
election 15:10,17
16:6 46:14
emissions 44:17 45:7
50:22
employed 8:4,6,8
10:21 20:21 24:12
employees 14:8 19:6
21:19 26:14,19
36:11 50:3 52:7
employer 55:4
employers 26:13
employment 24:17
25:13 26:9
enforcement 38:7
43:15 59:13,16,24
Engineers 1:9 4:7
6:12 7:2 8:21 9:2
24:13 26:5 28:15
33:14
ensure 41:1
entered 33:3
entire 8:16
entity 43:19
equipment 63:15,18
et 4:6
everybody 64:7
examination 1:14
4:17,23 60:16
examined 4:15
EXAMINED_BY
3:5
Excavation 62:5,10
excess 18:3
exchange 48:12
exchanged 67:1
EXCUSED 67:21
executed 9:19
execution 38:7
exercise 8:13
exercising 5:14
58:19
Exhibit 23:14,16,17
23:21 27:10,11,19
27:21 47:1,6,8,11
66:19

## E

EXHIBITS_MAR...
3:8
expense 9:6,19
expenses 11:20 12:2
Expiration 68:24
explain 67:16
e-mailed 27:15

## F

facilities 39:24 40:5
facility 40:11 55:12
fact 49:9 61:1 67:2
facts 5:1
fair 5:17,18 6:7,8
25:22 33:24 41:17
41:20,23 42:5,10
42:19
faith 33:21
fall 61:2,8 62:3
false 23:7
familiar 41:16,19
62:9 63:2,14 64:4
65:8
family 20:14 30:12
far 67:7
father 29:7 30:15,19
FBI 59:2
fear 30:23
fearful 31:8 32:20,23
federal 4:11 16:14
37:11 38:13 43:19
44:3 50:9
felony 31:14
FFC 42:8,12,14,19
43:1,18
fiduciary 33:18,21
Fifth 8:11,13 58:20
filed 7:16
finish 5:7,8
finished 37:18
first 4:15 6:18 14:13
19:9 32:3 43:3
61:1,8 62:4 68:10
five 8:3,15,23 9:3,7
9:13,17,21,24 10:3
10:7,11,15,18,20
10:23 11:2,5,8,11
11:15,18,21,24
12:3,7,10,13,16,19
12:23 13:2,5,8,10
13:13,16,20,22
14:3,6,10,12,15,18

Joseph Ward    January 8, 2010

14:21 15:1,4,9,13
15:16,20 16:1,4,7
16:10,13,16,20,22
17:1,3,7,10,13,17
17:19,22,24 18:2,5
18:8,11,14,18,21
19:1,4,8,11,15,17
19:20,23 20:2,5,9
20:12,16,19,22
21:2,6,9,13,16,21
21:23 22:3,7,11,18
23:4,6,9,12 24:3,7
24:11,16,22 25:2,7
25:12,19 26:1,8,15
26:21 27:2,8 28:5
28:6,9,12,16,19,21
28:24 29:3,6,9,12
29:15,18,21,24
30:3,7,10,13,17,21
31:1,6,9,12,16,19
31:21 32:5,11,13
32:16,18,21,24
33:6,11,15,19,22
34:1,4,7,12,16,20
34:24 35:4,8,12,16
35:20,23 36:2,5,12
36:18,23 37:6,13
37:17 38:4,9,15,19
38:23 39:3,6,11,14
39:17,22 40:1,6,12
40:19 41:5,14,21
42:1,6,15,20 43:2
43:5,7,11,17,22
44:5,7,13,20 45:3
45:11,16,22 46:7
46:16,19,23 47:12
47:15,19 48:2,8,9
48:12,14,17,18,20
48:21,24 49:8,12
49:13,17,22 50:5
50:11,17,24 51:6
51:12,18 52:1,9,15
52:20 53:4,10,15
53:20 54:1,7,16,24
55:7,13 56:4,10,20
57:1,10,19 58:1,6
58:7,14,17,21,24
59:3,6,11,14,17,22
60:3,24 61:3,6,11
61:14,17,20,23
62:7,12,16,19 63:1
63:6,10,13,20,24

64:3,10,13,17,21
65:2,7,11,15,18,23
66:3,8,14,17,20,24
67:3,6,9
**Floor** 1:19 68:6
**follow** 31:4
**following** 6:22 31:7
  32:20,23 46:11
  58:10 61:8
**follows** 4:16
**foregoing** 68:11
**form** 9:19,22
**former** 21:22,24
  29:4 58:3
**forms** 9:9,12,15 57:3
**forward** 25:16
**Foundation** 25:22
  41:17,19,22 42:5
  42:10,19
**four** 8:3
**frame** 7:6,9,10,11
  49:3,5
**Frank** 29:7,10,10,13
  29:16,19,19,22,22
  30:8,11 31:10,10
  31:13,17,20 32:3,9
  32:10,23
**fraud** 36:21 52:19
  62:6,11
**Frederick** 4:5
**friends** 26:19 66:1
**front** 27:19,21
**functions** 43:20 44:4
  50:10
**fund** 64:14 65:21
**further** 68:9,13,15
**furtherance** 22:1

**G**

**General** 2:16
**generally** 30:8
**generate** 64:6
**German** 29:11,13,17
  29:20,22 30:8,11
  31:11,14,17,20
  32:4,10
**getting** 37:21
**give** 65:19
**given** 68:11
**Glen** 24:10
**go** 47:23 67:17
**going** 4:23 41:2

42:22 60:11 67:15
**good** 33:21
**government** 43:14
  44:2
**government's** 16:2
**Governor** 21:22,24
  58:3 64:23
**granted** 58:15
**ground** 4:23
**grounds** 8:10
**Group** 23:13 27:9
**guess** 67:12

**H**

**hand** 68:19
**handed** 47:13,17
**handing** 47:3
**hands** 67:1
**handwriting** 23:10
**Hanlon** 2:2,3 3:6 4:1
  4:1,18 6:21,23
  8:19 23:15 27:14
  28:1 31:23 47:3
  48:10 58:7 59:8
  60:4,8,11,15 64:23
  66:9 67:14
**headquarters** 58:3
**hear** 9:10 65:12
**heard** 63:7,22 64:11
**hearing** 37:10
**held** 10:12
**hereof** 68:17
**hereunto** 68:18
**hired** 12:9 30:14,19
  30:23 32:12 43:6
**hiring** 32:14
**hit** 29:14 30:9
**holder** 39:20 55:5
**holders** 47:16
**Homer** 24:9
**homes** 26:13
**honest** 17:6 18:7,10
  23:5
**honesty** 13:12,15
**Honorable** 4:5

**I**

**identification** 22:17
  23:14 27:10 47:2
  56:8
**identifies** 22:15
**identify** 6:18 26:18

**identifying** 25:10
**Illinois** 1:1,18,20 2:4
  2:8,13,17 4:4,13
  7:24 10:9 21:8,11
  21:12,19 22:5
  24:10,20 25:22
  27:4 33:9 34:10
  41:22 42:4,9,19
  52:13 57:24 68:1,4
  68:7
**image** 27:17 47:7
**immunity** 58:15
**implemented** 40:24
**important** 5:2,5
**impounded** 39:10
  54:15
**inaccurate** 63:5
**include** 22:20
**including** 22:15
  43:15 51:17
**Indiana** 25:22 41:22
  42:4,9
**indicating** 23:20
**indicted** 30:11
**individual** 22:15
  36:9,10 37:4 40:16
  50:3 52:6 53:2
  55:18 57:17
**individuals** 38:22
  41:2 53:24
**individual's** 22:16
**Industries** 18:20,24
**information** 20:24
  22:10,13,14,15,19
  22:20 23:1 25:5,10
  25:16,17 26:6,12
  26:17,23 27:6
  34:14,19,21,22
  35:2,6,10,14,18,21
  35:24 36:3,7,9,14
  36:16,20 37:1,8,15
  37:24 38:6,11,21
  39:1,20 40:3,9,14
  40:21 41:7,13 42:3
  42:13,18,24 43:9
  43:13,24 44:9,10
  44:16,22,23,23
  45:5,13,18,19,19
  46:2 49:6,15,20
  50:1,2,8,14,19,20
  50:20 51:3,8,15,21
  52:4,5,12,13,18,23

53:7,11,13,18,23
54:4,10,14,19 55:3
55:5,10,16 56:1,17
56:13,17,23 57:6
57:12,15,17,22
62:14,17 65:19
**instill** 30:23
**instructed** 19:18
  26:23 34:18
**insurance** 39:2 54:5
  54:5
**Inter** 8:9
**interest** 37:4 53:1
**interested** 23:21
  27:18 68:17
**interfere** 47:24 48:4
**internal** 12:5
**International** 1:8 4:7
  6:12 7:1 8:21 9:1
  24:13 26:4 28:15
  33:13
**Internet** 32:8
**investigation** 38:2
  48:22 58:22 59:1,4
  59:9,12,15,18,20
  59:23
**investigative** 39:13
  54:21
**involved** 15:21 32:14
  34:9 38:17
**involving** 19:2,6
  20:7 46:13 62:6,9
  64:22
**Iowa** 25:22 41:22
  42:4,9
**issuance** 40:17
**issue** 67:14
**issued** 10:5 11:14
  12:1

**J**

**James** 16:21 17:2,4,5
  17:8,11,15,20
  19:12 20:20 22:4
  28:10,13,20,22
  29:1,4,7 30:14,19
  30:22 31:2,3 32:12
  32:14,17,20 34:21
  35:1,5 49:19,23
  50:6,12,18 51:1,7
  51:13,19 52:2,6,10
  52:17,21 53:5,11

Joseph Ward     January 8, 2010

53:16,21 54:2,8,12
54:18 55:1,8,14,22
55:24 56:5,11,15
56:21 57:2,5,11,14
57:20
**January** 1:19 7:8
42:16 49:2,2 68:5
68:19
**Jean** 2:7,7 7:2 31:24
60:15,18
**Jim** 10:19,21,24 11:3
11:6,9,12,13,16
28:22
**Jimmy** 29:2
**job** 14:4 43:3
**Joliet** 2:17
**Joseph** 1:13 3:4 4:9
4:14,21 6:14 7:4,4
68:7,9
**Judge** 4:5 7:19
**judgments** 38:8

_____
**K**

**K** 68:2
**Kapala** 4:5
**Kenwood** 2:8
**kidnap** 19:19,21,24
20:4,7
**kind** 41:1 60:13
**know** 5:20,24 6:1
10:19 11:6,16 13:9
13:23,24 14:4,22
16:17,21 17:2,8,20
17:23 18:1,3,19,23
20:10,20 21:22
22:4 25:20 28:20
29:16 32:17 33:1
37:21 48:5 60:23
63:18,21 67:8
**knowing** 30:14,19
**knowledge** 9:4,8,11
10:8 12:20 15:5
16:17 20:23 21:3
21:17 24:8,23 25:3
25:8,15,21 26:3,11
26:16,22 27:3
30:18,22 31:3,13
32:7 34:8,13,17
35:1,5,9,13,17
36:6,13,19,24 37:7
37:14,23 38:5,10
38:16,20,24 39:4,7

39:19 40:8,13,20
41:6,10,15 42:2,17
42:23 43:8,12,18
43:23 44:8,14,21
45:4,12,17,23 46:1
46:8 49:19,23 50:6
50:12,18 51:1,7,13
51:19 52:2,10,16
52:21 53:16,21
54:2,8,12,17,18
55:1,8,14,22,23,24
56:5,11,15,21 57:2
57:5,11,14,20 63:3
63:9 65:14
**knowlege** 53:5
**known** 14:11 16:23
28:22 29:10,19
30:15,19 31:10

_____
**L**

**Labor** 15:19,22
46:14 59:5
**laborious** 37:21
**Labor's** 15:23
**late** 64:20
**law** 2:2,7 12:5,17
43:15 59:13,16,24
**laws** 57:23
**lawsuit** 5:1 6:10
46:13 60:20 62:5,8
62:9,15
**lawsuits** 46:15,17,21
**Leach** 24:9
**lead** 49:9
**learn** 32:3,6
**learning** 19:24
**left** 31:22
**legal** 2:16 37:2 52:24
**legitimate** 12:2
**license** 25:11 36:16
39:21 55:6
**licensed** 39:12,15
54:21,22 65:9
**likewise** 6:1
**limited** 7:11
**Linda** 23:5,7,10,18
23:22 24:1,4,5,8
24:12,17,18 25:9
25:15 26:3,22
**listed** 63:17
**litigation** 38:2
**little** 42:21

**lived** 8:1
**local** 1:8 2:16 4:6,8
4:11 6:11,13 7:1
8:20 9:1,8,11,15
9:15,20 10:1,5,8
10:13,21 11:14,22
12:1,4,8,14,18,21
12:24 13:3,6 14:4
14:9 15:11,23 16:9
18:23 19:6 20:6,13
20:23 21:3,7,12,17
22:1,6,8,24 24:12
24:17,23 25:3,13
25:17 26:2,4,10,11
26:16 27:3 28:14
29:5 30:14,18
32:12 33:1,8,13,18
33:20,23 34:5,9
35:9,13,17 36:6,13
36:19,24 37:7,11
37:14,23 38:5,10
38:13,16,20,24
39:4,7,12,15,18,23
40:2,7,8,13,20
41:6,10,24 42:2,12
42:17,24 43:4,20
44:3,21 45:4,12,17
45:23 46:1,8,15,18
46:21 48:11 49:5
50:3,10 52:6,7,16
58:4 61:24 64:6
**locate** 26:13 32:9
**long** 8:1 14:11 16:23
41:1
**look** 23:17
**lunch** 62:21,23
**Lydia** 1:17 68:3

_____
**M**

**Maclean** 2:7 7:2
**Madison** 1:20 68:6
**Mahoney** 7:19
**man** 29:14 30:9
**manager** 15:11
**manner** 41:4
**manufacturers** 46:5
51:24
**Mark** 13:6
**marked** 23:13 27:9
47:1
**market** 45:15 51:16
**marketing** 40:23

41:9 56:24 57:8
**Maryland** 16:15
**matters** 44:11 45:1
50:15 60:1
**mean** 6:10 22:13
30:2,5 42:9 61:24
**meaning** 14:19
**meant** 64:14
**medical** 22:19
**meet** 61:5
**meeting** 61:8 62:3,4
62:13,18,21,24
**meetings** 61:12,15
61:22 66:22
**MELISA** 1:4
**member** 20:14 29:23
**members** 33:18,21
33:24 63:5,8,23
65:12
**Merryman** 1:4 2:10
4:9 6:15 7:3 21:15
33:4,8 34:3,6
47:14,18 60:19,22
61:9,13,18 62:4,5
62:10,13 63:12
64:2,19 65:1,3,16
65:19,24 66:13,16
66:22 67:2
**met** 14:13 31:20 61:1
61:4,9 64:19 65:17
**methods** 40:24
**microfiche** 24:19
27:5
**mileage** 63:5
**Miller** 10:19,21,24
11:12,13,16 22:4
28:11,13
**Miller's** 11:3,6,9
**mind** 5:24 32:1
**minute** 58:8
**mob** 30:2,4
**moment** 22:24 32:2
**monetary** 21:18
**money** 9:22 11:20
22:1 58:4 64:8
**monitoring** 45:9
51:4
**motion** 7:16
**motor** 10:9 11:17
20:24 22:9,10 23:1
24:20,24 25:5,16
26:6,12,18,24 27:6

34:9,14,19,22 35:2
35:6,10,14,18,22
35:24 36:4,7,14,20
37:1,4,8,15,24
38:12,21 39:8,19
40:15,23 41:7,12
42:3,13,18,24 43:9
43:13,24 44:10,11
44:16,17,24 45:1,6
45:7,9,9,14,14,20
45:24 46:3,5 49:7
49:11,16,20 50:8
50:14,15,21,22,22
51:3,4,8,10,15,16
51:21,23 52:4,12
52:23 53:2,13,18
53:23 54:4,10,20
55:3,10,16,18,18
56:1,7,13,17,23
57:6,15,22
**murders** 31:18

_____
**N**

**N** 3:1
**name** 4:1,19,20 6:19
22:17 60:18,22
**names** 26:13
**narrow** 7:6
**need** 6:1 32:1 46:9
58:7
**needed** 9:18 62:14
**never** 34:2
**nicknames** 18:12
**non-owner** 46:4
51:22
**Northern** 1:1 4:4,12
**Nostra** 30:5
**Notary** 1:17 68:3,22
**note** 6:5
**notice** 1:14 39:9
54:14 56:14
**number** 4:4 6:10
22:16,17,18
**numerous** 31:18

_____
**O**

**O** 68:2,2
**objection** 5:11,11,12
**objectives** 20:14
**observed** 13:18
17:15 18:16
**obtain** 9:5 22:1

Joseph Ward      January 8, 2010

25:15 36:20 39:18
41:12 42:3,17 49:6
55:5
obtained 20:24 21:7
21:11 22:8 23:1
34:5,14,22 35:10
35:21 36:14 37:1
37:24 38:6,11 39:1
39:8 40:2,14,21
41:6,11 42:12,24
43:9,13,24 44:9,15
44:22 45:5,13,18
45:24 46:2 49:15
49:19,24 50:7,13
50:19 51:2,8,14,20
52:3,11,17,22 53:6
53:12,17,22 54:3,9
54:13,19 55:2,9,15
55:24 56:6,12,16
56:22 57:5,12,12
57:14,21 58:4
obtaining 34:9 36:15
occasion 11:12 26:4
occur 61:12
occurred 19:10
61:15
October 25:1 33:5
33:12,16,17,20,23
66:23
offer 62:17
offered 48:11
office 2:7 21:24 22:5
25:20,24 33:9
34:11 46:13 52:14
58:12,16,23 59:10
68:19
officers 19:6
offices 2:2 41:23,24
officials 61:21
okay 7:13 8:17 28:8
37:20 49:5 58:8
ones 27:15
operate 39:23
Operating 1:9 4:7
6:12 7:2 8:21 9:1
24:13 26:5 28:15
33:13
operation 30:12 40:4
40:10 55:11
operator 56:2
operator's 40:17
opinion 13:11,14

17:4,5 18:6,9
opportunity 41:3
opposing 5:10 47:5
ordered 7:19 10:9
orders 38:8
organization 54:6
organize 18:24
organized 30:5,15
30:20
organizer 10:17
original 27:17 46:4
51:23
originally 21:11
outcome 68:17
outfit 29:14,23 30:1
outside 27:17
owe 33:16,17,20,23
owner 37:4 41:11
46:5 51:23 56:8
owners 39:9 54:15
57:4

**P**

P 2:15
packet 27:14
page 3:5,8 28:3
paid 62:20,23
paint 65:4
painted 65:6
painters 65:4
paragraph 8:16
Pardon 9:10 27:20
41:18 47:9 62:22
part 27:18
particular 13:17
17:14 18:15 66:23
parties 26:20 68:16
parts 45:9 51:10
party 4:8 6:13 46:15
patience 37:22
Paulus 13:6
paused 37:20
payment 9:5 11:20
27:4
payments 21:18
PC 2:2
pending 4:3 6:2,4
58:22 59:1,4,19,20
59:23 62:5
people 61:16 64:11
performance 45:8
51:4

period 7:7 49:2
permits 40:17 56:3
permitted 39:16
54:23
person 5:5 6:18 23:5
44:2
personal 9:4,8,11
10:8 12:20 15:5
20:23,24 21:3,17
22:9,13 23:1 24:8
24:23 25:3,5,8,10
25:14,15,21 26:3,5
26:12,16,17,22,23
27:3,6 30:18,22
31:3,13 32:7 34:8
34:13,14,17,18,21
34:22 35:1,2,5,6,9
35:10,13,14,17,18
35:21,24 36:3,6,7
36:8,13,14,15,19
36:20,24 37:1,7,8
37:14,15,23,24
38:5,6,10,11,16,20
38:21,24 39:1,4,7
39:19 40:3,8,8,13
40:14,20,21 41:7
41:10,12,15 42:2,3
42:13,16,17,23,24
43:8,9,12,13,23,24
44:8,9,10,14,16,21
44:22,22,23 45:4,5
45:12,13,17,18,18
45:19,23 46:1,2,8
49:6,15,18,20,23
49:24 50:2,6,7,12
50:13,18,19,19,20
51:1,2,7,8,13,14
51:19,20 52:2,3,5
52:10,11,16,18,21
52:22 53:5,6,11,12
53:16,17,21,22
54:2,3,8,9,12,13
54:18,19 55:1,2,8
55:9,14,15,23,24
56:1,5,6,11,12,15
56:16,21,22 57:2,5
57:6,11,12,13,15
57:20,21 63:2,9
65:5,13 66:1
personally 63:16,22
64:4 65:8 68:8
personnel 20:13

persons 6:22
pertains 57:18
photograph 22:16
phrase 15:2,7
pictured 66:18
Pierson 12:9,24
Pinkawa 1:17 68:3
place 66:21
plaintiff 2:10 6:24
plaintiffs 1:6,14 2:5
4:2 7:16
plates 25:11 36:16
please 4:19 5:20,24
plot 19:24 20:4,7
Plymouth 2:2
point 12:8 32:6
political 64:22 65:21
position 10:13,16
15:10 25:14 26:10
positions 15:15
possession 21:10
present 2:1 6:22
19:2,5,13 20:6,17
58:2
preserve 5:11
president 11:1 15:11
16:8,19 28:14,18
preventing 36:21
52:19
previously 8:6,8
31:14 46:12
prior 8:21 44:7 47:8
47:11
private 39:12,23
40:4,10 43:19
54:21,21 55:11
privilege 5:14 8:10
58:20
privileges 8:14
Procedure 1:16 4:11
procedures 9:5
40:24
proceeding 53:9
proceedings 46:11
58:10
process 38:1
producing 53:19
product 44:18 45:7
Professional 18:19
18:24
prohibit 41:4

prolific 14:22
property 65:6
prosecuted 49:10
prosecution 58:19
provide 7:7,9 26:23
56:14
provided 21:14,18
21:18 55:19
providing 38:18 39:9
54:14
Public 1:17 68:3,22
publication 14:23
purpose 31:7 36:15
36:21 37:2 38:6
39:16 50:21 52:18
54:22 56:17 57:7
57:16
purposes 38:1 39:2
pursuant 1:14,15
4:10 38:13
pursuing 37:2 52:24
p.m 1:19 46:10 58:9
68:6,14

**Q**

question 5:3,7,9,13
5:15,16,19,23 6:2
6:3,4 7:10 42:21
44:7 48:5 66:6
questions 5:1 7:6
60:5,9,13 66:10
67:10,11
quite 66:9

**R**

raffles 65:8
raid 16:14
raise 5:11 60:12 64:7
ran 15:10
ranch 16:15 63:16
rates 63:4
read 14:16 23:19
reason 51:3
reasonable 6:5
recall 14:13 66:12,13
recalls 44:18 45:8
50:23
received 24:19,24
25:4 27:5 33:8
57:3
recess 46:10 58:9
recite 8:16

6

Joseph Ward      January 8, 2010

recognize 11:9 28:8
record 4:20 5:4,12
  6:7,21 31:23 41:12
  47:20 53:2 55:3
  68:11
records 10:9 11:17
  21:1 22:9,10 23:2
  24:20 25:1,5,16
  26:6,12,18,24 27:7
  34:10,15,19,23
  35:3,7,11,15,19,22
  36:1,4,8,15,21
  37:2,9,16 38:1,12
  38:21 39:8,19
  40:15 41:7 42:4,13
  42:18 43:1,10,14
  44:1,10,16,24 45:6
  45:20 46:3,4,5
  47:4 49:7,11,16,21
  50:8,21 51:3,9,15
  51:21,22,23 52:4
  52:12,23 53:13,18
  53:23 54:4,10,20
  55:10,16,18 56:2,7
  56:13,17,23 57:7
  57:16,22
recovering 37:3 53:1
refer 23:15
referred 25:23,24
  29:1
reflect 31:23
regard 58:12 59:20
registrations 40:18
  56:8
regularly 24:18
related 9:19 53:2
  59:16,18 68:16
relating 20:14 39:20
  55:5
relationship 66:4,7
remedies 37:3 52:24
removal 46:4 51:22
renewal 40:17 56:2
repetition 14:1
rephrase 37:20
reporter 5:3
reports 38:18 53:19
represent 60:19
reputation 13:12
  17:8,11,21
reputed 29:13,23
request 26:5 40:16

55:17
requested 10:5 11:13
  11:16
requesting 9:15
requests 10:1
required 5:13
requisition 9:9,12
research 38:17 45:15
  45:21 51:16,17
  53:14
reside 7:22
resides 24:9
resignation 16:12
respect 46:21 58:19
  59:10,13
respects 24:2
response 40:16
  55:17
rest 42:7
restate 42:22
restaurants 61:12
return 6:6 34:3
review 23:22
reviewed 10:1 11:22
right 50:16 61:5,10
  66:5 67:5,8,17
rings 60:22 62:8
River 7:23
road 2:17 7:23 15:6
  39:24
Rob 27:13
Robert 1:3 2:2,3,6
  4:1 6:23
roles 14:8
room 31:22,24 33:3
rules 1:15 4:11,11,23
run 36:16
running 15:14
Ryan 21:22,24 58:3
  64:23

_____

S

safety 44:12 45:2
  50:15
scheme 64:6
school 20:11
Schweihs 20:20
  28:20,22,23 29:1,4
  29:7,7,10,19,22
  30:14,19,23 31:2,4
  31:10 32:10,12,15
  32:17,20,23

seal 68:19
search 32:8
searchable 24:24
  25:4
secretary 10:10
  15:19,23 21:4,8,12
  21:19 22:5 27:4
  33:9 34:10 52:14
Secrets 30:12
security 22:16 37:3
  39:15 53:1 54:22
see 28:3,6,7
seeking 16:12
seen 11:3 14:16
  23:10 47:7,10
self 54:11
self-incrimination
  8:10
self-insured 39:5
self-regulated 37:12
September 24:14
  64:20
series 4:24
served 7:13 10:16
  28:17
service 39:15 54:22
services 18:19,24
  56:18
serving 38:1
set 68:18
settled 16:2 46:17
settlement 46:20
shipped 63:15
Shorewood 7:23
short 46:9
show 9:22
shown 47:8
sign 14:16 23:7
signature 11:3,6,9
  24:4,5 28:2,4,6,8
  28:10,10 67:15,16
signs 15:6
similarly 1:5
simply 42:8
sites 36:17
situated 1:5
slate 15:15
Snyder 2:7,7 3:7 7:2
  31:22,24 33:3
  60:10,13,17,18
  67:10
social 22:16 66:4,7

software 24:20
sold 63:4
solely 7:11
solicitations 40:23
  41:9 56:24 57:9
somebody 60:22,23
somewhat 37:21
son 20:11
Soria 23:5,7,18,23
  24:9,12,18 25:9,15
  26:3,23
Soria's 23:10 24:1,5
  24:5,17
sorry 11:12 13:23
  25:20 26:2 31:3
  33:17 36:9 37:19
  48:16 56:18 64:14
  66:12
South 2:8,12 7:23
  24:9
speak 5:5
specifically 57:23
speculation 58:18
spell 4:20
spouse 26:18
SS 68:1
state 1:18 4:19 10:10
  21:4,8,12,20 27:4
  37:11 38:13 43:19
  44:3 50:9 57:24
  65:10 68:1,4
statement 14:23
statements 11:22
States 1:1,16 4:3,12
state's 22:5 33:9
  34:11 52:14 59:7
  59:10
statistical 38:18
  53:19
status 22:21
stickers 15:6
stopped 10:4
Street 1:20 2:3 68:6
strike 11:13 13:23
  17:5 18:9,22 25:21
  26:2 32:7,8 33:2
  33:17 40:7 41:9,16
  45:24 46:9 48:16
  54:11,17 55:20,23
  56:14 57:4,13
  59:19
stuff 67:18

subject 15:17 63:7
  63:11 65:17
submitted 36:9,10
  50:2 52:6
subpoena 1:15 7:13
  47:4,5
Suite 2:12
supervised 16:5
supervision 24:18
support 54:6
supposed 12:1
sure 42:23
surrounding 16:12
survey 45:20 51:17
surveys 40:22 41:8
  56:19 57:8
Sweeney 16:21,24
  17:2,6,15,20 19:12
  19:18 34:22 35:2,6
  49:14,19,24 50:7
  50:13,19 51:2,8,14
  51:20 52:3,7,11,17
  52:22 53:6,12,17
  53:22 54:3,9,13,18
  55:2,9,15,22,24
  56:6,12,16,22 57:3
  57:5,12,14,21
Sweeney's 17:4,8,11
sworn 4:15 68:10

_____

T

T 2:2,3
take 6:5 8:15,23 9:3
  9:7,13,17,21,24
  10:3,7,11,15,18,20
  10:23 11:2,5,8,11
  11:15,18,21,24
  12:3,7,10,13,16,19
  12:23 13:2,5,8,10
  13:13,16,20,22
  14:3,6,10,12,15,18
  14:21 15:1,4,9,13
  15:16,20 16:1,4,7
  16:10,13,16,20,22
  17:1,3,7,10,13,17
  17:19,22,24 18:2,5
  18:8,11,14,18,21
  19:1,4,8,11,15,17
  19:20,23 20:2,5,9
  20:12,16,19,22
  21:2,6,9,13,16,21
  21:23 22:3,7,11

Joseph Ward    January 8, 2010

23:4,6,9,12,17
24:3,7,11,16,22
25:2,7,12,19 26:1
26:8,15,21 27:2,8
28:5,6,9,12,16,19
28:21,24 29:3,6,9
29:12,15,18,21,24
30:3,7,10,13,17,21
31:1,6,9,12,16,19
31:21 32:5,11,13
32:16,18,21,24
33:6,11,15,19,22
34:1,4,7,12,16,20
34:24 35:4,8,12,16
35:20,23 36:2,5,12
36:18,23 37:6,13
37:17 38:4,9,15,19
38:23 39:3,6,11,14
39:17,22 40:1,6,12
40:19 41:5,14,21
42:1,6,15,20 43:2
43:5,7,11,17,22
44:5,7,13,20 45:3
45:11,16,22 46:7
46:16,19,23 47:12
47:15,19 48:2,8,9
48:14,18,21,24
49:8,13,17,22 50:5
50:11,17,24 51:6
51:12,18 52:1,9,15
52:20 53:4,10,15
53:20 54:1,7,16,24
55:7,13 56:4,10,20
57:1,10,19 58:1,6
58:14,17,21,24
59:3,6,11,14,17,22
60:3,24 61:3,6,11
61:14,17,20,23
62:7,12,16,19 63:1
63:6,10,13,20,24
64:3,10,13,17,21
65:2,7,11,15,18,23
66:3,8,14,17,20,24
67:3,6,9
**taken** 1:17 4:10 5:22
6:6 19:6 46:10
58:9
**talk** 62:4 63:23
64:12 65:3,12,16
**talked** 64:18 65:21
**Tammy** 1:3 2:6 4:6
6:11 19:3,7,10,13

19:21,24 20:3,7,11
20:14 30:24 31:4,7
**telephone** 22:18
**tell** 7:22 12:8,11
13:17 16:11,23
17:4,5,11,14 18:6
18:9,12,15,22,22
19:9,16 34:5 43:3
48:16,19
**ten** 18:3
**tendered** 34:6
**term** 6:10 22:13,14
30:1,4
**terminated** 68:14
**testified** 4:16
**testify** 7:19 68:10
**testifying** 49:11
**testimony** 7:14,17
48:1,4 58:13 59:20
60:1 68:11
**thank** 37:22 42:12
**theft** 44:12 50:15
**thing** 23:19 55:20
57:4
**things** 21:18 48:6
65:5,20
**third** 4:8 6:13 26:19
**Thomas** 2:10,11,12
4:9 6:14 7:3,3
21:14 33:4,7,16
34:2,6 47:14,17
60:19
**three-quarters** 28:3
**time** 4:13 5:5 6:5 7:6
7:7,9,10,11 9:14
9:18 12:8 14:7
32:6 47:3 49:3,5
61:16,16 63:12
**times** 61:9 64:19
65:17
**Timothy** 1:3 2:6
**tired** 67:12
**title** 56:8
**titles** 40:17
**today** 47:8,11 48:1,3
48:4,13,17 58:13
58:20 59:21 60:2
**told** 60:19
**toll** 39:23 40:4,10
55:12
**tons** 67:11
**topic** 64:18 66:13

**towed** 39:10 54:15
**transcribe** 5:6
**transportation**
39:24 40:5,10
55:12
**treasurer** 8:20,24
9:14 10:12 11:19
12:4 14:7 25:14
26:10 33:12
**trial** 31:11
**trick** 5:23
**true** 19:18 24:1
49:14,18 58:2
68:11
**truth** 14:1 17:9,12
17:21
**try** 5:8,22 20:3
**turned** 64:7
**two** 21:7,10 33:5,7
47:7,7,10,13,16
61:7 66:10,16

**U**

**unclear** 42:21
**understand** 5:19 7:9
14:19 22:21 30:2
42:9 49:3 60:20
62:1
**understood** 5:16
30:5
**Unethical** 13:21
17:18
**union** 1:9 4:7 6:12
7:1 8:21 9:1,6,19
11:20,20 12:2
24:13 26:4 28:15
33:13 61:21,24
63:5,8,17,18,22
64:5 65:4,9,12
67:7
**unions** 63:3
**Unit** 2:3
**United** 1:1,16 4:3,12
**USDOL** 16:5
**use** 6:10,18 22:13
26:11,17 30:1
38:12 39:9,18 40:3
40:9,15,22 41:4,8
42:8 43:14 44:1,1
44:11,17,24 45:6
45:14,20 46:3 49:6
50:1,8,14 51:9,15

51:21 52:12,23
53:7,14,18 54:4,5
54:10,14,20 55:3,4
55:10,16,17 56:2,7
56:13,23 57:7,16
57:22 63:16 65:5
**uses** 9:9,12
**U.S** 8:11 15:18,22
46:13 58:12,16,23
59:5

**V**

**value** 21:19 48:12
**various** 25:11
**vehicle** 10:9 11:17
20:24 22:9,10,20
23:1 24:20 25:1,5
25:16 26:6,12,18
26:24 27:6 34:10
34:15,19,23 35:2,7
35:10,14,18,22
36:1,4,8,14,21
37:1,5,9,16,24
38:12,21 39:8,19
40:15,23 41:7,12
42:4,13,18 43:1,10
43:14 44:1,10,12
44:16,17,17,24
45:1,6,7,7,9,14,20
45:24 46:3,5 49:7
49:11,16,20 50:8
50:15,21,22,22
51:3,9,10,15,16,21
51:23 52:4,12,23
53:2,13,18,23 54:4
54:10,20 55:3,10
55:16,18,19 56:1,7
56:13,17,23 57:7
57:15,22
**vehicles** 39:10 45:9
45:14 50:14 51:5
54:15
**veracity** 14:1 17:9
17:12,21
**verbally** 5:3
**verify** 36:8 39:20
50:1 52:5 55:5
**violations** 22:21
**violent** 32:17
**vs** 1:7 4:6,8 6:11

**wait** 5:7,8
**waive** 67:15,20
**want** 23:19 47:21
**wanted** 60:12
**Ward** 1:13 3:4 4:9
4:14,21,22 6:14
7:4,4 8:12 46:12
47:21 58:11 60:18
66:12 68:7,9
**warn** 20:3
**Washington** 2:3
**Wasn't** 16:14
**way** 28:3
**week** 64:8
**weren't** 65:9
**West** 1:20 68:6
**WESTERN** 1:2
**We'll** 67:20
**we're** 67:12
**we've** 65:20
**whereof** 68:18
**wife** 16:18 32:19,22
**William** 27:1 28:18
34:13,17 43:8,12
43:23 44:8,15
49:14 58:4
**wish** 8:13
**witness** 3:3 47:4 48:7
67:19,21 68:12,18
**won** 15:15
**Woodstock** 2:4
**words** 7:7 8:15,15
14:20
**written** 57:3
**W-a-r-d** 4:21

**X**

**X** 3:1

**Y**

**years** 8:3 9:1 18:4
49:12 61:7
**yesterday** 27:16

**Z**

**ZIP** 22:18

**0**

08 4:4 6:10
**08-cv-50015** 1:7
**084-002342** 68:24

**W**

Joseph Ward    January 8, 2010

---

**1**

**1** 3:9 23:14,16,18,21
**1:10** 1:19 4:13 68:5
**10** 33:5
**139** 26:4
**14212** 2:3
**150** 1:8 2:16 4:6,8
  6:11,13 7:1 8:21
  9:1,5,8,11,15,15
  9:20 10:2,6,8,13
  10:21 11:14,23
  12:1,4,9,14,18,21
  12:22 13:1,4,7
  14:4,9 15:11,23
  16:9 18:23 19:6
  20:13,23 21:7,12
  21:17 22:1,6,8,24
  24:12,18,23 25:3
  25:13,17 26:2,10
  26:11,17 27:3
  28:14 29:5 30:14
  30:18 32:12 33:1,8
  33:13,18,20,23
  34:5 35:9,14,17
  36:6,13,19,24 37:7
  37:15,23 38:6,11
  38:16,20,24 39:4,7
  39:12,15,18,23
  40:2,7,8,13,20
  41:6,10,24 42:3,12
  42:17,24 43:4
  44:21 45:5,13,17
  45:23 46:1,9,15,18
  46:21 48:11 49:5
  50:3 52:6,16 58:4
  61:24
**150's** 20:6 21:3 34:9
  52:7
**1500** 2:12
**16** 8:24
**16152** 24:9
**18th** 68:19
**1993** 24:14

---

**2**

**2:05** 46:10
**2:14** 46:10
**2:30** 58:9
**2:35** 58:9
**2:47** 68:14
**2003** 7:8
**2004** 25:1 49:2

**2005** 7:8 25:1 49:3
**2006** 24:15 33:5,12
  33:16,17,20,23
  61:2,8 62:3 64:20
  66:23
**2007** 8:22
**2008** 42:16 64:20
**2010** 1:19 68:5,20
**2011** 68:24
**206-2200** 2:4
**20923** 7:23
**21** 49:2
**23** 3:9
**27** 3:10
**285-5100** 2:9

---

**3**

**3** 24:14
**30** 24:14
**31** 68:24
**312** 2:13
**321** 2:12
**34th** 1:19 68:6

---

**4**

**4** 3:6,10 27:10,11,19
  27:21
**47** 3:11
**4845** 2:8

---

**5**

**5** 3:11 47:2,7,8,11
  66:19
**50015** 4:5 6:11
**579-6663** 2:18

---

**6**

**60** 3:7
**60098** 2:4
**60404** 7:24
**60525** 2:17
**60604** 2:13
**60615** 2:8
**6140** 2:17

---

**7**

**7th** 7:8 49:2
**70** 1:20 68:6
**708** 2:18
**773** 2:9

---

**8**

**8** 1:19 68:5
**815** 2:4

---

**9**

**922-4180** 2:13

---

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Tammy Barker, *et al* | ) |
|       Plaintiffs, | ) CASE NO. |
|     v. | ) |
| | ) Judge |
| Local 150, International Union | ) |
| Of Operating Engineers, AFL-CIO | ) Magistrate |
| | ) |
|       Defendant. | ) |

## AFFIDAVIT OF LINDA SORIA

I, Linda Soria, being first duly sworn, under penalties as provided by law, certify that I have reviewed the statements contained in this Affidavit; that I have personal knowledge of the facts stated herein; that if called as a witness in this proceeding, I could competently testify to the facts stated in this affidavit; and that the statements contained in this affidavit are true and correct, except as to any matters stated to be on information and belief, and as to those matters I certify that I verily believe them to be true.

1)   I reside at 16152 South Leach Drive, Homer Glen, Illinois 60491.

2)   I was employed by Local 150, International Union of Operating Engineers, AFL-CIO (hereinafter "Local 150") commencing May 3, 1993 and ending September 30, 2006 or thereabouts.

3)   During my employment with Local 150, I regularly received microfiche and/or compact disks containing software and Illinois motor vehicle records on an annual or bi-annual basis. Local 150 received computer searchable disks containing motor vehicle records in October 2004 and in 2005.

4)   The output from the searchable CD referenced above and microfiche data contain the following information:

| | |
|---|---|
| a.  Plate number | e.  Vehicle Identification Numbers |
| b.  Expiration | f.  Owner's Name |
| c.  Reference number | g.  Owner's Address |
| d.  Type of Vehicle | h.  Owners Drivers License Number |

5)   During my employment with Local 150, business agents would call me and ask for identifying personal information associated with various license plates. In each instance they would provide a license plate number.

6)   During my employment with Local 150, I would check the microfiche or open the software and look up the license plate number. When I could not find the identifying personal information for a given license plate, I would also call or email the CRF office. The CRF Office would then check the Lexis-Nexis database to see if the information was available and if it was, send it to me. I would obtain personally identifying information on Wisconsin license plates by



EXHIBIT

calling the Local 139, International Union of Operating Engineers, AFL-CIO. I would then provide the personally identifying information to the Local 150 Business Agent that requested it.

7)    During the course of my employment, I learned that Local 150 Business Agents would use the personal information provided from the motor vehicle records to locate homes of employers, names and address of employees, identity of a given employee's spouse and friends even though it was supposed to be used to monitor construction jobs.

8)    Providing license plate information to Local 150 Business Agents was a secondary part of my job.

9)    2005 was the last year in which Local 150 obtained motor vehicle records from the Illinois Secretary of State. In 2006, the Secretary of State's office would not provide any further motor vehicle records.

10) I was originally instructed to provide personal information listed above in paragraph 4 above to Local 150 Business Agents by William E. Dugan, who is personally known to me to be the President and Business Manager of Local 150, International Union of Operating Engineers, AFL-CIO.

11) Local 150 made payment to the Illinois Secretary of State for the microfiche and the computer disks received by it, containing motor vehicle records.

12) I recall providing personally identifying information from license plates to the following Local 150 employees during my employment at Local 150 as part of my ordinary work:

   a.   Mike Aprile;
   b.   Joe Farrell;
   c.   Jim Schweihs;
   d.   Nicholas Cline;
   e.   Thomas Rottman;
   f.   Ryan Drew; and
   g.   Charles August.

13) This affidavit is not intended to be a complete account of all matters known to me and was prepared for the limited purpose of enumerating the facts contained herein.

Affiant Further Sayeth Naught.

_Linda Soria_
Linda Soria

Subscribed and Sworn to before me this
11th day of January, 2008

_____
Notary Public

OFFICIAL SEAL
CASEY GOLDMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/18/11



Dear Mr. Strocher:

Local 150 requests to purchase the most current information set. Registration used to create listings by plate number. Enclosed is the completed application and appropriate fee.

Please mail the set to:

Jim Miller, Assistant to the President
IUOE Local 150
6200 Joliet Road
Countryside, IL 60525

If you need to contact me my phone number is 708/452-8800. Thanks you for your help with this matter.

Sincerely,

James J. Miller
Assistant to the President

JJM/ls

enclosure

sent via US certified mail # 7003 0500 0002 3147 9676

EXHIBIT
4

AGREEMENT FOR PURCHASE BY

THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 150

OF INFORMATION FROM THE
OFFICE OF THE SECRETARY OF STATE OF
A COMPUTER STORED INFORMATION FILE

1. This Agreement made this _____ day of _____ June _____, 2005, between Jesse White, Secretary of State of Illinois in his official capacity and not as an individual, hereinafter known as the Secretary and _____ the International Union of Operating Engineers, Local 150 _____

_____ hereinafter
known as the Purchaser.

2. Purchaser applies to buy and the Secretary agrees to sell to the Purchaser, information from the Secretary's computerized records, said information being _____

_____ (vehicle registration or motor vehicle member sequence) _____

3. Purchaser agrees to pay all applicable statutory fees in effect, and currently prescribed by 625 ILCS 5/2-123 of the Illinois Vehicle Code entitled (Sale and Distributing of information) and 92 Ill. Adm. Code 1002.30. The actual cost of said information is to be specified in a separate communication between the parties determined when the Secretary has completed the requested work, payable to the Secretary after delivery of the information to the Purchaser. Payment shall be in cash, certified check, money order or company check.

4. The information shall be furnished to the Purchaser on the computer accessible media as prescribed by the Secretary and furnished by the Purchaser to the Secretary for transference from the Secretary's computer files. Purchaser shall pay all postage and handling costs for the transfer of the media to and from the Secretary.

5. The Purchaser pursuant to Section 2-123(e-1) of the Illinois Vehicle Code [625 ILCS 5/2-123(e-1)] shall disclose the intended use of the information purchased, and the Purchaser agrees that it shall, prior to using, reselling, furnishing, or otherwise making available driver, vehicle or title lists or to using these lists to update, enhance or verify said information, remove from the list purchased all names and addresses and other personally identifiable information of all persons who request pursuant to Section 2-123 (e-1) of the Illinois Vehicle Code that their personally identifiable information not be used for commercial solicitation purposes [625 ILCS 5/2-123(e-1)].

_____ to check dates of valid/current transactions _____

6. Requests to the Secretary from individuals or their own requests that specified names not be used will be honored by the Secretary and will not be included in the listing provided.

7. It is further agreed that the information, lists, names and other material provided by the Office of the Secretary, of State, hereunder, shall not be made available to other persons, firms, corporations, partnerships or other legal entities. The Purchaser further assures that it shall not engage in any unlawful act or practice which is unfair or deceptive in the use of this list or in violation of the published rules of the Office of the Secretary (92 Ill. Adm. Code 1002).

8. Should the information contained herein be exchanged with or sold to another person, firm, or corporation for other information or lists, such shall constitute a material breach of this Agreement and all information previously received by the Purchaser shall be returned to the Office of the Secretary. No money paid to the Secretary shall be refunded. A material breach of the Agreement by the Purchaser shall result in no further information being sold to the Purchaser by the Secretary for a term of 5 years from the date of the breach (92 Ill. Adm. Code 1002.60).

9.   Purchase shall pay refund of any purchase price received by the Secretary of State's Office once the Secretary of State's Office has completed the work contracted for by contractor and presented this information to the contractor.

10.  Purchaser agrees that any information provided pursuant to this agreement will not be used to establish a commercial relationship that others obey the Secretary of State's Office as specified in Section 2-123 of the Illinois Vehicle Code (625 ILCS 5/2-123) which is more specifically described as the sale of information and the subsequent use of that information by any member of the public who pays the statutory fee for obtaining that information. This provision shall not be waived. Purchaser may use the information contained to update or audit sampling statistical data, and other purposes which are not in such as commercial solicitation or which are not in violation of or in direct connection with the Office of the Secretary of State's sale of information procedures.

11.  In witness whereof, the parties hereto have caused this instrument to be executed by these duly authorized, whoses their certify

     I, James J. Miller, do hereby attest and duly verify under penalty of
     (purchaser or his representative)

     perjury, that the information contained in this Agreement is true and correct to the best of

     my knowledge.

     June 4, 2003                          _____
     Date                                  (Signature of Purchaser or Representative)

     For the Secretary

     _____                  By: _____
     Date                                  (Signature)

     Company Name:  INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150

     Company Address:  6200 JOLIET ROAD, COUNTRYSIDE, IL 60525

     Telephone Number: 708-482-8800



EXHIBIT

5