# Part 9 Group Exhibit C

Depositions of Mike Aprile, Charles August, Steven Cisco, Ryan Drew, Joe Farrell, Joseph Ward, James Miller, Stan Simrayh, James Schweihs, and Mr. Quigley.

1

```
 1           IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         WESTERN DIVISION
 3
      TAMMY BARKER, et al.,            )
 4                                     )
                 Plaintiffs,           )
 5                                     )
           -vs-                        ) No. 08 C 50015
 6                                     )
      LOCAL 150, INTERNATIONAL UNION   )
 7    OF OPERATING ENGINEERS,          )
      AFL-CIO,                         )
 8                                     )
                 Defendant.            )
 9
10          Deposition of JAMES F. SCHWEIHS, taken before
11   DONNA L. POLICICCHIO, C.S.R., and Notary Public, pursuant
12   to the Federal Rules of Civil Procedure for the United
13   States District Courts pertaining to the taking of
14   depositions, at Suite 3400, Three First National Plaza,
15   70 West Madison Street, Chicago, Illinois, commencing at
16   1:03 p.m., on the 30th day of March, 2010.
17
18
19
20
21
22
23
24
```

```
 1         There were present at the taking of this deposition
 2    the following counsel:
 3         MR. ROBERT HANLON
           14212 Washington Street
 4         Woodstock, Illinois   60098
           (815) 206-2200
 5
               on behalf of the Plaintiffs;
 6
           INTERNATIONAL UNION OF OPERATING
 7         ENGINEERS, LOCAL 150 by
           MR. BRYAN P. DIEMER
 8         6140 Joliet Road
           Countryside, Illinois   60525
 9         (708) 579-6663
10             on behalf of the Defendant;
11         THE MORAN LAW GROUP by
           MR. JOHN THOMAS MORAN, JR.
12         309 West Washington Street
           Suite 900
13         Chicago, Illinois   60606
           (312) 630-0200
14
               on behalf of the Deponent.
15
                       *  *  *  *  *  *
16
17
18
19
20
21
22
23
24
```

```
 1                    DEPOSITION OF

                    JAMES F. SCHWEIHS
 2                   March 30, 2010

 3     EXAMINATION BY:                              PAGE

 4   Mr. Hanlon                                       4

 5                     * * * * * *

 6                       EXHIBITS

 7                 (No exhibits marked.)

 8                     * * * * * *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    JAMES F. SCHWEIHS,
 2   called as a witness herein, having been first duly sworn,
 3   was examined upon oral interrogatories and testified as
 4   follows:
 5                        EXAMINATION
 6   BY MR. HANLON:
 7       Q    Would you please state your name for the
 8   record?
 9       A    James F. Schweihs.
10       Q    Mr. Schweihs, where do you reside?
11       A    Pardon?
12       Q    Where do you reside?
13       A    After consulting with my attorney, I am
14   exercising my privilege against self-incrimination
15   and respectfully refuse to answer the question.
16       MR. HANLON:  Counsel, if it's okay with you and
17   if it's okay with Mr. Diemer, I would like to define
18   what he just said simply with the words "take five,"
19   if he wishes to exercise that same privilege for the
20   rest of this deposition, as opposed to repeating that
21   whole long thing.  If he wants to use the words "take
22   five," I will accept that to mean exactly what he
23   just said.  Is that fair?
24       MR. MORAN:  That's fine with me.
```

```
1          MR. DIEMER:  Fine with me.
2          MR. HANLON:  It will make it go a lot quicker.
3     BY MR. HANLON:
4          Q    On January 14, 2005, you followed Mrs. Tammy
5     Barker, is that correct?
6          A    Take five.
7          Q    On January 14, 2005, you followed Tammy
8     Barker to a St. Charles waste treatment facility, is
9     that correct?
10         A    Take five.
11         Q    On January 14, 2005, you asked Mrs. Barker to
12    get into your vehicle, is that correct?
13         A    Take five.
14         Q    You were driving a vehicle on January 14,
15    2005, owned by Local 150, International Union of
16    Operating Engineers, is that correct?
17         A    Take five.
18         Q    On January 14, 2005, you told Mrs. Barker,
19    Mrs. Tammy Barker, that you would stop following her
20    if she would talk with you, is that correct?
21         A    Take five.
22         Q    At one point in time your telephone number or
23    a phone that you used had the telephone number
24    (708) 927-6060, is that correct?
```

1   A   Take five.

2   Q   On January 18, 2006, you followed Tammy

3   Barker from Elgin, Illinois, to Crest Hill, Illinois,

4   is that correct?

5   A   Take five.

6   Q   On January 18, 2006, you traveled on U.S.

7   Highway 20 heading towards Route 59, is that correct?

8   A   Take five.

9   Q   On January 18, 2006, in order to maintain a

10  chase with Mrs. Tammy Barker, you drove erratically

11  with a willful disregard to the citizens on the

12  roadway, is that correct?

13  A   Take five.

14  Q   While you were following Tammy Barker, you

15  would speed up and cut off cars in front of Tammy

16  Barker, is that correct?

17  A   Take five.

18  Q   You followed Tammy Barker on at least 25

19  occasions, is that correct?

20  A   Take five.

21  Q   On January 18, 2006, you maneuvered your

22  vehicle in front of Mrs. Barker's vehicle, is that

23  correct?

24  A   Take five.

```
 1          Q    And when your vehicle was in front of
 2     Mrs. Barker's vehicle, you slammed on the brakes, is
 3     that correct?
 4          A    Take five.
 5          Q    On January 18, 2006, you performed a U-turn
 6     on the exit ramp from Interstate -- I'm sorry -- from
 7     U.S. Highway 20 at Route 59, is that correct?
 8          A    Take five.
 9          Q    How would you characterize your driving in
10     relationship to Mrs. Tammy Barker?
11          A    Take five.
12          Q    On January 18, 2006, Mrs. Tammy Barker was
13     headed south on Route 59, correct?
14          A    Take five.
15          Q    While Mrs. Tammy Barker was headed south on
16     Route 59, you attempted to pass a truck using an
17     opposing lane of traffic, is that correct?
18          A    Take five.
19          Q    Route 59 is a four-lane road running north
20     and south, is that correct?
21          A    Take five.
22          Q    Have you had an opportunity to review the
23     complaint in this case?
24          A    Take five.
```

1    Q   On January 18, 2005, after passing a truck in
2  the oncoming lane of traffic, you accelerated to both
3  pass the truck and Mrs. Barker's car and then slammed
4  on your brakes directly in front of Mrs. Barker, is
5  that correct?
6    A   Take five.
7    Q   Mrs. Barker obtained a police escort to a job
8  site, is that correct, on January 18, 2005?
9    A   Take five.
10   Q   And then you followed that police escort, is
11 that correct?
12   A   Take five.
13   Q   Mrs. Barker told you to stop following her on
14 January 18, 2005, is that correct?
15   A   Take five.
16   Q   Isn't it correct that Tammy Barker told you
17 that she believed someone would get hurt if you
18 continued to follow her?
19   A   Take five.
20   Q   On January 18, after Mrs. Barker returned to
21 her car, you again followed her to Elgin where she
22 drove to the Elgin Police Station, is that correct?
23   A   Take five.
24   Q   Have you ever seen Mrs. Barker upset as a

```
 1    result of your conduct?
 2         A    Take five.
 3         Q    Did Mrs. Barker ever complain to you that she
 4    was experiencing any kind of chest pains?
 5         A    Take five.
 6         Q    Did you ever take videotapes of Mrs. Barker?
 7         A    Take five.
 8         Q    On Friday, May 13, 2005, or thereabouts, you
 9    were driving a vehicle with license plate ML 9119, is
10    that correct?
11         A    Take five.
12         Q    And on Friday, May 13, 2005, you followed
13    Mrs. Barker from the PSI office in Elgin to the
14    Fulton Street parking garage between the hours of
15    6:30 a.m. and 8:00 a.m. or thereabouts, is that
16    correct?
17         A    Take five.
18         Q    On Tuesday, May 17, 2005, you followed
19    Mrs. Barker commencing at 6:40 a.m. or thereabouts
20    and followed her to PSI's offices home to the Fulton
21    Street parking garage located in Elgin, is that
22    correct?
23         A    Take five.
24         Q    On May 17, 2005, you drove recklessly and at
```

```
 1     times tailgated Mrs. Barker's car, correct?
 2        A    Take five.
 3        Q    Had you been given instructions by anyone at
 4     Local 150 to conduct yourself -- I'm sorry.  Strike
 5     that.
 6             Were you given any instructions by anyone at
 7     Local 150 to drive recklessly around Tammy Barker?
 8        A    Take five.
 9        Q    Have you ever run Tammy Barker's license
10     plate?
11        A    Take five.
12        Q    Isn't it true that you contacted Linda Soria
13     and requested Tammy Barker's -- I'm sorry -- asked
14     Linda Soria to run Tammy Barker's license plate?
15        A    Take five.
16        Q    Have you ever seen Tammy Barker with
17     shortness of breath?
18        A    Take five.
19        Q    Have you ever attended a meeting with
20     Local 150 business agents wherein motor vehicle
21     records were discussed?
22        A    Take five.
23        Q    Are you employed by Local 150?
24        A    Take five.
```

```
 1        Q   So it's true that you were previously
 2   employed by Local 150, is that correct?
 3        A   Take five.
 4        Q   You were employed by Local 150 in 2005 and
 5   2006, correct?
 6        A   Take five.
 7        Q   Can you tell me where you're currently
 8   employed?
 9        A   Take five.
10        Q   Did you ever park outside of Tammy Barker's
11   home?
12        A   Take five.
13        Q   Tammy Barker never provided you any consent
14   for Local 150 to obtain any information about her
15   from the Illinois Secretary of State or from any
16   motor vehicle records, is that correct?
17        A   Take five.
18        Q   To your knowledge did Local 150 obtain or use
19   Tammy Barker's personal information?
20        A   Take five.
21        Q   When you were employed by Local 150, were you
22   issued an automobile to drive?
23        A   Take five.
24        Q   Local 150 maintains automobiles for use by
```

```
 1     its officers, employees, and agents, is that correct?
 2         A    Take five.
 3         Q    Local 150 maintains automobiles with video
 4     cameras mounted in the dashboard, is that correct?
 5         A    Take five.
 6         Q    The vehicle that you were issued by Local 150
 7     had an Opticom system in it, is that correct?
 8         A    Take five.
 9         Q    Can you tell me how old you are?
10         A    Take five.
11         Q    Did you ever receive any instructions from
12     anyone at Local 150 to use motor vehicle records?
13         A    Take five.
14         MR. HANLON:  Mr. Diemer won't find this
15     surprising, but I'm nearly done.  I'd just like to
16     take a short break, and I'll be right back.
17         MR. MORAN:  Sure.
18              (Recess was taken.)
19     BY MR. HANLON:
20         Q    Back on the record.
21              Mr. Schweihs, do you have any reason to
22     believe that you're under investigation by any law
23     enforcement agency?
24         A    Take five.
```

1        Q   Do you have any reason to believe that you're

2    under investigation by any police agency?

3        A   Take five.

4        Q   Do you have any reason to believe that you're

5    under investigation by any governmental authority?

6        A   Take five.

7        MR. HANLON:  Mr. Diemer?

8        MR. DIEMER:  Are you done?

9        MR. HANLON:  Yeah, I am.

10       MR. DIEMER:  I have no questions.

11       MR. MORAN:  I certainly don't.

12              (Whereupon the deposition concluded

13               at 1:21 p.m. on the 30th day of

14               March, A.D. 2010.)

15                     * * * * * *

```
 1      STATE OF ILLINOIS     )
                              )  ss:
 2      COUNTY OF C O O K     )

 3

 4           The within and foregoing deposition of the

 5      aforementioned witness was taken before DONNA L.

 6      POLICICCHIO, C.S.R., and Notary Public, at the place,

 7      date, and time aforementioned.

 8           There were present during the taking of the

 9      deposition the previously named counsel.

10           The said witness was first duly sworn and was then

11      examined upon oral interrogatories; the questions and

12      answers were taken down in shorthand by the undersigned,

13      acting as stenographer and Notary Public; and the within

14      and foregoing is a true, accurate, and complete record of

15      all of the questions asked of and answers made by the

16      aforementioned witness, at the time and place hereinabove

17      referred to.

18           The signature of the witness was not waived, and

19      the deposition was submitted, pursuant to

20      Rules 30(e) and 32(d) of the Rules of Civil Procedure for

21      the United States District Court, to the deponent per

22      copy of the attached letter.

23           The undersigned is not interested in the within

24      case, nor of kin or counsel to any of the parties.
```

```
 1        Witness my official signature and seal as Notary
 2   Public in and for Cook County, Illinois, on this
 3   _____ day of _____, A.D. _____.
 4
 5
 6
 7
 8              _____
                DONNA L. POLICICCHIO, C.S.R.
 9              License No. 084-003740
                Notary Public
10              311 South Wacker Drive
                Suite 300
11              Chicago, Illinois  60606
                Phone:  (312) 386-2000
12
13
14
15
16
17
18
19
20
21
22
23
24
```

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

TAMMY BARKER, et al., )
)
Plaintiffs, )
)
-vs- ) No. 08 C 50015
)
LOCAL 150, INTERNATIONAL UNION )
OF OPERATING ENGINEERS, )
AFL-CIO, )
)
Defendant. )

I, JAMES F. SCHWEIHS, being first duly sworn, on oath say that I am the deponent in the aforesaid deposition taken on March 30, 2010; that I have read the foregoing transcript of my deposition, consisting of Pages 1 through 16, inclusive, and affix my signature to same.

_____
JAMES F. SCHWEIHS

Subscribed and sworn to
before me this _____ day
of _____, _____.

_____
Notary Public

```
 1                      MERRILL CORPORATION
                     Certified Shorthand Reporters
 2              311 South Wacker Drive - Suite 300
                       Chicago, Illinois 60606
 3                  (800) 868-0061 - (312) 386-2000
 4
                              April 9, 2010
 5
     Mr. James F. Schweihs
 6   c/o Mr. John Thomas Moran, Jr.
     The Moran Law Group
 7   309 West Washington Street
     Suite 900
 8   Chicago, Illinois  60606
 9             Re:   Barker v. Local 150
                Dep of:  James F. Schweihs
10              Taken:  March 30, 2010
11   Dear Mr. Schweihs:
12   The above referenced deposition has been transcribed, and
     is ready for review, pursuant to the Rules of Court.
13
     Please contact our office at your earliest convenience
14   for an appointment to review the deposition transcript,
     or you may contact counsel for a copy of the transcript
15   for your review.
16   Upon failure to comply within 30 days, we shall forward
     an appropriate affidavit of noncompliance to counsel
17   without further notice.
18                                  Very truly yours,
19
20
                                    Merrill Corporation
21
22   cc:  Mr. Robert Hanlon
          Mr. Bryan P. Diemer
23
     dp1401-177677
24              MERRILL CORPORATION           (800) 868-0061
25   (312) 386-2000
```

```
 1    CASE:  Barker v. Local 150          DATE TAKEN:  3/30/10
 2    DEPONENT:  James F. Schweihs
 3    PAGE      LINE                  ERRATA SHEET
 4    ____      ____      CHANGE:  _____
 5    ____      ____      REASON:  _____
 6    ____      ____      CHANGE:  _____
 7    ____      ____      REASON:  _____
 8    ____      ____      CHANGE:  _____
 9    ____      ____      REASON:  _____
10    ____      ____      CHANGE:  _____
11    ____      ____      REASON:  _____
12    ____      ____      CHANGE:  _____
13    ____      ____      REASON:  _____
14    ____      ____      CHANGE:  _____
15    ____      ____      REASON:  _____
16    ____      ____      CHANGE:  _____
17    ____      ____      REASON:  _____
18    ____      ____      CHANGE:  _____
19    ____      ____      REASON:  _____
20    ____      ____      CHANGE:  _____
21    ____      ____      REASON:  _____
22    ____      ____      CHANGE:  _____
23    SIGNED _____ DATE _____
24    Reporter:  Donna L. Policicchio
25
26                   MERRILL CORPORATION          (800) 868-0061
27    (312) 386-2000
```